AO 89B (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case (Page 1)

# UNITED STATES DISTRICT COURT
for the
District of Kansas

| | |
|---|---|
| United States of America, )<br>    *Plaintiff,* )<br>v. )<br>Newton Jones, et al )<br>    *Defendants.* ) | Case No. 2:24-cr-20070-DDC |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS IN A CRIMINAL CASE**

To: International Brotherhood of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers & Helpers

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following books, papers, documents, data, or other objects:

Please produce the items described in Attachments A and B. In lieu of appearing at court, you may return these documents to AUSA Faiza H. Alhambra by June 18, 2025 at 1:30pm. Please also provide a Certificate of Authenticity with the business records.

| Place: Robert J. Dole United States Courthouse<br>500 State Avenue Kansas City, Kansas 66101<br>Courtroom 476 | Date and Time:<br>June 18, 2025 at 1:30pm. |
|---|---|

Certain provisions of Fed. R. Crim. P. 17 are attached, including Rule 17(c)(2), relating to your ability to file a motion to quash or modify the subpoena; Rule 17(d) and (e), which govern service of subpoenas; and Rule 17(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 5/30/2025

SKYLER B. O'HARA
CLERK OF COURT

_____
s/Hilary Onik, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* United States of America who requests this subpoena, are:

s/ Faiza H. Alhambra,
AUSA 500 State Ave., Suite 360
Kansas City, KS 66101
913-551-6904


EXHIBIT A

Case No. 2:24-cr-20070-DDC

# PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 89B (07/16) Subpoena to Produce Documents, Information, or Objects in a Criminal Case (Page 3)

### Federal Rule of Criminal Procedure 17 (c), (d), (e), and (g) (Effective 12/1/08)

**(c) Producing Documents and Objects.**

**(1) In General.** A subpoena may order the witness to produce any books, papers, documents, data, or other objects the subpoena designates. The court may direct the witness to produce the designated items in court before trial or before they are to be offered in evidence. When the items arrive, the court may permit the parties and their attorneys to inspect all or part of them.

**Quashing or Modifying the Subpoena. On motion made promptly, the court may quash or modify the subpoena if compliance would be unreasonable or oppressive.**

**(2) Subpoena for Personal or Confidential Information About a Victim.** After a complaint, indictment, or information is filed, a subpoena requiring the production of personal or confidential information about a victim may be served on a third party only by court order. Before entering the order and unless there are exceptional circumstances, the court must require giving notice to the victim so that the victim can move to quash or modify the subpoena or otherwise object.

**(d) Service.** A marshal, a deputy marshal, or any nonparty who is at least 18 years old may serve a subpoena. The server must deliver a copy of the subpoena to the witness and must tender to the witness one day's witness-attendance fee and the legal mileage allowance. The server need not tender the attendance fee or mileage allowance when the United States, a federal officer, or a federal agency has requested the subpoena.

**(e) Place of Service.**

**(1) In the United States.** A subpoena requiring a witness to attend a hearing or trial may be served at any place within the United States.

**(2) In a Foreign Country.** If the witness is in a foreign country, 28 U.S.C. § 1783 governs the subpoena's service.

**(g) Contempt.** The court (other than a magistrate judge) may hold in contempt a witness who, without adequate excuse, disobeys a subpoena issued by a federal court in that district. A magistrate judge may hold in contempt a witness who, without adequate excuse, disobeys a subpoena issued by that magistrate judge as provided in 28 U.S.C. § 636(e).

# ATTACHMENT A

I. This subpoena duces tecum applies to information associated with the Accounts as described below that is stored at premises owned, maintained, controlled, or operated by the International Brotherhood of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers and Helpers, a company headquartered at 12200 N Ambassador Dr., Suite 303, Kansas City, Missouri 64163.

