# EXHIBIT 2

| | |
|---|---|
| **From:** | McInerney, Patrick |
| **Sent:** | Tuesday, October 8, 2024 2:20 PM |
| **To:** | Alhambra, Faiza (USAKS) |
| **Cc:** | Falvo, Vincent (CRM); Wamble, Jabari (USAKS); Nelson, Daniel M.; Burger, Tye; Phillips, Caleb |
| **Subject:** | RE: [EXTERNAL] RE: U.S. v. Jones, et al. - Case No. 24-CR20070-DDC - Government's 09/27/24 Production |
| **Attachments:** | pocket-guide_criminal-e-discovery.pdf |

Dear Faiza,

Thanks for your response. I wanted to get back to you as soon as I could in light of your email regarding Round 2. Our hope here is that we can reach agreement on an effective and usable format for discovery *before* we see the lion's share of the government's discovery in Round 2 and on. With that in mind, our response is below and, consistent with best practices, we would propose an in-person meet and confer to reach agreement and/or identify a finite list of e-discovery issues for the court to resolve.

First, you indicated that your production of the Native files should make our request for load files unnecessary because the native files will work with our viewer. Although technically correct, this is not the best practice in ESI productions for the following reasons:

The natives as they exist in the production deliverable do not have intact metadata. At this point, they have been collected, processed into a document review platform, produced, transferred in a zip file, extracted from the zip file, and now exist on a thumb drive that's in our possession. The metadata for the natives will be affected by all these processes. The best practice is to collect the native files in a forensically sound manner, process them into a document review platform with their metadata intact and populated into fields in that platform, and then run a production with a load file that captures and transfers that metadata to the recipient. This is an industry standard best practice AND it's no more difficult or expensive to run productions this way if they're using a document review platform. This raises the question whether the government compelled IBB to produce the documents in the correct format. Please let us know the answer to this question, which may dictate what we do from here.

Second, you offered to produce load files (DAT and OPT), although you indicated that it would not be until after you we finish producing the additional rounds of discovery. Unfortunately, this isn't acceptable. Load files are needed with each production for three reasons:
- To facilitate loading the data into Relativity,

1

- To populate metadata fields correctly, and
- to populate family relationships for the documents in the production.

This is something critical to defense counsel in an ongoing fashion, not something we can wait for until all the discovery is produced. Again, this is not a complex request – it is standard practice in the e-discovery industry.

We are confident we can reach agreement on production protocols in order to make this process cost and time efficient. We also believe the criminal e-discovery principles developed by the United States District Court for the Western District of Missouri may be particularly useful in this context. They are drawn from the Federal Judicial Center's Criminal E-Discovery guide for federal judges (attached).

Thanks again for your attention to these issues. Please let us know when you are available this week or next for a meet and confer.

Regards,

**Patrick A. M<sup>c</sup>Inerney**  Partner
Spencer Fane LLP

1000 Walnut, Suite 1400 | Kansas City, MO 64106
**O** 816.292.8358   **M** 816.260.0584
pmcInerney@spencerfane.com | spencerfane.com

---

**From:** Alhambra, Faiza (USAKS) <Faiza.Alhambra@usdoj.gov>
**Sent:** Friday, October 4, 2024 2:30 PM
**To:** Donaldson, Karen <kdonaldson@spencerfane.com>; McInerney, Patrick <pmcinerney@spencerfane.com>
**Cc:** Falvo, Vincent (CRM) <Vincent.Falvo@usdoj.gov>; Wamble, Jabari (USAKS) <Jabari.Wamble@usdoj.gov>
**Subject:** [EXTERNAL] RE: U.S. v. Jones, et al. - Case No. 24-CR20070-DDC - Government's 09/27/24 Production

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

Pat,

We reviewed your October 2nd letter and discussed your concerns with our discovery coordinator. In Round 1, we produced PDFs of the files along with all of the Native files. These files can be found in the "Eclipse Natives" folder. There are approximately 4,296 native files in the production. In addition, we OCR'd all of the PDFs prior to producing them. These files are searchable on our end and should be searchable on your end. Given the size of the files and the particular viewer you are using, it sometimes takes hours or even days for the files to load and for OCR to work properly.

Our production of the Native files should make your request for load files unnecessary since you should be able to input the Native files into any viewer you are using. However, if you would still like load files (DAT and OPT), we are happy to produce those to you after we finish producing the additional rounds of

discovery. We are required to provide a pdf and native in discovery for tracking purposes even if a request for load files is made. Please let us know if you are able to locate the Native files and would still like the option of a load file.

Finally, Round 1 and the Bates Chart spreadsheet consist primarily of productions from the International Boilermakers. The File Path/Folder columns identifies where the production originated. They produced these records to us with the Bates numbers as file names. The Boilermakers did, however, produce indexes of the productions. Those cover letters and spreadsheets are within the discovery. Next week, for your convenience, I can collect those cover letters and spreadsheets and provide them to you.

I hope this addresses all of your concerns. I'm happy to talk through any of this further.
Have a great weekend,

Faiza H. Alhambra
913.551.6904

---

**From:** Donaldson, Karen <kdonaldson@spencerfane.com>
**Sent:** Wednesday, October 2, 2024 3:58 PM
**To:** Alhambra, Faiza (USAKS) <FAlhambra@usa.doj.gov>; Wamble, Jabari (USAKS) <JWamble@usa.doj.gov>
**Cc:** McInerney, Patrick <pmcinerney@spencerfane.com>; Donaldson, Karen <kdonaldson@spencerfane.com>
**Subject:** [EXTERNAL] U.S. v. Jones, et al. - Case No. 24-CR20070-DDC - Government's 09/27/24 Production

Good afternoon all,

On behalf of Patrick McInerney, please see attached letter regarding above-referenced matter.

Thank you,
Karen

**Karen Donaldson**  Legal Administrative Assistant <><
Spencer Fane LLP

1000 Walnut, Suite 1400 | Kansas City, MO 64106
**O** 816.292.8174
kdonaldson@spencerfane.com | spencerfane.com