# EXHIBIT 5

| | |
|---|---|
| **From:** | McInerney, Patrick |
| **Sent:** | Sunday, October 27, 2024 11:42 AM |
| **To:** | Alhambra, Faiza (USAKS); Wamble, Jabari (USAKS) (Jabari.Wamble@usdoj.gov); Falvo, Vincent (CRM) |
| **Cc:** | john.davis@kesslerwilliams.com; Hobbs, Jackson R. (LGPM); kathleen.fisherenyeart@lathropgpm.com; Tom Bath (Tom@bathedmonds.com); Fowler Robin (robin@bathedmonds.com); tricia_bathedmonds.com; J. R. Hobbs (jrhobbs@whmlaw.net); mbkeller@whmlaw.net; PJ Oconnor; kspell@mghslaw.com; James Wooley; ehanson@mghslaw.com; Branden Smith; Nelson, Daniel M.; Reed, Emily; Phillips, Caleb; Inzerillo, Tara |
| **Subject:** | U.S. v. Jones, et al - Discovery Meet & Confer, summary of meeting |

Dear Counsel:

As I said Friday morning on behalf of all defense counsel, we appreciate your time and willingness to meet and discuss the discovery issues in this case. I think it was a very productive meeting. As promised, below is our summary of the areas of discussion and agreement. Please review this and let us know if anything below is inconsistent with your understanding or misstates our discussion/agreements.

1. Production of Load Files and Corresponding Metadata.
    a. The Government agreed to produce load files for Round 1 documents and concurrently produce load files with forthcoming productions. The load files will be limited to what was produced to the Government if from third parties.
        i. Spencer Fane will provide a list of requested fields for DAT files and the Government will provide those fields where applicable.

2. Production Indices.
    a. Government confirmed it has not withheld any documents from the IBB production. For the indices, Government is unclear on what the issue is, but did clarify that IBB counsel, Morgan Pilate, produced a master list identifying their production on behalf of IBB in April of 2024. The Government has requested an updated master list that includes all subsequent productions and will produce that list once received.
    b. Government did not produce the full file path for its own indices of the Government production due to size. Government will send 2-3 examples of the documents with the full file path and defense counsel will determine if it wants full file paths for each.

3. Bates Ranges.

1

   a. Government agrees to produce all documents in the same organizational structure in which they were received, and that process has been followed here.

4. <u>Brady/Giglio.</u>
   a. Defense counsel will evaluate this item based on additional bates range information provided by the Government and will raise any continuing concerns with the Government.

5. <u>Redactions.</u>
   a. Government represented that it has not itself redacted any information in Round 1 and has not yet redacted any information in forthcoming productions, although noted that some documents have been redacted by the original custodian(s) (i.e., FBI). If the Government does its own redaction, it will indicate on the document that there has been a redaction. Government does not keep a log of all redactions done by 3rd parties. Via email following the meeting, the government clarified that the U.S. Attorney's Office made redactions "to one witness's audio interview and 302 report based on a privilege assertion from Bank of Labor."
      i. Defense counsel advised that they would request a log of any Government redactions and the relevant rationale for each redaction.

6. <u>Bates Stamps.</u>
   a. There were issues with unreadable documents during certain productions by outside counsel for IBB. The Government identified those documents and Morgan Pilate produced corrected versions in later productions. Morgan Pilate provided cover letters identifying which documents were corrected and reproduced documents that will be helpful to reference. Government will produce those cover letters.

7. <u>Physical items.</u>
   a. The language regarding physical items for inspection in the cover letter is standard language. The only potential physical items at issue here are work computers/laptops – the Government did not collect those, but has an agreement with IBB that they will be preserved. Government will provide a list of all items being preserved. Defense counsel advised that, if such preserved ESI is the only source of relevant metadata, the parties will meet and confer regarding obtaining the ESI.

8. <u>Privilege log.</u>
   a. Spencer Fane will provide list of bates ranges for presumptively privileged documents to the Government, who will coordinate with IBB's outside counsel to determine whether they were inadvertently produced. Government also

2

advised that privilege was waived on certain items, and will advise regarding those items.

9. Investigative reports.
    a. Government was unclear as to whether investigative reports (DOL and FBI 302s) will be provided in Round 2 but agreed to clarify whether they will be included in Round 2 or Round 3. Defense counsel reiterated its request they be produced as soon as possible.

Thanks again - we look forward to your response.

Pat

**Patrick A. McInerney**  Partner
Spencer Fane LLP

1000 Walnut, Suite 1400 | Kansas City, MO 64106
**O** 816.292.8358   **M** 816.260.0584
pmcInerney@spencerfane.com | spencerfane.com

**From:** McInerney, Patrick
**Sent:** Wednesday, October 23, 2024 11:02 PM
**To:** Alhambra, Faiza (USAKS) <Faiza.Alhambra@usdoj.gov>; Wamble, Jabari (USAKS) (Jabari.Wamble@usdoj.gov) <Jabari.Wamble@usdoj.gov>; Falvo, Vincent (CRM) <Vincent.Falvo@usdoj.gov>
**Cc:** john.davis@kesslerwilliams.com; Hobbs, Jackson R. (LGPM) <jackson.hobbs@lathropgpm.com>; kathleen.fisherenyeart@lathropgpm.com; Tom Bath (Tom@bathedmonds.com) <Tom@bathedmonds.com>; Fowler Robin (robin@bathedmonds.com) <robin@bathedmonds.com>; tricia_bathedmonds.com <tricia@bathedmonds.com>; J. R. Hobbs (jrhobbs@whmlaw.net) <jrhobbs@whmlaw.net>; mbkeller@whmlaw.net; PJ Oconnor <pjoconnor@wcllp.com>; kspell@mghslaw.com; James Wooley <jwooley@mghslaw.com>; ehanson@mghslaw.com; Branden Smith <branden@smithlegalllc.com>
**Subject:** U.S. v. Jones, et al - Discovery Meet & Confer Agenda

Dear Counsel:

I have attached an agenda for our meeting on Friday morning. We included the agenda items as well as the basis for our concerns, what we believe is the relevant guidance, and our proposed resolutions. We believe this will make our meeting efficient and productive.

We look forward to seeing you on Friday at 9:00 a.m. CT.

Pat

**Patrick A. McInerney**  Partner
Spencer Fane LLP

1000 Walnut, Suite 1400 | Kansas City, MO 64106
**O** 816.292.8358   **M** 816.260.0584
pmcInerney@spencerfane.com | spencerfane.com

4