# EXHIBIT 6

| | |
|---|---|
| **From:** | McInerney, Patrick |
| **Sent:** | Tuesday, November 19, 2024 7:50 PM |
| **To:** | Alhambra, Faiza (USAKS); Wamble, Jabari (USAKS) (Jabari.Wamble@usdoj.gov); Falvo, Vincent (CRM) |
| **Cc:** | Nelson, Daniel M.; Reed, Emily; Phillips, Caleb |
| **Subject:** | U.S. v. Jones - discovery |
| **Attachments:** | U.S. v. Jones, et al - Discovery Meet & Confer, summary of meeting |

Dear Counsel:

As you know, the indictment in this case was returned on August 21, 2024. The defendants appeared for arraignment the first week of September. In late September, the government produced Round 1 of discovery. The defendants collectively lodged their objections to the manner and format of the discovery on October 2nd. On October 10, 2024, the court held a status conference at which the Government represented that it would make the remainder of discovery available as soon as possible. We hosted a meet and confer to discuss and resolve discovery issues on October 25, 2024. At that meeting (confirmation email attached), you indicated the government would agree to re-produce Round 1, and would produce subsequent rounds with load files.

As of today's date, we have not received the re-produced Round 1 or the additional rounds of discovery. As you know, we have a status conference set for January 16th – less than 60 days from today, with the Thanksgiving and Christmas holidays in the interim - at which the Court said it expects counsel to provide a date for trial of this case. Given the considerable delays so far and the anticipated substantial size of the forthcoming productions, we are very concerned about our capacity to review and analyze the discovery materials so we can begin to formulate an effective defense to the charges, and also represent to the Court an appropriate date for trial.

Please advise us at your earliest convenience when we can expect the re-production of Round 1 and production of Rounds 2 and 3. If you would prefer to discuss this on a call, we will make ourselves available.

Thank you.

**Patrick A. McInerney**  Partner
Spencer Fane LLP

1000 Walnut, Suite 1400 | Kansas City, MO 64106
**O** 816.292.8358    **M** 816.260.0584
pmcInerney@spencerfane.com | spencerfane.com

# Phillips, Caleb

| | |
|---|---|
| **From:** | Phillips, Caleb |
| **Sent:** | Tuesday, November 12, 2024 11:28 AM |
| **To:** | 'Alhambra, Faiza (USAKS)'; McInerney, Patrick; Wamble, Jabari (USAKS); Falvo, Vincent (CRM) |
| **Cc:** | Nelson, Daniel M.; Inzerillo, Tara |
| **Subject:** | RE: U.S. v. Jones et al - Round 2 |
| **Attachments:** | SF_Standard_Production_Fields.txt; US v Jones - Potentially Privileged Suppressed Docs.xlsx; U.S. v. Jones, et al - Discovery Meet & Confer, summary of meeting |

Faiza,

Please see the attached documents.

The first document is our list of requested DAT fields, per your request below.

The second is the list of documents that we suppressed as potentially privileged using search terms. Just as a reminder, we did this as a precaution because we could see text under what we thought were redactions (but turned out to be glitches). I believe you intended to contact the IBB to make sure these were not inadvertently produced and then follow up with us about whether we can go ahead with reviewing these.

The third is our summary following the meet-and-confer. This describes a few other outstanding items in addition to the reproduction of Round 1 with DAT files and the full productions of Rounds 2 and 3. For example, it might avoid headaches down the road if you would provide us prior to production with the 2-3 samples with full file paths discussed in ¶ 2(b) of the email, so we can determine whether we will be requesting full file paths. Other issues need not necessarily be addressed before the next round of production, but we don't want to lose sight of them—e.g., per ¶ 7(a), we'll need the list of computers being preserved by IBB to make headway on pursuing other avenues to obtain the relevant metadata.

Thank you.

**Caleb Phillips**  Attorney
Spencer Fane LLP

6201 College Boulevard, Suite 500 | Overland Park, KS 66211 |
**O** 913.327.5127
cphillips@spencerfane.com | spencerfane.com

---

**From:** Alhambra, Faiza (USAKS) <Faiza.Alhambra@usdoj.gov>
**Sent:** Tuesday, November 12, 2024 9:28 AM
**To:** McInerney, Patrick <pmcinerney@spencerfane.com>; Wamble, Jabari (USAKS) <Jabari.Wamble@usdoj.gov>; Falvo, Vincent (CRM) <Vincent.Falvo@usdoj.gov>
**Cc:** Nelson, Daniel M. <dnelson@spencerfane.com>; Phillips, Caleb <cphillips@spencerfane.com>; Inzerillo, Tara <tinzerillo@spencerfane.com>
**Subject:** [EXTERNAL] RE: U.S. v. Jones et al - Round 2

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

Pat,

I understand.  We currently have round 2 and round 3 ready in the previous production format. We are holding them while we work on load files.  Can you please send us the list of DAT fields you are requesting? I'll let you know as soon as I have an update.
Thanks,

Faiza H. Alhambra
913.551.6904

**From:** McInerney, Patrick <pmcinerney@spencerfane.com>
**Sent:** Monday, November 11, 2024 10:47 AM
**To:** Alhambra, Faiza (USAKS) <FAlhambra@usa.doj.gov>; Wamble, Jabari (USAKS) <JWamble@usa.doj.gov>; Falvo, Vincent (CRM) <Vincent.Falvo@usdoj.gov>
**Cc:** Nelson, Daniel M. <dnelson@spencerfane.com>; Phillips, Caleb <cphillips@spencerfane.com>; Inzerillo, Tara <tinzerillo@spencerfane.com>
**Subject:** [EXTERNAL] U.S. v. Jones et al - Round 2

Good morning, Faiza.

When you have a minute, we would greatly appreciate a status update on Round 2 of the government's discovery. We have growing concerns about the timing of Round 2 and, understanding from you that it is substantial, the extent to which it will impact our position regarding Judge Crabtree's direction that counsel provide a trial date at our next status hearing.

Thank you.

Pat

Get Outlook for iOS