# EXHIBIT 7

| | |
|---|---|
| **From:** | Alhambra, Faiza (USAKS) <Faiza.Alhambra@usdoj.gov> |
| **Sent:** | Thursday, December 12, 2024 1:20 PM |
| **To:** | McInerney, Patrick; Falvo, Vincent (CRM); Wamble, Jabari (USAKS) |
| **Cc:** | Nelson, Daniel M.; Burger, Tye; Phillips, Caleb; Reed, Emily; Inzerillo, Tara |
| **Subject:** | [EXTERNAL] RE: U.S. v. Jones discovery |

**[Warning]** This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.

Pat,

Thanks for your patience as we work through the discovery productions. The Round 2 material you picked up was the production that was completed prior to our agreement to produce load files. You can set that Round 2 production aside (preferably please can return the hard drive when you pick up the new productions). The new Round 2 Production with load files will be available by COB today and Round 3 with load files looks like it will be available by COB tomorrow. Thanks,

Faiza H. Alhambra
913.551.6904

---

**From:** McInerney, Patrick <pmcinerney@spencerfane.com>
**Sent:** Tuesday, December 10, 2024 9:02 AM
**To:** Alhambra, Faiza (USAKS) <FAlhambra@usa.doj.gov>; Falvo, Vincent (CRM) <Vincent.Falvo@usdoj.gov>; Wamble, Jabari (USAKS) <JWamble@usa.doj.gov>
**Cc:** Nelson, Daniel M. <dnelson@spencerfane.com>; Burger, Tye <tburger@spencerfane.com>; Phillips, Caleb <cphillips@spencerfane.com>; Reed, Emily <ereed@spencerfane.com>; Inzerillo, Tara <tinzerillo@spencerfane.com>
**Subject:** [EXTERNAL] U.S. v. Jones discovery

Dear Faiza,

We received two productions in the last few days and have had some time to look at the productions themselves. Round 1, which has been re-produced according to our agreement regarding format, etc., is in the correct format and we appreciate your and your team's effort.

Round 2, however, is not. It appears to be in the same rejected format as Round 1 was, with no load files or metadata. Please give us an estimate at your earliest convenience as to when Round 2 will be produced according to the formatting and content agreement we reached in September. As always, if it would help to have a call, just let me know.

Thank you.

Pat

**Patrick A. M<sup>c</sup>Inerney**  Partner
Spencer Fane LLP

1000 Walnut, Suite 1400 | Kansas City, MO 64106
**O** 816.292.8358   **M** 816.260.0584
pmcInerney@spencerfane.com | spencerfane.com

2



# U.S. Department of Justice

## Kate E. Brubacher
United States Attorney
District of Kansas

| Kansas City Office | Wichita Office |
|---|---|
| 500 State Avenue | 1200 Epic Center |
| Suite 360 | 301 N. Main |
| Kansas City, Kansas 66101-2433 | Wichita, Kansas 67202-4812 |
| | |
| TEL:  (913) 551-6730 | Topeka Office |
| FAX:  (913) 551-6541 | 444 SE Quincy |
| | Suite 290 |
| | Topeka, Kansas  66683-3592 |

December 4, 2024

**Patrick McInerney**
**Daniel Morton Nelson**
Spencer Fane, LLP - KC
1000 Walnut Street, Suite 1400
Kansas City, MO 64106

**Robin D. Fowler**
Bath & Edmonds, PA
4000 W. 114th Street, Suite 210
Leawood, KS 66211

**Christopher J. Angles**
1609 West 92nd Street
Kansas City, MO 64114

**James R. Hobbs**
Wyrsch Hobbs Mirakian, PC
One Kansas City Place
1200 Main Street, Suite 2110
Kansas City, MO 64105

**James Wooley**
Kevin M. Spellacy, Attorney at Law
323 W. Lakeside Ave., Suite 200
Cleveland, OH 44113

**Patrick James O'Connor**
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112

**Jackson Hobbs**
Lathrop GPM, LLP - Kansas City
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108-2618

Page 2

RE:   *United States v. Jones et al*, Case No.: 24-cr-20070-DDC

Dear Counsel:

Enclosed please find a flash drive containing the government's second copy of the first production of discovery in the above-captioned case (Round 01). This production includes load files with single page images (tiffs)/text/natives in industry standard format (.opt, .dat). which are labeled **RD1_JONES_000001 to RD1_JONES_336767**.

All of these materials are being provided subject to the protective conditions outlined in the Court's pretrial and case management order that has been entered in this case.

Please make good faith efforts to open and conduct an initial review of this production within the next 30 days. If you experience any technical problems opening or accessing the material or if you believe any items have not been provided on your copy of the production, please let us know immediately, so we can cure any error as soon as possible to avoid any unnecessary delays. Otherwise, we must assume that you both received the discovery and can access it all. Additionally, if you review a report or document that references another document/attachment/video/any materials or evidence you do not have, please alert us immediately and we will get it for you. **Finally, with respect to physical items and/or sensitive evidence that is only available for review in our office, please contact me and I will schedule a convenient date and time for you to do so.**

The government has complied with its discovery obligations and will continue to do so. Accordingly, we request that you provide reciprocal discovery as identified in Rule 16(b) of the Federal Rules of Criminal Procedure. Further, the government requests notice of the following:

1. The defendant's intent to offer an alibi defense for any of the times or dates listed in the indictment in this cause. Fed. R. Crim. P. 12.1.

2. The defendant's intent to offer an insanity defense. Fed. R. Crim. P. 12.2.

3. The defendant's intent to offer a defense of public authority. Fed. R. Crim P. 12.3.

Please contact us as soon as you are prepared to provide reciprocal discovery or if you wish to provide notice of any of the defenses listed above.

Sincerely yours,

*/s/ Faiza H. Alhambra*
Faiza H. Alhambra
Assistant United States Attorney

FA\jb
Enclosures: Flash Drive