# EXHIBIT 8

| | |
|---|---|
| **From:** | Alhambra, Faiza (USAKS) <Faiza.Alhambra@usdoj.gov> |
| **Sent:** | Wednesday, January 29, 2025 8:09 AM |
| **To:** | McInerney, Patrick; branden_smithlegalllc.com; Nelson, Daniel M.; ehanson@mghslaw.com; jackson.hobbs_lathropgpm.com; john.davis@kesslerwilliams.com; jrhobbs_whmlaw.net; jwooley@mghslaw.com; kathleen.fisherenyeart@lathropgpm.com; kspell_mghslaw.com; mbkeller_whmlaw.net; mmolner_emlawkc.com; robin_bathedmonds.com; tom_bathedmonds.com; tricia_bathedmonds.com; Phillips, Caleb; Reed, Emily |
| **Cc:** | Falvo, Vincent (CRM); Wamble, Jabari (USAKS); Alhambra, Faiza (USAKS) |
| **Subject:** | [EXTERNAL] U.S. v. Jones, et al. - IBB - Electronic Devices |
| **Attachments:** | Electronic Devices.pdf; 2025.01.27 IBB Preservation of Electronic Devices.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

All,

Attached is letter from IBB's counsel along with an inventory of IBB's electronic devices. The red formatting means that the serial number is a duplicate entry – essentially, that the device is listed in at least one other place on the spreadsheet. The green formatting means that the device does not have a duplicate entry on the spreadsheet.

Let me know if you have any questions.

Faiza H. Alhambra
913.551.6904



January 27, 2025

Faiza Alhambra
faiza.alhambra@usdoj.gov

Vincent Falvo
vincent.falvo@usdoj.gov

Jabari Wamble
jabari.wamble@usdoj.gov

*SENT VIA EMAIL/NO ORIGINAL TO FOLLOW*

     Re:    IBB Preservation of Electronic Devices

Dear Ms. Alhambra and Messrs. Falvo and Wamble,

     You recently asked our client about electronic devices that were used by the defendants in *United States v. Jones, et al.* Our client identified (to the best of its ability) any device used by those defendants and then segregated those devices. Our client also generated an inventory of those devices. Not all devices were able to be identified or associated with a particular individual. While some were located in the North Carolina office or storage and presumably limited to the small number of people who worked in that location, we have not located any record which would suggest to us who the device was assigned to. Further, some devices are password-protected and our client is unable to access them.

     If you have any other questions, please let us know.

     Sincerely,

     Branden Bell

cc:
     Anthony Ruiz
     David Rosenfeld
     Melanie Morgan

Branden A. Bell | Cell: 785-218-2215 | bbell@morganpilate.com
926 Cherry Street, Kansas City, Missouri 64106 | Phone: 816-471-6694 | Fax: 816-472-3516

