# EXHIBIT 9

| | |
|---|---|
| **From:** | McInerney, Patrick |
| **Sent:** | Wednesday, January 15, 2025 3:25 PM |
| **To:** | Alhambra, Faiza (USAKS); branden_smithlegalllc.com; Nelson, Daniel M.; ehanson@mghslaw.com; jackson.hobbs_lathropgpm.com; john.davis@kesslerwilliams.com; jrhobbs_whmlaw.net; jwooley@mghslaw.com; kathleen.fisherenyeart@lathropgpm.com; kspell_mghslaw.com; mbkeller_whmlaw.net; mmolner_emlawkc.com; robin_bathedmonds.com; tom_bathedmonds.com; tricia_bathedmonds.com; Phillips, Caleb; Reed, Emily |
| **Cc:** | Falvo, Vincent (CRM); Wamble, Jabari (USAKS) |
| **Subject:** | RE: U.S. v. Jones et al, : 2:24-cr-20070-DDC |
| **Attachments:** | U.S. v. Jones--Issues for Meet-and-Confer #2(23841011.5).docx |

Thanks, Faiza.

We'll figure the deadline dates that align with our proposed trial date shortly.

I have attached our list of discovery-related issues. We would propose a meet and confer, similar to what we did in October, to resolve these. As we are a ways down the road, please propose convenient dates in the next week to 10 days so we can get something calendared.

Thank you. We will see you tomorrow.

Pat

**Patrick A. McInerney**  Partner
Spencer Fane LLP

1000 Walnut, Suite 1400 | Kansas City, MO 64106
**O** 816.292.8358   **M** 816.260.0584
pmcinerney@spencerfane.com | spencerfane.com

**From:** Alhambra, Faiza (USAKS) <Faiza.Alhambra@usdoj.gov>
**Sent:** Wednesday, January 15, 2025 2:55 PM
**To:** McInerney, Patrick <pmcinerney@spencerfane.com>; branden_smithlegalllc.com <branden@smithlegalllc.com>; Nelson, Daniel M. <dnelson@spencerfane.com>; ehanson@mghslaw.com; jackson.hobbs_lathropgpm.com <jackson.hobbs@lathropgpm.com>; john.davis@kesslerwilliams.com; jrhobbs_whmlaw.net <jrhobbs@whmlaw.net>; jwooley@mghslaw.com; kathleen.fisherenyeart_lathropgpm.com <kathleen.fisherenyeart@lathropgpm.com>; kspell_mghslaw.com <kspell@mghslaw.com>; mbkeller_whmlaw.net <mbkeller@whmlaw.net>; mmolner_emlawkc.com <mmolner@emlawkc.com>; robin_bathedmonds.com <robin@bathedmonds.com>; tom_bathedmonds.com <tom@bathedmonds.com>; tricia_bathedmonds.com <tricia@bathedmonds.com>; Phillips, Caleb <cphillips@spencerfane.com>; Reed, Emily <ereed@spencerfane.com>
**Cc:** Falvo, Vincent (CRM) <Vincent.Falvo@usdoj.gov>; Wamble, Jabari (USAKS) <Jabari.Wamble@usdoj.gov>
**Subject:** [EXTERNAL] RE: U.S. v. Jones et al, : 2:24-cr-20070-DDC

**[Warning]** This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.

All,

The government is going to make its original scheduling proposal to the Court tomorrow. We understand that the defendants will propose a later trial date. Also, I neglected to account for dispositive motions in the government's scheduling proposal. Our proposal for dispositive motions are:

Dispositive motion deadline- May 1, 2025
Government's response- May 22, 2025
Reply- June 5, 2025

