# EXHIBIT 10

*U.S. v. Jones*
2:24-cr-20070-DDC-TJJ (D. Kan.)
**Issues for Meet-and-Confer #2**

## Issues Relating to Discovery Rounds 2 and 3

1. **Missing DOL Reports**

   o  *We have only <u>seven</u> DOL reports, the earliest dated <u>April 6, 2023.</u>  Jeremy Newman testified to the grand jury that DOL's criminal investigation began much earlier, apparently before July 2020 and arose from an audit of IBB's FY 7-1-18 to 6-30-19 records. The first federal GJ subpoena was sent in May 2021 by an earlier grand jury. Has the government produced all DOL reports? If not, please either produce all reports or explain why some are being withheld.*

2. **Missing *Brady/Giglio* Recordings of Witness Proffers**

   o  *Defendant Larry McManamon gave a proffer to the Government on April 12, 2024. The proffer was recorded. Please produce the recording.*

3. **Missing *Brady/Giglio* Recordings of Witness Interviews**

   o  *John Fultz's GJ testimony indicates he had conversations with Vincent Falvo and Faiza Alhambra the day prior to his testimony that conflicted with his GJ testimony. Please produce any recorded witness statements and/or notes that exist from that interview or, if neither exists, provide a summary of the inconsistent statements and a record of all attendees. This request applies to all witnesses.*

4. **Law Enforcement Communications, Natives, and Metadata**

   o  *In conducting a search for documents using the word "Macke", we have come across 467 documents. None are native email documents (such as ".eml" files)— just PDFs, Word docs, RTF docs, and Excel docs.  Standard eDiscovery practices provide that the Government should produce native documents and metadata. Please also advise if any ICs are being withheld and the basis for such withholding.*

   o  *Please also identify whether the discovery materials produced include FBI agents' notes from phone calls with the USAO, DOL, etc., as well as any internal and inter-agency DOL communications.  If so, please advise the Bates ranges for each.*

5. **Approximately 105,000 "Blank" Emails**

   o  *The discovery materials contain some 105,000 blank emails. These emails contain the senders, recipients, and date/time, but no subject or other content. We have confirmed this was not a loading error. Please reproduce these documents with the missing content or confirm there is no additional content.*

6. **Redactions/Privilege Log**

   o *The Government has produced at least one redacted witness interview (Bob McCall) and the associated 302 report. There are also redactions of other documents throughout the production. Please provide a log of all redacted and/or wholly withheld documents and the reasons therefore.*

<u>**Post 10/25/24 Meet-and-Confer Issues Still Outstanding**</u>

7. **Updated master list from Morgan Pilate regarding IBB's production**

   o *Per our follow-up email after Meet-and-Confer #1, we were advised that Morgan Pilate had produced a master list identifying their April 2024 production on behalf of IBB. We do not see this list in the Government's production. We also understand that the Government has requested an updated master list that includes all subsequent productions, and were advised that list will be produced once received; we do not believe we have received this either. Please advise us of the status of both lists.*

   o *Due to some unreadable PDFs with text that our OCR will not pick up, we cannot determine whether we have all Morgan Pilate's cover letters. You advised at the M&C that you would produce Morgan Pilate's cover letters with the IBB productions. Please confirm the number of cover letters and that you have produced all of them.*

8. **File Paths for Government's Indices**

   o *At our M&C, you advised you would send 2-3 examples of documents with full file paths, so we could then determine whether we want full file paths for the Government's indices. We followed up on this by email on November 12, 2024, but still have not received the 2-3 examples.*

9. **Prior Glitches that Looked Like Redactions**

   o *In Round 1, the Government produced a number of documents with glitches that appeared to be redactions. The Government advised at the meet-and-confer that it planned to check with the IBB to make sure these documents (which we have sequestered) were not meant to be withheld as privileged. The Government also agreed to provide a list of documents that were privileged but for which the IBB had waived privilege. We provided the list of documents we sequestered on November 12, 2024, but have not received a response. Please respond.*

      ▪ *Note: As a result, those documents remain sequestered.*

10. **Physical Items**

   o *The Government has an agreement with the IBB to preserve all work computers/laptops. At the last meet-and-confer, you agreed to provide a list of all*

2

*items being preserved, and defense counsel advised that, if those are the only source of relevant metadata, the parties will meet and confer regarding obtaining the ESI. We followed up about the list via email November 12, 2024, but have not received a response. Please respond.*

KC 23841011.5