# EXHIBIT 11

| | |
|---|---|
| **From:** | Alhambra, Faiza (USAKS) <Faiza.Alhambra@usdoj.gov> |
| **Sent:** | Tuesday, January 28, 2025 8:01 AM |
| **To:** | McInerney, Patrick; branden_smithlegalllc.com; Nelson, Daniel M.; ehanson@mghslaw.com; jackson.hobbs_lathropgm.com; john.davis@kesslerwilliams.com; jrhobbs_whmlaw.net; jwooley@mghslaw.com; kathleen.fisherenyeart@lathropgpm.com; kspell_mghslaw.com; mbkeller_whmlaw.net; mmolner_emlawkc.com; robin_bathedmonds.com; tom_bathedmonds.com; tricia_bathedmonds.com; Phillips, Caleb; Reed, Emily |
| **Cc:** | Falvo, Vincent (CRM); Wamble, Jabari (USAKS) |
| **Subject:** | [EXTERNAL] RE: U.S. v. Jones et al, : 2:24-cr-20070-DDC |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

All,

I received a bounce back indicating that many of you did not receive my email below due to the size of the attachments.  I'm working on getting those attachments to you in a different way.

Faiza H. Alhambra
913.551.6904

---

**From:** Alhambra, Faiza (USAKS)
**Sent:** Monday, January 27, 2025 5:00 PM
**To:** McInerney, Patrick <pmcinerney@spencerfane.com>; branden_smithlegalllc.com <branden@smithlegallc.com>; Nelson, Daniel M. <dnelson@spencerfane.com>; ehanson@mghslaw.com; jackson.hobbs_lathropgm.com <jackson.hobbs@lathropgpm.com>; john.davis@kesslerwilliams.com; jrhobbs_whmlaw.net <jrhobbs@whmlaw.net>; jwooley@mghslaw.com; kathleen.fisherenyeart@lathropgpm.com; kspell_mghslaw.com <kspell@mghslaw.com>; mbkeller_whmlaw.net <mbkeller@whmlaw.net>; mmolner_emlawkc.com <mmolner@emlawkc.com>; robin_bathedmonds.com <robin@bathedmonds.com>; tom_bathedmonds.com <tom@bathedmonds.com>; tricia_bathedmonds.com <tricia@bathedmonds.com>; Phillips, Caleb <cphillips@spencerfane.com>; Reed, Emily <ereed@spencerfane.com>
**Cc:** Falvo, Vincent (CRM) <Vincent.Falvo@usdoj.gov>; Wamble, Jabari (USAKS) <JWamble@usa.doj.gov>; Alhambra, Faiza (USAKS) <FAlhambra@usa.doj.gov>
**Subject:** RE: U.S. v. Jones et al, : 2:24-cr-20070-DDC

All,

In red are the government's responses to the discovery issues raised.

1. **Missing DOL Reports**
   - You planned to touch base with Mr. Newman about this and follow up with the defense today.
   - <span style="color:red">Gov. Response: The government has produced all DOL reports.  In addition to the reports, DOL also authored memos that were produced.</span>
2. **Missing *Brady/Giglio* Recordings of Witness Proffers**

- o Some audio files were missing from the production. All witness interviews with the Government's counsel were recorded. My notes indicated you planned to produce these by last Friday, but I don't believe we have received anything yet. Please let us know if we can expect to receive these today along with the other things we discussed.
  - o Gov. Response: We identified that several audio files, including McManamon's audio recorded interview, that were not produced in Rounds 1-3. Those audio files are being processed and will be produced in the coming days. [We attempted to produce those by Friday but had some staff out sick.]
- o You advised the FBI 302s indicate whether interviews are recorded. We will provide a list of any missing recordings. We don't anticipate this is something we'll be able to fully resolve between now and when our status report is due to the Court, but we will let you know what we're missing audio files we're missing as we come across them.
  - o Gov. Response: Correct.

3. **Missing *Brady/Giglio* Recordings of Witness Interviews**
   - o Resolved. All USAO/Main Justice interviews were recorded.
     - o Gov. Response: Correct.