II. **The Accounts**

The subpoena applies to certain records and information associated with the following:

   a. Email accounts associated with, operated by, or created by Newton Jones, including, but not limited to, njones@boilermakers.org.

   b. Email accounts associated with, operated by, or created by Kateryna Jones, including, but not limited to, kjones@boilermakers.org.

   c. Email accounts associated with, operated by, or created by William Creeden, including, but not limited to, wcreeden@boilermakers.org.

   d. Email accounts associated with, operated by, or created by Kathy Stapp, including, but not limited to, kstapp@boilermakers.org.

   e. Email accounts associated with, operated by, or created by Warren Fairley, including but not limited to, tfairley@boilermakers.org.

   f. Email accounts associated with, operated by, or created by Lawrence McManamon, including, but not limited to, lmcmanamon@boilermakers.org.

   g. Email accounts associated with, operated by, or created by Tyler Brown, including, but not limited to, tbrown@boilermakers.org.

   h. Email accounts associated with, operated by, or created by Cullen Jones, including, but not limited to, cjones@boilermakers.org.

   i. Email accounts associated with, operated by, or created by Hailey Rose, including, but not limited to, hrose@boilermakers.org.

## ATTACHMENT B
### Particular Things to be Provided

**I.     Information to be disclosed by International Brotherhood of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers and Helpers (the "Boilermakers Union")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Boilermakers Union, regardless of whether such information is located within or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to the Boilermakers Union, the Boilermakers Union is required to disclose the following information to the government for each account listed in Attachment A:

a.     The contents of all emails associated with the Accounts from January 1, 2009, to the August 31, 2023, including stored or preserved copies of emails sent to and from the account, draft emails, the source and destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email;

b.     All records or other information regarding the identification of the Accounts;

c.     All records or other information stored by an individual using the Accounts, including address books, contact and lists, calendar data, pictures, notes, and attachment files.

**II.    Format of Information to Be Disclosed**

Please provide the records in a native format which preserves the metadata associated with the emails, including, but not limited to, the date and time the emails were sent, the sender and recipient of the email(s), the content of the emails; and the subject line of the email(s).

**III.   Response Date**

The Boilermakers Union is hereby ordered to disclose the above information to the government by **June 18, 2025 at 1:30pm**.

**CERTIFICATE OF AUTHENTICITY OF DOMESTIC
RECORDS PURSUANT TO FEDERAL RULES OF
EVIDENCE 902(11) AND 902(13)**

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by **[PROVIDER]**, and my title is _____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of **[PROVIDER]**. The attached records consist of _____ **[GENERALLY DESCRIBE RECORDS (pages/CDs/megabytes)]**. I further state that:

a. all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of **[PROVIDER]**, and they were made by **[PROVIDER]** as a regular practice; and

b. such records were generated by **[PROVIDER'S]** electronic process or system that produces an accurate result, to wit:

    1. the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of **[PROVIDER]** in a manner to ensure that they are true duplicates of the original records; and

**ATTACHMENT B**
**Particular Things to be Provided**

I. **Information to be disclosed by International Brotherhood of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers and Helpers (the "Boilermakers Union")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Boilermakers Union, regardless of whether such information is located within or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to the Boilermakers Union, the Boilermakers Union is required to disclose the following information to the government for each account listed in Attachment A:

a. The contents of all emails associated with the Accounts from January 1, 2009, to the August 31, 2023, including stored or preserved copies of emails sent to and from the account, draft emails, the source and destination addresses associated with each email, the date and time at which each email was sent, and the size and length of each email;

b. All records or other information regarding the identification of the Accounts;

c. All records or other information stored by an individual using the Accounts, including address books, contact and lists, calendar data, pictures, notes, and attachment files.

II. **Format of Information to Be Disclosed**

Please provide the records in a native format which preserves the metadata associated with the emails, including, but not limited to, the date and time the emails were sent, the sender and recipient of the email(s), the content of the emails; and the subject line of the email(s).

III. **Response Date**

The Boilermakers Union is hereby ordered to disclose the above information to the government by **June 18, 2025 at 1:30pm**.