Device Preservation and Inventory
January 27, 2025
Page 2

Encl(1):
        Electronic Device Inventory

| Category | Part Description | Serial # | Date Purchased (Issue Date not available) | Assigned To/Used By |
|---|---|---|---|---|
| Laptop | 15-inch APPLE POWERBOOK G4/1.5 80GB DVR | W84460CZQHY | 12/23/2004 | NewtonJ (PO) |
| MBP | 17-inch APPLE MBP 2.6 200GB 4GB SD DVR (1342064) | W87483BVXA9 | 12/5/2007 | Cullen Jones |
| MBA | 13-inch Apple MacBook Air 1.86GHz | W884708N5L9 | 1/6/2009 | NJones (PO) |
| MBA | 13-inch MacBook Air | W89130035LA | 3/20/2009 | Warren Fairley (PO) |
| MBP | 13-inch MacBook Pro | W89362TP66J | 8/31/2009 | Newton Jones (PO) |
| MBP | 13-inch MacBook Pro | W89362TQ66J | 8/31/2009 | Warren Fairley (Inv. xlsx) |
| Desktop PC | HP Compaq Elite 8000 - Core 2 Quad Q8400 2.66 GHz | S2UA00300BN | 1/25/2010 | Warren Fairley (Inventory |
| MBP | 13-inch Macbook /1.86/2/256FLASH | C02DJAR0DDR2 | 10/22/2010 | Newton Jones (Inventory |
| MBA | 11.6-inch Macbook Air | C02DM2XHDDR0 | 10/26/2010 | NJones or WFairley (PO) |
| MBP | Apple Macbook Pro | C02J245QDKQ5 | 7/1/2012 | Newton Jones (Inventory |
| Microserver System | HP ProLiant MicroServer - Turion II Neo N40L 1.5 GHz - Monitor : none. | 5C7234P0L1 | 10/8/2012 | Chapel Hill Dawson Hall (Inventory |
| iMac | 27-inch iMac | C02K2DUVDNMP | 1/14/2013 | NCUpgrade12192012 (Inventory |
| MBA | 12-inch Apple Macbook Air | C02PQ1UTGCN2 | 5/1/2015 | Unknown |
| iMac | 27-inch iMac | D25Q3176FY14 | 7/15/2015 | chapelhill07092015 (PO) |
| MBP | 15-inch Macbook Pro 16GB | C02RX0HSG8WL | 6/15/2016 | Unknown |
| MBP | Apple Macbook Pro | C02W50YLHTDD | 2/1/2018 | Unknown |
| MBA | 13-inch Apple Macbook Air | C02XM2Q3JK7M | 11/1/2018 | Unknown |
| MBP | Apple Macbook Pro M1 2021 | P44YWNYJ7T | 3/1/2022 | Unknown |
| Mac Studio | Mac Studio: Apple M1 Ultra | JTHQJ1Q5WR | 7/7/2022 | cmjones07072022 (PO) |

IBB0205592

| MBA | 12-inch Macbook Air | C02PG0QCGCN4 | Not purchased by IBB IT Dept. | Returned by Kate Jones |
|---|---|---|---|---|
| MBP | 15-inch Macbook Pro | C02VQ26AHTD9 | Not purchased by IBB IT Dept. | Returned by Kate Jones |
| iPad | 10.5-inch iPad | DMPVP19QHPT4 | Not purchased by IBB IT Dept. | Returned by Kate Jones |
| PC Tower | Mac Pro Tower | 157170ZSUPZ | Not purchased by IBB IT Dept. | Probably Newton Jones (Inventory |
| PC Tower | Mac Pro Tower | 40735019UP2 | Not purchased by IBB IT Dept. | Unknown |
| PC Tower | HP Media Center PC 873n | MX24313711 | Not purchased by IBB IT Dept. | Unknown |
| iMac | 24-inch Apple iMac | W87351WSZCT | Not purchased by IBB IT Dept. | Unknown |
| MBP | 15-inch Macbook Pro | C02JR0R4DR56 | 11/1/2012 | Returned from Chapel Hill |
| MBP | 13-inch Macbook Pro | W89060Y01B5 | 2/1/2009 | Returned from Chapel Hill |
| MBP | 16-inch Macbook Pro | JH0QQKRQHX | 2/1/2022 | Cullen Jones |
| MBP | 13-inch Macbook | 4H6210FAVMN | 6/1/2006 | Returned from Chapel Hill |
| MBP | 13-inch Macbook Pro | W88488PH1AX | 12/1/2008 | Returned from Chapel Hill |
| MBA | 13-inch Macbook Air | C02G26BHDRHF | 8/1/2011 | Returned from Chapel Hill |
| MBP | 13-inch Macbook Pro | C02LM35KFH05 | 10/1/2013 | Returned from Chapel Hill |
| MBA | 13-inch Macbook Air | C02KR67VFLCG | 6/1/2013 | Returned from Chapel Hill |
| MBA | 11-inch Macbook Air | C02G24HNDRHF | 7/1/2011 | Returned from Chapel Hill |
| Macbook | 12-inch Macbook | C02PG0SEGCN4 | 4/1/2015 | Returned from Chapel Hill |
| MBP | 13-inch Macbook Pro | C02JL3SSDR56 | 10/1/2012 | Returned from Chapel Hill |
| iMac | 27" iMac | C02K2DUVDNMP | 1/14/2013 | Unk. Dup entry NCUpgrade12192012 (Inventory |
| iMac | 27" iMac | D25Q3176FY14 | 7/15/2015 | Unk. |