Faiza H. Alhambra
913.551.6904

---

**From:** McInerney, Patrick <pmcinerney@spencerfane.com>
**Sent:** Monday, January 13, 2025 3:19 PM
**To:** Alhambra, Faiza (USAKS) <FAlhambra@usa.doj.gov>; branden_smithlegalllc.com <branden@smithlegalllc.com>; Nelson, Daniel M. <dnelson@spencerfane.com>; ehanson@mghslaw.com; jackson.hobbs_lathropgpm.com <jackson.hobbs@lathropgpm.com>; john.davis@kesslerwilliams.com; jrhobbs_whmlaw.net <jrhobbs@whmlaw.net>; jwooley@mghslaw.com; kathleen.fisherenyeart_lathropgpm.com <kathleen.fisherenyeart@lathropgpm.com>; kspell_mghslaw.com <kspell@mghslaw.com>; mbkeller_whmlaw.net <mbkeller@whmlaw.net>; mmolner_emlawkc.com <mmolner@emlawkc.com>; robin_bathedmonds.com <robin@bathedmonds.com>; tom_bathedmonds.com <tom@bathedmonds.com>; tricia_bathedmonds.com <tricia@bathedmonds.com>
**Cc:** Falvo, Vincent (CRM) <Vincent.Falvo@usdoj.gov>; Wamble, Jabari (USAKS) <JWamble@usa.doj.gov>; Phillips, Caleb <cphillips@spencerfane.com>; Reed, Emily <ereed@spencerfane.com>
**Subject:** [EXTERNAL] RE: U.S. v. Jones et al, : 2:24-cr-20070-DDC

We'd propose adjusting them forward, keeping the same time periods relative to the trial date.

**Patrick A. McInerney**  Partner
Spencer Fane LLP

1000 Walnut, Suite 1400 | Kansas City, MO 64106
**O** 816.292.8358   **M** 816.260.0584
pmcInerney@spencerfane.com | spencerfane.com

---

**From:** Alhambra, Faiza (USAKS) <Faiza.Alhambra@usdoj.gov>
**Sent:** Monday, January 13, 2025 3:08 PM
**To:** McInerney, Patrick <pmcinerney@spencerfane.com>; branden_smithlegalllc.com <branden@smithlegalllc.com>; Nelson, Daniel M. <dnelson@spencerfane.com>; ehanson@mghslaw.com; jackson.hobbs_lathropgpm.com <jackson.hobbs@lathropgpm.com>; john.davis@kesslerwilliams.com; jrhobbs_whmlaw.net <jrhobbs@whmlaw.net>; jwooley@mghslaw.com; kathleen.fisherenyeart_lathropgpm.com <kathleen.fisherenyeart@lathropgpm.com>; kspell_mghslaw.com <kspell@mghslaw.com>; mbkeller_whmlaw.net <mbkeller@whmlaw.net>; mmolner_emlawkc.com <mmolner@emlawkc.com>; robin_bathedmonds.com <robin@bathedmonds.com>; tom_bathedmonds.com <tom@bathedmonds.com>; tricia_bathedmonds.com <tricia@bathedmonds.com>
**Cc:** Falvo, Vincent (CRM) <Vincent.Falvo@usdoj.gov>; Wamble, Jabari (USAKS) <Jabari.Wamble@usdoj.gov>; Phillips, Caleb <cphillips@spencerfane.com>; Reed, Emily <ereed@spencerfane.com>
**Subject:** [EXTERNAL] RE: U.S. v. Jones et al, : 2:24-cr-20070-DDC

**[Warning]** This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.

Thanks Pat.  Just to clarify, do you propose keeping the other pretrial deadlines the same, or to adjust them forward based on the trial date you propose?

Faiza H. Alhambra
913.551.6904

**From:** McInerney, Patrick <pmcinerney@spencerfane.com>
**Sent:** Monday, January 13, 2025 2:58 PM
**To:** Alhambra, Faiza (USAKS) <FAlhambra@usa.doj.gov>; branden_smithlegalllc.com <branden@smithlegalllc.com>; Nelson, Daniel M. <dnelson@spencerfane.com>; ehanson@mghslaw.com; jackson.hobbs_lathropgpm.com <jackson.hobbs@lathropgpm.com>; john.davis@kesslerwilliams.com; jrhobbs_whmlaw.net <jrhobbs@whmlaw.net>; jwooley@mghslaw.com; kathleen.fisherenyeart_lathropgpm.com <kathleen.fisherenyeart@lathropgpm.com>; kspell_mghslaw.com <kspell@mghslaw.com>; mbkeller_whmlaw.net <mbkeller@whmlaw.net>; mmolner_emlawkc.com <mmolner@emlawkc.com>; robin_bathedmonds.com <robin@bathedmonds.com>; tom_bathedmonds.com <tom@bathedmonds.com>; tricia_bathedmonds.com <tricia@bathedmonds.com>
**Cc:** Falvo, Vincent (CRM) <Vincent.Falvo@usdoj.gov>; Wamble, Jabari (USAKS) <JWamble@usa.doj.gov>; Phillips, Caleb <cphillips@spencerfane.com>; Reed, Emily <ereed@spencerfane.com>
**Subject:** [EXTERNAL] RE: U.S. v. Jones et al, : 2:24-cr-20070-DDC

Good afternoon, Faiza.