4. **Law Enforcement Communications, Natives, and Metadata**
   - o You intend to check with the FBI about their protocols for production of native emails.
     - o Gov. Response: The FBI is working to collect its email and text communications. This will take several weeks to accomplish. FBI policy specifies that its text communications are downloaded and maintained in a PDF format to maintain their integrity. They are still determining whether emails can be produced in a native format. We've requested that they produce their emails in native format when possible, but that determination is made by their e-discovery unit.
   - o You also advised that the Government will not be producing inter- or intra-agency communications unless they are *Giglio* material. Would you please confirm this is your position?
     - o Gov. Response: We will produce FBI interagency and interagency communications that comply with our *Jencks/Brady* and *Giglio* obligations.

5. **Approximately 105,000 "Blank" Emails**
   - o You confirmed the Government does not have the content of these communications, as they were produced to the Government by Microsoft and Barracuda Networks pursuant to 18 U.S.C. 2703(d) subpoenas and were produced to the defendants in the same form they were produced to the Government.
     - o Gov. Response: Correct.

6. *Redactions/Privilege Log*
   - o You advised we would need to take up any redaction issues on a document-by-document basis because the FBI likely does not keep a log of its redactions. We asked that you confirm whether they keep a log and what the bases are for the redactions. Would you please provide an estimated timeline for that?
     - o Gov. Response: The FBI redacted one interview in FD 302- Serial 44. [Bates RD3_JONES_1307812]. That report was redacted because the witness wanted to remain confidential. At this time, we do not anticipate calling this witness at trial.
   - o You also advised that the Government redacted the 302 relating to Bob McCall and the associated interview on attorney-client privilege grounds at the request of the Bank of Labor. You advised no other 302s were redacted in this manner.
     - o Gov. Response: Correct.

7. **Updated Master List from Morgan Pilate Regarding IBB's Production**
   - o You advised the Government will produce the master list and two privilege logs from Morgan Pilate by today.
     - o Gov. Response: Attached are two privilege logs provided by IBB along with a production list of IBB productions and production list for O&E Pension productions.

8. **File Paths for Government's Indices**
   - o You advised you would follow up internally to discern whether the Government already provided full file paths along with the load files. We followed up internally about this as well. It appears we have file paths for how the *Government* stored information, but we don't believe we have file paths for what

was produced to the Government from third parties.  Please let us know if that will be produced and, if so, an expected timeline.

- o  Gov. Response: The government does not have third party file path information beyond what is contained in the load files, native files, produced in the indexes, and within cover letters provided with the productions.   Attached is the government's production log.

9.  **Prior Glitches that Looked Like Redactions**
- o  You advised that you are following up on some of the documents within those sequestered by the defense that may be privileged.  You planned to send a list of documents that can be released from sequester by today.  You also planned confirm whether the documents that still need to be sequestered (if any) are BOL or IBB documents.
- o  Gov. Response: We are still working with IBB on whether they are waiving privilege for items beyond the ones listed on the attached privilege logs.  We hope to have a resolution of this issue within the week.

10.  **Physical Items**
- o  You advised you have received a list of physical items preserved, but you have follow-up questions.  You planned to follow up with us about this by today.
- o  Gov. Response: We are still working with IBB on a list of physical items.  IBB has internally identified every device that any named defendant has used. IBB indicated that each of those devices has been catalogued and separated from other devices that the IBB uses. The IBB will not use the identified devices but will rather store them pending a request from either the Government or the defendants.

I will update you all as we have updates.
Thank you,

Faiza H. Alhambra
913.551.6904

---

**From:** McInerney, Patrick <pmcinerney@spencerfane.com>
**Sent:** Wednesday, January 15, 2025 3:25 PM
**To:** Alhambra, Faiza (USAKS) <FAlhambra@usa.doj.gov>; branden_smithlegalllc.com <branden@smithlegalllc.com>; Nelson, Daniel M. <dnelson@spencerfane.com>; ehanson@mghslaw.com; jackson.hobbs_lathropgpm.com <jackson.hobbs@lathropgpm.com>; john.davis@kesslerwilliams.com; jrhobbs_whmlaw.net <jrhobbs@whmlaw.net>; jwooley@mghslaw.com; kathleen.fisherenyeart@lathropgpm.com; kspell_mghslaw.com <kspell@mghslaw.com>; mbkeller_whmlaw.net <mbkeller@whmlaw.net>; mmolner_emlawkc.com <mmolner@emlawkc.com>; robin_bathedmonds.com <robin@bathedmonds.com>; tom_bathedmonds.com <tom@bathedmonds.com>; tricia_bathedmonds.com <tricia@bathedmonds.com>; Phillips, Caleb <cphillips@spencerfane.com>; Reed, Emily <ereed@spencerfane.com>
**Cc:** Falvo, Vincent (CRM) <Vincent.Falvo@usdoj.gov>; Wamble, Jabari (USAKS) <JWamble@usa.doj.gov>
**Subject:** [EXTERNAL] RE: U.S. v. Jones et al, : 2:24-cr-20070-DDC