IBB0205593

| iMac | 24" iMac | W87351WSZCT | Not purchased by IBB IT Dept. | Unk. |
|---|---|---|---|---|
| MacPro | Approx 2008 MacPro | 40735019UPZ | Not purchased by IBB IT Dept. | Unknown |
| iMac | 27" iMac (Retina 5k 27-inch, late 2014) | D25Q3176FY14 | 7/15/2015 | Newton B. Jones |
| MacPro | MacPro | F5KQ30JDFJ694 | Not purchased by IBB IT Dept. | Cullen Jones (?) |
| MBP | 13-inch Macbook Pro | W88488PH1AX | 12/1/2008 | Shae Jones (Also NBJ) |
| Macbook | 13-inch Macbook | 4H6210FAVMN | 6/1/2006 | Newton Jones |
| MBP | 15-inch Macbook Pro | C02J245QDKQ5 | 7/1/2012 | Newton Jones (Inventory |
| MB Air | 13-inch Macbook Air | C02DJAR0DDR2 | 10/22/2010 | Newton Jones (Inventory |
| Macbook | 12-inch Macbook | C02PG0QCGCN4 | Not purchased by IBB IT Dept. | |
| MBP | 12-inch Macbook Pro | C02PQ1UTGCN2 | 5/1/2015 | Unk. |
| MBP | 13-inch Macbook Pro | W89362TQ66J | 8/31/2009 | Warren Fairley (Inv. xlsx) |
| Powerbook | Apple Powerbook G4 15-inch | W84460CZQHY | 12/23/2004 | Newton Jones (PO) |
| MB Air | 13-inch Macbook Air | C02XM2Q3JK7M | 11/1/2018 | Returned from Chapel Hill |
| MBP | 15-inch Macbook Pro | C02VQ26AHTD9 | Not purchased by IBB IT Dept. | |
| MB Air | 13-inch Macbook Air | W89130035LA | 3/20/2009 | |
| MBP | 16-inch Macbook Pro | P44YWNYJ7T | 3/1/2022 | |
| MBP | 13-inch Macbook Pro | W89060Y01B5 | 2/1/2009 | Newton Jones |
| MBP | 15-inch Macbook Pro | C02RX0HSG8WL | 6/15/2016 | Newton B. Jones |
| MBP | 15-inch Macbook Pro | C02W50YLHTDD | 2/1/2018 | |
| MB Air | 13-inch Macbook Air | W884708N5L9 | 1/6/2009 | NBJ - default login<br><br>Shae Jones |
| MBP | 13-inch Macbook Pro | C02LM35KFH05 | 10/1/2013 | Newton B. Jones |

IBB0205594

| MB Air | 13-inch Macbook Air Mid 2013) | C02KR67VFLCG | 6/1/2013 | Newton B. Jones |
|---|---|---|---|---|
| MBP | 13-inch Macbook Pro | W89362TP66J | 8/31/2009 | Newton B. Jones |
| MB Air | 11-inch Macbook Air | C02DM2XDDR0 | Not purchased by IBB IT Dept. | Newton B. Jones |
| MB Air | 11-inch Macbook Air | C02G24HNDRHF | 7/1/2011 | Returned from Chapel Hill |
| MB Air | 11-inch Macbook Air | C02G26BHDRHF | 8/1/2011 | Returned from Chapel Hill |
| Macbook | 12-inch Macbook | C02PG0SEGCN4 | 4/1/2015 | Warren Fairley |
| Macbook | 13-inch Macbook | W891417B8QS | 3/31/2009 | Returned from Chapel Hill |
| Laptop | Lenovo Thinkpad T60P Laptop | L3-BC962 07/02 | Unknown - Purchased in 2002 | Warren Fairley |
| MBP | 13-inch Macbook Pro | C02JL3SSDR56 | 10/1/2012 | Newton B. Jones |
| Laptop | Lenovo IBM ThinkPad | L3-BC961 07/02 | Unknown - Purchased in 2002 | Newton Jones |
| Laptop | Dell XPS M1330 13-inch | H45YFD1 | Not found | Newton B. Jones |