Thanks for your patience with our response to your proposed trial date, trial length and schedule. Defense counsel met and discussed various considerations impacting the date and length of trial, including but not limited to the scope of the indictment, the long delay in production of discovery, the volume of the discovery produced to date, the discovery issues still outstanding, and other factors. As such, May 11, 2026 would be the earliest agreeable trial date and, at this point, we estimate the time to try this case at 4 to 6 weeks. We can confer regarding pretrial deadlines, but the timeframes you proposed look acceptable.

Prior to Thursday's hearing, we will provide you a list of current and outstanding issues regarding discovery. We would propose another meet and confer to resolve those issues.

Thank you.

Pat

**Patrick A. M<sup>c</sup>Inerney**  Partner
Spencer Fane LLP

1000 Walnut, Suite 1400 | Kansas City, MO 64106
**O** 816.292.8358    **M** 816.260.0584
pmcInerney@spencerfane.com | spencerfane.com

**From:** Alhambra, Faiza (USAKS) <Faiza.Alhambra@usdoj.gov>
**Sent:** Monday, January 6, 2025 12:23 PM
**To:** branden_smithlegalllc.com <branden@smithlegalllc.com>; chris_angleslaw.com <chris@angleslaw.com>; Nelson, Daniel M. <dnelson@spencerfane.com>; ehanson@mghslaw.com; jackson.hobbs_lathropgpm.com <jackson.hobbs@lathropgpm.com>; john.davis@kesslerwilliams.com; jrhobbs_whmlaw.net <jrhobbs@whmlaw.net>; jwooley@mghslaw.com; kathleen.fisherenyeart_lathropgpm.com <kathleen.fisherenyeart@lathropgpm.com>; kspell_mghslaw.com <kspell@mghslaw.com>; mbkeller_whmlaw.net <mbkeller@whmlaw.net>; mmolner_emlawkc.com <mmolner@emlawkc.com>; pedro@itrlaw.com; McInerney, Patrick <pmcinerney@spencerfane.com>; robin_bathedmonds.com <robin@bathedmonds.com>; tom_bathedmonds.com <tom@bathedmonds.com>; tricia_bathedmonds.com <tricia@bathedmonds.com>; john.davis@kesslerwilliams.com
**Cc:** Falvo, Vincent (CRM) <Vincent.Falvo@usdoj.gov>; Wamble, Jabari (USAKS) <Jabari.Wamble@usdoj.gov>; Alhambra, Faiza (USAKS) <Faiza.Alhambra@usdoj.gov>
**Subject:** [EXTERNAL] U.S. v. Jones et al, : 2:24-cr-20070-DDC

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

All,

At our last status conference, Judge Crabtree indicated that he would like us to be in a position to select a jury trial date. The government believes that this trial will take 3 weeks (if the remaining 6 defendants continue to trial). Given the volume of discovery, number of defendants and complexity of the legal issues, we think setting this trial in the beginning of February 2026 gives everyone ample time to prepare. (The government can be prepared to proceed to trial earlier if requested). I am open to suggestions about pre-trial deadlines. I would suggest deadlines that would give the government at least 3 weeks to respond and to have a hearing early enough to get order(s) back at least 60 days before trial.

Here is a proposed schedule:
Trial date **February 8, 2026**
Expert disclosures due August 3, 2025
Pretrial Motions (included challenges to expert disclosures) due September 7, 2025
Responses to pretrial motions due September 25, 2025
Pre-trial motions hearing October 8, 2025 [anticipate order(s) by November 6, 2025]
Witness and Exhibit Lists due December 18, 2025
Motions in Limine due December 18, 2025
Responses to MIL due January 4, 2026
MIL conference January 14, 2026
Proposed jury instructions January 22, 2026
JERS exhibits due to court January 22, 2026
Pretrial conference January 28, 2025

If anyone has suggestions to add or adjust deadlines please let me know.
Thank you,

Faiza H. Alhambra | Assistant United States Attorney
United States Attorney's Office|District of Kansas
Robert J. Dole Courthouse | 500 State Avenue, Suite 360
Kansas City, Kansas 66101
Direct: 913.551.6904
faiza.alhambra@usdoj.gov