Thanks, Faiza.

We'll figure the deadline dates that align with our proposed trial date shortly.

I have attached our list of discovery-related issues. We would propose a meet and confer, similar to what we did in October, to resolve these. As we are a ways down the road, please propose convenient dates in the next week to 10 days so we can get something calendared.

Thank you. We will see you tomorrow.

Pat

**Patrick A. McInerney**  Partner
Spencer Fane LLP

---

1000 Walnut, Suite 1400 | Kansas City, MO 64106
**O** 816.292.8358   **M** 816.260.0584
pmcinerney@spencerfane.com | spencerfane.com

---

**From:** Alhambra, Faiza (USAKS) <Faiza.Alhambra@usdoj.gov>
**Sent:** Wednesday, January 15, 2025 2:55 PM
**To:** McInerney, Patrick <pmcinerney@spencerfane.com>; branden_smithlegalllc.com <branden@smithlegalllc.com>; Nelson, Daniel M. <dnelson@spencerfane.com>; ehanson@mghslaw.com; jackson.hobbs_lathropgpm.com <jackson.hobbs@lathropgpm.com>; john.davis@kesslerwilliams.com; jrhobbs_whmlaw.net <jrhobbs@whmlaw.net>; jwooley@mghslaw.com; kathleen.fisherenyeart_lathropgpm.com <kathleen.fisherenyeart@lathropgpm.com>; kspell_mghslaw.com <kspell@mghslaw.com>; mbkeller_whmlaw.net <mbkeller@whmlaw.net>; mmolner_emlawkc.com <mmolner@emlawkc.com>; robin_bathedmonds.com <robin@bathedmonds.com>; tom_bathedmonds.com <tom@bathedmonds.com>; tricia_bathedmonds.com <tricia@bathedmonds.com>; Phillips, Caleb <cphillips@spencerfane.com>; Reed, Emily <ereed@spencerfane.com>
**Cc:** Falvo, Vincent (CRM) <Vincent.Falvo@usdoj.gov>; Wamble, Jabari (USAKS) <Jabari.Wamble@usdoj.gov>
**Subject:** [EXTERNAL] RE: U.S. v. Jones et al, : 2:24-cr-20070-DDC

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

All,

The government is going to make its original scheduling proposal to the Court tomorrow. We understand that the defendants will propose a later trial date.  Also, I neglected to account for dispositive motions in the government's scheduling proposal. Our proposal for dispositive motions are:
Dispositive motion deadline- May 1, 2025
Government's response- May 22, 2025
Reply- June 5, 2025

Faiza H. Alhambra
913.551.6904

---

**From:** McInerney, Patrick <pmcinerney@spencerfane.com>
**Sent:** Monday, January 13, 2025 3:19 PM
**To:** Alhambra, Faiza (USAKS) <FAlhambra@usa.doj.gov>; branden_smithlegalllc.com <branden@smithlegalllc.com>; Nelson, Daniel M. <dnelson@spencerfane.com>; ehanson@mghslaw.com; jackson.hobbs_lathropgpm.com <jackson.hobbs@lathropgpm.com>; john.davis@kesslerwilliams.com; jrhobbs_whmlaw.net <jrhobbs@whmlaw.net>; jwooley@mghslaw.com; kathleen.fisherenyeart_lathropgpm.com <kathleen.fisherenyeart@lathropgpm.com>; kspell_mghslaw.com <kspell@mghslaw.com>; mbkeller_whmlaw.net <mbkeller@whmlaw.net>; mmolner_emlawkc.com <mmolner@emlawkc.com>; robin_bathedmonds.com <robin@bathedmonds.com>; tom_bathedmonds.com <tom@bathedmonds.com>; tricia_bathedmonds.com <tricia@bathedmonds.com>
**Cc:** Falvo, Vincent (CRM) <Vincent.Falvo@usdoj.gov>; Wamble, Jabari (USAKS) <JWamble@usa.doj.gov>; Phillips, Caleb <cphillips@spencerfane.com>; Reed, Emily <ereed@spencerfane.com>
**Subject:** [EXTERNAL] RE: U.S. v. Jones et al, : 2:24-cr-20070-DDC