IBB0205595

| Laptop | Lenovo Thinkpad X200 | LV-00DZL 08/09 | Not found | Newton B. Jones |
|--------|----------------------|----------------|-----------|-----------------|
| Laptop | Lenovo Thinkpad T60P Laptop | L3+C0714 06/03 | Unknown - Purchased in 2003 | IBB User |
| PC Tower | HP 8000 Elite Compaq PC Tower | 2UA00300BN | 1/25/2010 | Warren Fairley |
| Laptop | Dell Inspiron I8000 | 00019+026-201-124 | Not found | Unk. |
| PC Tower | HP Compaq dc7900 Convertible Minitower | 2UA9390Z1N | 10/20/2009 | Warren Fairley (PO) |
| iPad | 11-inch iPad Pro + Magic Keyboard | DMPCM0P9NTHF + FTPCRAVHN611 | 5/21/2020 | NJonesKJones (PO) |
| iPad | iPad Mini in Purple Folio | N2XMTGVVWK + G56GK1KY1FTJ | Not purchased by IBB IT Dept. | |
| PC Tower | Dell Dimension 4550 PC Tower | B3JB421 | Not found | |
| iPad | iPad Mini | DMPYC38NLMVJ | 4/1/2019 | Returned from Chapel Hill |
| iPad | iPad Mini | DLXQD0B0GHMQ | 9/15/2015 | Returned from Chapel Hill |
| iPad | 11-inch iPad Pro w/ Smart Keyboard Folio | DMPYJ060KD93 + FTPZ205VK6F8 | 11/1/2019 | Returned from Chapel Hill |
| iMac | 27-inch iMac | D25PG10TFY14 | March 2015 (approx.) Per AppleCare Check Coverage | Newton Jones |
| iMac | 27-inch iMac | C02P55VMFY11 | May 2015 (approx.) Per AppleCare Check Coverage | Kateryna Jones |