We'd propose adjusting them forward, keeping the same time periods relative to the trial date.

**Patrick A. McInerney**  Partner
Spencer Fane LLP

---

1000 Walnut, Suite 1400 | Kansas City, MO 64106
**O** 816.292.8358  **M** 816.260.0584
pmcInerney@spencerfane.com | spencerfane.com

---

**From:** Alhambra, Faiza (USAKS) <Faiza.Alhambra@usdoj.gov>
**Sent:** Monday, January 13, 2025 3:08 PM
**To:** McInerney, Patrick <pmcinerney@spencerfane.com>; branden_smithlegalllc.com <branden@smithlegalllc.com>; Nelson, Daniel M. <dnelson@spencerfane.com>; ehanson@mghslaw.com; jackson.hobbs_lathropgpm.com <jackson.hobbs@lathropgpm.com>; john.davis@kesslerwilliams.com; jrhobbs_whmlaw.net <jrhobbs@whmlaw.net>; jwooley@mghslaw.com; kathleen.fisherenyeart_lathropgpm.com <kathleen.fisherenyeart@lathropgpm.com>; kspell_mghslaw.com <kspell@mghslaw.com>; mbkeller_whmlaw.net <mbkeller@whmlaw.net>; mmolner_emlawkc.com <mmolner@emlawkc.com>; robin_bathedmonds.com <robin@bathedmonds.com>; tom_bathedmonds.com <tom@bathedmonds.com>; tricia_bathedmonds.com <tricia@bathedmonds.com>
**Cc:** Falvo, Vincent (CRM) <Vincent.Falvo@usdoj.gov>; Wamble, Jabari (USAKS) <Jabari.Wamble@usdoj.gov>; Phillips, Caleb <cphillips@spencerfane.com>; Reed, Emily <ereed@spencerfane.com>
**Subject:** [EXTERNAL] RE: U.S. v. Jones et al, : 2:24-cr-20070-DDC

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

---

Thanks Pat.  Just to clarify, do you propose keeping the other pretrial deadlines the same, or to adjust them forward based on the trial date you propose?

Faiza H. Alhambra
913.551.6904

---

**From:** McInerney, Patrick <pmcinerney@spencerfane.com>
**Sent:** Monday, January 13, 2025 2:58 PM
**To:** Alhambra, Faiza (USAKS) <FAlhambra@usa.doj.gov>; branden_smithlegalllc.com <branden@smithlegalllc.com>; Nelson, Daniel M. <dnelson@spencerfane.com>; ehanson@mghslaw.com; jackson.hobbs_lathropgpm.com <jackson.hobbs@lathropgpm.com>; john.davis@kesslerwilliams.com; jrhobbs_whmlaw.net <jrhobbs@whmlaw.net>; jwooley@mghslaw.com; kathleen.fisherenyeart_lathropgpm.com <kathleen.fisherenyeart@lathropgpm.com>; kspell_mghslaw.com <kspell@mghslaw.com>; mbkeller_whmlaw.net <mbkeller@whmlaw.net>; mmolner_emlawkc.com <mmolner@emlawkc.com>; robin_bathedmonds.com <robin@bathedmonds.com>; tom_bathedmonds.com <tom@bathedmonds.com>; tricia_bathedmonds.com <tricia@bathedmonds.com>
**Cc:** Falvo, Vincent (CRM) <Vincent.Falvo@usdoj.gov>; Wamble, Jabari (USAKS) <JWamble@usa.doj.gov>; Phillips, Caleb <cphillips@spencerfane.com>; Reed, Emily <ereed@spencerfane.com>
**Subject:** [EXTERNAL] RE: U.S. v. Jones et al, : 2:24-cr-20070-DDC

Good afternoon, Faiza.