IBB0205596

| | | | | |
|---|---|---|---|---|
| iPad Mini + Case | iPad Mini Wi-fi + Cellular | F4KJP13LF19D | November 2012 (approx.) Per AppleCare Check Coverage | Newton Jones |
| iPad with Clamcase Pro | iPad (4th Gen) Wi-Fi + Cellular | DMPJN7R5F18C (Clamcase: 32536604) | November 2012 (approx.) Per AppleCare Check Coverage | Newton Jones |
| Kindle | Amazon Kindle | B004 182 19245 1523 | Not purchased by IBB IT Dept. | unknown |
| Time Capsule | Time Capsule (2TB) | 6F93116C6GQ | Not purchased by IBB IT Dept. | Unknown |
| iPad | iPad Mini 3 + Keyboard Case | DLXNK0PXY5YK 1527000351 | Not purchased by IBB IT Dept. | |
| Mac mini | Mac Mini | C07NL29DG1J2 | 10/23/2014 | Newton Jones Office (Inventory |
| Mac mini | Mac Mini | C07G349NDJY7 | 10/31/2011 | Listed as assigned to Cullen Jones (inventory xlsx) |
| Tablet | 7-inch BlackBerry Playbook | 1343-1250-4167 | 4/7/2011 | Njones/Wfairley (PO) |
| eReader | NuvoMedia The Rocket eBook | T00006000929 | Not purchased by IBB IT Dept. | Returned from Chapel Hill |
| Tablet | Acer Iconia Tab10 | 64900124701 | Not purchased by IBB IT Dept. | |
| Powerbook | 15-inch Apple Powerbook G4 | W84460CZQHY | 12/23/2004 | Newton Jones and/or Susanne (Mitchell) |
| iPhone | iPhone 13 Pro Max 1TB | JMX6WPFVQ4 | Not purchased by IBB IT Dept. | unknown |
| Smartphone | Nokia PureView Carl Zeiss | | Not purchased by IBB IT Dept. | unknown |
| iPhone | iPhone XS 12 | C39XD3FHKPFX | Not purchased by IBB IT Dept. | unknown |
| iPhone | iPhone 12 Pro Max | F2LDT0YF0D4C | Not purchased by IBB IT Dept. | unknown |
| Smartphone | HTC One | HT36LW909574 | Not purchased by IBB IT Dept. | Newton B. Jones |
| iPhone | iPhone X | F2NVNC2MJCL8 | 10/30/2017 | Newton B. Jones/Warren Fairley/Kate Jones/Hailey Rose/Brad Bradford (Inventory |
| Thumb Drive | Kingston Data Traveler 100 G2 | | Not purchased by IBB IT Dept. | |
| Mac mini | Mac Mini | YM9140J41BV | 4/1/2009 | NJones (PO) |

IBB0205597

| | | | | |
|---|---|---|---|---|
| Smartphone | Palm Phone | | Not purchased by IBB IT Dept. | |
| Smartphone | HTC Touch Pro2 | HT9ASM200502 | Not purchased by IBB IT Dept. | Newton B. Jones |
| Cell phone | Motorola Nextel i870 | 364YFU7Y6Y | Not purchased by IBB IT Dept. | |
| Cell phone | Blackberry 8130 | 07616089292 | Not purchased by IBB IT Dept. | Newton B. Jones |
| Smartphone | Samsung Galaxy SII | 268 435 460 702 716 659 | Not purchased by IBB IT Dept. | |
| Cell phone | Sprint Dual Band SCP-5000 | 24700580308 | Not purchased by IBB IT Dept. | |
| Smartphone | HTC Droid Eris Smartphone | HT9B2HG11587 | Not purchased by IBB IT Dept. | Newton B. Jones |
| Smartphone | Blackberry Storm2 9550 | 268435458803371988 | Not purchased by IBB IT Dept. | |
| Cell phone | Blackberry Curve 8300 | | Not purchased by IBB IT Dept. | |
| Cell phone | Motorola Q | SJUG1134JK | Not purchased by IBB IT Dept. | |
| Cell phone | HTC Touch Dual | | Not purchased by IBB IT Dept. | |
| iPad | iPad Wi-Fi + 3G 64GB | V50173UMCTV | Not purchased by IBB IT Dept. | |
| Personal Server | Mirra M-400 Seagate Personal Server | KA5309554 | Not purchased by IBB IT Dept. | |
| NAS | NetGear ReadyNAS NV+ RND4000 | 000D-A201-6C95 | Not purchased by IBB IT Dept. | |
| NAS | NetGear ReadyNAS NV+ | 000D-A201-3D30 | Not purchased by IBB IT Dept. | Warren Fairley |
| NAS | NetGear ReadyNAS NV+ | 000D-A201-3D39 | Not purchased by IBB IT Dept. | Newton B. Jones |
| NAS | WD ShareSpace Network Storage | WU4N19230332 | 10/22/2009 | Warren Fairley |
| External Storage | Wi-Drive Storage | JXS123000836 | Not purchased by IBB IT Dept. | Newton B. Jones |
| External Hard Drive | LaCie | 99991506230915QR | Not purchased by IBB IT Dept. | Cullen Jones |
| External Hard Drive | LaCie | 99991506231070QR | Not purchased by IBB IT Dept. | Cullen Jones |
| eReader | Sony Adobe eReader | 08004610002CB837 | Not purchased by IBB IT Dept. | |
| eWriter | reMarkable 2 | RM110-251-36031 | Not purchased by IBB IT Dept. | Returned from Chapel Hill |
| eReader | Kindle 2nd Gen | B002A1A090272284 | Not purchased by IBB IT Dept. | |