Thanks for your patience with our response to your proposed trial date, trial length and schedule. Defense counsel met and discussed various considerations impacting the date and length of trial, including but not limited to the scope of the indictment, the long delay

in production of discovery, the volume of the discovery produced to date, the discovery issues still outstanding, and other factors. As such, May 11, 2026 would be the earliest agreeable trial date and, at this point, we estimate the time to try this case at 4 to 6 weeks. We can confer regarding pretrial deadlines, but the timeframes you proposed look acceptable.

Prior to Thursday's hearing, we will provide you a list of current and outstanding issues regarding discovery. We would propose another meet and confer to resolve those issues.

Thank you.

Pat

**Patrick A. McInerney**  Partner
Spencer Fane LLP

1000 Walnut, Suite 1400 | Kansas City, MO 64106
**O** 816.292.8358   **M** 816.260.0584
pmcInerney@spencerfane.com | spencerfane.com

---

**From:** Alhambra, Faiza (USAKS) <Faiza.Alhambra@usdoj.gov>
**Sent:** Monday, January 6, 2025 12:23 PM
**To:** branden_smithlegalllc.com <branden@smithlegalllc.com>; chris_angleslaw.com <chris@angleslaw.com>; Nelson, Daniel M. <dnelson@spencerfane.com>; ehanson@mghslaw.com; jackson.hobbs_lathropgpm.com <jackson.hobbs@lathropgpm.com>; john.davis@kesslerwilliams.com; jrhobbs_whmlaw.net <jrhobbs@whmlaw.net>; jwooley@mghslaw.com; kathleen.fisherenyeart_lathropgpm.com <kathleen.fisherenyeart@lathropgpm.com>; kspell_mghslaw.com <kspell@mghslaw.com>; mbkeller_whmlaw.net <mbkeller@whmlaw.net>; mmolner_emlawkc.com <mmolner@emlawkc.com>; pedro@itrlaw.com; McInerney, Patrick <pmcinerney@spencerfane.com>; robin_bathedmonds.com <robin@bathedmonds.com>; tom_bathedmonds.com <tom@bathedmonds.com>; tricia_bathedmonds.com <tricia@bathedmonds.com>; john.davis@kesslerwilliams.com
**Cc:** Falvo, Vincent (CRM) <Vincent.Falvo@usdoj.gov>; Wamble, Jabari (USAKS) <Jabari.Wamble@usdoj.gov>; Alhambra, Faiza (USAKS) <Faiza.Alhambra@usdoj.gov>
**Subject:** [EXTERNAL] U.S. v. Jones et al, : 2:24-cr-20070-DDC

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

---

All,

At our last status conference, Judge Crabtree indicated that he would like us to be in a position to select a jury trial date.  The government believes that this trial will take 3 weeks (if the remaining 6 defendants continue to trial).  Given the volume of discovery, number of defendants and complexity of the legal issues, we think setting this trial in the beginning of February 2026 gives everyone ample time to prepare.  (The government can be prepared to proceed to trial earlier if requested).  I am open to suggestions about pre-trial deadlines.  I would suggest deadlines that would give the government at least 3 weeks to respond and to have a hearing early enough to get order(s) back at least 60 days before trial.

Here is a proposed schedule:
Trial date **February 8, 2026**

Expert disclosures due August 3, 2025
Pretrial Motions (included challenges to expert disclosures) due September 7, 2025
Responses to pretrial motions due September 25, 2025
Pre-trial motions hearing October 8, 2025 [anticipate order(s) by November 6, 2025]
Witness and Exhibit Lists due December 18, 2025
Motions in Limine due December 18, 2025
Responses to MIL due January 4, 2026
MIL conference January 14, 2026
Proposed jury instructions January 22, 2026
JERS exhibits due to court January 22, 2026
Pretrial conference January 28, 2025


If anyone has suggestions to add or adjust deadlines please let me know.
Thank you,

**Faiza H. Alhambra | Assistant United States Attorney**
United States Attorney's Office│District of Kansas
Robert J. Dole Courthouse | 500 State Avenue, Suite 360
Kansas City, Kansas 66101
Direct: 913.551.6904
faiza.alhambra@usdoj.gov