IBB0205598

| PC Tower | IBM Intellistation A Pro | KQKZW2Y | 3/3/2006 | NJones (PO) |
|---|---|---|---|---|
| External Storage | Pegasus2 R8 32TB (8 x 4TB SATA RAID) | QW0052006968 | 9/10/2015 | Cullen Jones |
| iPad | 9.7-inch iPad 64GB | V5025HHXETV | Not purchased by IBB IT Dept. | |
| Mac Pro | Mac Pro Quad Core 2.66 | 40735019UP2 | Not purchased by IBB IT Dept. | Cullen Jones |
| Cassette Recorder | Sony Micro Cassette-Corder M-102 | 16462 | Not purchased by IBB IT Dept. | unknown |
| Personal Server | Seagate Mirra Sync and Share Personal Server | 3PM0JJNR | Not purchased by IBB IT Dept. | Returned from Chapel Hill |
| External Hard Drive | Buffalo DriveStation External Hard Drive | 80158945207964 | Not purchased by IBB IT Dept. | Returned from Chapel Hill |
| Time Capsule | Time Capsule (500 GB) | 6F8150JNYZV | Not purchased by IBB IT Dept. | unknown |
| PC | IBM Intellistation M Pro (Type 6850) | 78-R4799 | 1/23/2002 | Possibly Newton Jones<br><br>Ship to: Newton Jones |
| Desktop PC | Dell Optiplex GX300 | 1K8AN<br>Express service code: 26-234-87 | Unknown - Purchased in 2000 | Possibly Newton Jones |
| Server | IBM Netfinity Server | 23C0747 | Unknown - Purchased in 2002 | Unknown |
| iPad | Apple iPad Mini 2 | DLXLQBR3FLMR | Not purchased by IBB IT Dept. | Newton B. Jones |
| iMac | 17-inch Apple iMac G4 | QT206E3DLF4 | 2/20/2002 | Newton B. Jones |
| iPad | 10.5-inch iPad + Smart Keyboard + Apple Pencil 1st Gen | DMPVP19QHPT4<br>FTPVJ9E1HPG0 | Not purchased by IBB IT Dept. | Returned by Kate Jones |
| iPad | 10.5-inch iPad Pro | DMPTT115HPT4 | 7/1/2017 | Returned from Chapel Hill |

IBB0205599

| Desktop PC Tower | Mac Pro | 157170ZSUPZ | Not purchased by IBB IT Dept. | Newton B. Jones |
|---|---|---|---|---|
| iPad | 12.9-inch iPad Pro + Smart Keyboard Folio | iPad: DLXXG1VMKC6T<br>Folio: FTPXL4YUK16R | 11/1/2018 | Returned from Chapel Hill |
| iPad | 12.9-inch iPad Pro + Magic Keyboard | iPad: DMPD1044NTJ2<br>Keyboard: FTPCX0XDN5TR | 6/14/2020 | njones06132020 |
| PC Tower | HP Media Center PC 813n | MX24313711 | Not purchased by IBB IT Dept. | Unknown |
| iPad | 11-inch iPad Pro + Magic Keyboard | iPad: KQK949CXJF<br>Keyboard: FTPDHFFLN611 | 12/1/2022 | Returned from Chapel Hill |
| iPad | 9.7-inch Apple iPad Air | DMPLL26MFKYH | Not purchased by IBB IT Dept. | Newton B. Jones |
| PC Tower | Alienware Area 51 PC Tower | H1GBGK2 | 6/27/2017 | Warren Fairley |
| Server | NetApp Server | 700001375874 | Not found | |
| External Hard Drive | G Drive Slim | 436ZWB4H | Not purchased by IBB IT Dept. | unknown |
| External Hard Drive | G Drive | 54H4HHHE | Not purchased by IBB IT Dept. | unknown |
| iMac | 27-inch Apple iMac Pro Retina 2.3GHz Xeon W 18C 64GB 2TB Vega 56 | C02WF0EHHX8F | 3/29/2018 | Bill Creeden |
| iPad | 11-inch iPad Pro WF CL 1TB Gray | DMPCQ0C7NTHF | w | Bill Creeden |
| Laptop | Macintosh PowerBook | CK8241LQCWS | Unknown - very old device | Bill Creeden |
| PC | Macintosh II CI | F11474BC724 | Unknown - very old device | Bill Creeden |
| Laptop | Powerbook 190 | EE623B4F4ZP | Unknown - very old device | Bill Creeden |
| Laptop | Powerbook 190cs | EE63810UV4ZP | Unknown - very old device | Bill Creeden |
| Laptop | Powerbook Duo 280 | FC439HJW230 | Unknown - very old device | Bill Creeden |
| Laptop | PowerPC G3 (1997) | XB840243DLU | Unknown - very old device | Bill Creeden |
| Laptop | IBM TS TP T43 C9/1.7 40GB 256MB XPP (771064) | 1S1875D6UL3A0648 | 6/5/2005 | Bill Creeden |
| Laptop | Apple Powerbook 500 | FC5155TQ49H | Unknown - very old device | Bill Creeden |
| Laptop | Apple Powerbook 280/280c | FC423MZZ23D | Unknown - very old device | Bill Creeden |
| Optical Drive | Mac Warehouse 200mb | S814123-001 | Unknown - very old device | Bill Creeden |
| MBA | 13-inch Macbook Air | C02GW0WJDJWV | 2011 per AppleCare check | Bill Creeden |

IBB0205600

| iMac | 27-inch APPLE IMAC QC 3.2 256GB 8GB | D25RT0VAGG7V | 6/3/2016 | Kathy Stapp |
|---|---|---|---|---|
| iMac | 27-inch APPLE IMAC QC 3.2 256GB 8GB | D25RT0VDGG7V | 6/3/2016 | Bill Creeden |
| Mac Mini | Mac Mini | H2WJ90Q4Q6P0 | 8/24/2022 | Kathy Stapp |
| Laptop | HP ProBook 6460b - Core i5 2410M 2.3 GHz - 14" TFT | CNU1243MCX | 6/29/2011 | Kathy Stapp |
| MBP | 15-inch Apple MacBook Pro with Retina display - Core i7 - 16 GB RAM - 256 G | C02PWEV2G8WN | 7/10/2015 | Originally Kathy Stapp. 10/30/24 Logged in and there's only (1) user account: Ava Stapp. |
| MBP | 15-inch Apple MacBook Pro with Touch Bar - Core i7 - 16 GB RAM - 256 GB SSD | C02Z9304LVCH | 10/8/2019 | Kathy Stapp |
| iPad | 12.9-inch iPad Pro WF CL 512GB Gray | G40F066303 | 8/10/2022 | Kathy Stapp |
| iPhone | iPhone 14 Pro | LDH0CM7656 | 9/6/2023 | Kathy Stapp |
| Desktop PC | HP Z2 G9 Workstation I9-13900K 1/32 W11P | MXL3383WYN | 10/17/2023 | Kathy Stapp |
| iMac | 27-inch iMac Pro | C02CD00BHX87 | 6/17/2020 | Warren Fairley |
| Desktop PC | IBM NetVista M42 Series tower computer 8/2.4 40GB 256MB W2K | KCZ0XAF | 11/12/2003 | Larry McManamon |
| Desktop PC | HP Compaq Elite 8000 - Core 2 Quad Q8400 2.66 GHz | MXL001170H | 1/27/2010 | Larry McManamon |

IBB0205601