# EXHIBIT 12

| | |
|---|---|
| From: | Alhambra, Faiza (USAKS) <Faiza.Alhambra@usdoj.gov> |
| Sent: | Thursday, February 13, 2025 2:33 PM |
| To: | McInerney, Patrick; Wamble, Jabari (USAKS); Falvo, Vincent (CRM) |
| Cc: | Inzerillo, Tara; Reed, Emily; Nelson, Daniel M.; Phillips, Caleb |
| Subject: | [EXTERNAL] RE: U.S. v. Jones - discovery report to court |

**[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.**

Pat,

They did not say when they would have their review completed. I will check in with them next week to see how much longer they need.

Faiza H. Alhambra
913.551.6904

**From:** McInerney, Patrick <pmcinerney@spencerfane.com>
**Sent:** Thursday, February 13, 2025 2:28 PM
**To:** Alhambra, Faiza (USAKS) <FAlhambra@usa.doj.gov>; Wamble, Jabari (USAKS) <JWamble@usa.doj.gov>; Falvo, Vincent (CRM) <Vincent.Falvo@usdoj.gov>
**Cc:** Inzerillo, Tara <tinzerillo@spencerfane.com>; Reed, Emily <ereed@spencerfane.com>; Nelson, Daniel M. <dnelson@spencerfane.com>; Phillips, Caleb <cphillips@spencerfane.com>
**Subject:** [EXTERNAL] RE: U.S. v. Jones - discovery report to court

Faiza:

Thanks for letting us know. When will it be resolved?

Pat

**Patrick A. McInerney**  Partner
Spencer Fane LLP

1000 Walnut, Suite 1400 | Kansas City, MO 64106
**O** 816.292.8358    **M** 816.260.0584
pmcInerney@spencerfane.com | spencerfane.com

**From:** Alhambra, Faiza (USAKS) <Faiza.Alhambra@usdoj.gov>
**Sent:** Thursday, February 13, 2025 2:25 PM
**To:** McInerney, Patrick <pmcinerney@spencerfane.com>; Wamble, Jabari (USAKS) <Jabari.Wamble@usdoj.gov>; Falvo, Vincent (CRM) <Vincent.Falvo@usdoj.gov>
**Cc:** Inzerillo, Tara <tinzerillo@spencerfane.com>; Reed, Emily <ereed@spencerfane.com>; Nelson, Daniel M. <dnelson@spencerfane.com>; Phillips, Caleb <cphillips@spencerfane.com>
**Subject:** [EXTERNAL] RE: U.S. v. Jones - discovery report to court

[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.

Pat,

We attempted to have a resolution of the potentially privileged documents done by today, but IBB indicated then needed to review the entirety of the records. Given their position, we won't be able to get this resolved by today.

Faiza H. Alhambra
913.551.6904

**From:** McInerney, Patrick <pmcinerney@spencerfane.com>
**Sent:** Monday, February 3, 2025 2:21 PM
**To:** Alhambra, Faiza (USAKS) <FAlhambra@usa.doj.gov>; Wamble, Jabari (USAKS) <JWamble@usa.doj.gov>; Falvo, Vincent (CRM) <Vincent.Falvo@usdoj.gov>
**Cc:** Inzerillo, Tara <tinzerillo@spencerfane.com>; Reed, Emily <ereed@spencerfane.com>; Nelson, Daniel M. <dnelson@spencerfane.com>; Phillips, Caleb <cphillips@spencerfane.com>
**Subject:** [EXTERNAL] RE: U.S. v. Jones - discovery report to court

You bet. I'll send an invitation.

**Patrick A. McInerney**  Partner
Spencer Fane LLP

1000 Walnut, Suite 1400 | Kansas City, MO 64106
**O** 816.292.8358    **M** 816.260.0584
pmcinerney@spencerfane.com | spencerfane.com

**From:** Alhambra, Faiza (USAKS) <Faiza.Alhambra@usdoj.gov>
**Sent:** Monday, February 3, 2025 2:19 PM
**To:** McInerney, Patrick <pmcinerney@spencerfane.com>; Wamble, Jabari (USAKS) <Jabari.Wamble@usdoj.gov>; Falvo, Vincent (CRM) <Vincent.Falvo@usdoj.gov>
**Cc:** Inzerillo, Tara <tinzerillo@spencerfane.com>; Reed, Emily <ereed@spencerfane.com>; Nelson, Daniel M. <dnelson@spencerfane.com>; Phillips, Caleb <cphillips@spencerfane.com>
**Subject:** [EXTERNAL] RE: U.S. v. Jones - discovery report to court

[Warning] This E-mail came from an External sender. Please do not open links or attachments unless you are sure it is trusted.

Pat,

I'm available this afternoon to discuss. Would 3:00pm work?

Faiza H. Alhambra
913.551.6904

**From:** McInerney, Patrick <pmcinerney@spencerfane.com>
**Sent:** Monday, February 3, 2025 11:01 AM
**To:** Alhambra, Faiza (USAKS) <FAlhambra@usa.doj.gov>; Wamble, Jabari (USAKS) <JWamble@usa.doj.gov>; Falvo, Vincent (CRM) <Vincent.Falvo@usdoj.gov>
**Cc:** Inzerillo, Tara <tinzerillo@spencerfane.com>; Reed, Emily <ereed@spencerfane.com>; Nelson, Daniel M.

<dnelson@spencerfane.com>; Phillips, Caleb <cphillips@spencerfane.com>
**Subject:** [EXTERNAL] U.S. v. Jones - discovery report to court

Dear Faiza:

In accordance with the court's order, the below is the current status of the pending discovery issues, according to our information. Please review for accuracy. We'd propose court-ordered deadlines where indicated. We'd also propose a joint communication with the court pointing out the issues that remain incomplete. Please let me know your response as soon as possible. Thanks.

- **Missing DOL Reports –** Gov't has produced all DOL reports and DOL memos. In addition to the reports, DOL also authored memos that were produced.

- **Missing *Brady/Giglio* Recordings of Witness Proffers –** Gov't says that several audio files (one of which is of a defendant) have not been produced, but are being processed and will be produced in the coming days.
    - Defendants propose a deadline of Friday, February 7, 2025 for production of these files.

- **Missing recordings of witnesses**: As defendants have advised the Government, defendants will identify any apparently missing recordings as we come across references to them.

- **Law Enforcement Communications, Natives, and Metadata –** The Government has advised it will confer with the FBI regarding production protocols, and that it will take "several weeks" to collect its email and text message communications. The USAO has requested the FBI produce them in native format.
    - The "several weeks" projection is unacceptable. Defendants propose that by Friday, February 7, 2025, the Government provide a date within 30 days by which all such email and text communications will be produced.

- **Inter/intra-agency communications** – Government has advised it will produce FBI interagency and intra-agency communications that comply with their *Jencks/Brady* and *Giglio* obligations.

- **Approximately 105,000 "Blank" Emails -** Government confirmed they do not have the content of these communications, as they were produced to the Government by Microsoft and Barracuda Networks pursuant to 18 U.S.C. 2703(d) subpoenas and were produced to the defendants in the same form they were produced to the Government.

- **Redactions/Privilege Log –** In response to the defense request for a log of redactions and/or privilege assertions, the Government advised that the FBI

3

redacted one interview in FD 302- Serial 44. [Bates RD3_JONES_1307812] because the witness wanted to remain confidential and they do not anticipate calling the witness at trial. Regarding the McCall 302 redaction, it was done on attorney-client privilege grounds per the Bank of Labor's request.
    - Defendants object to the McCall redaction. This is not a valid privilege objection because, unless the BOL declined to produce certain materials identified in a privilege log, their act of production to the Government waived any attorney-client privilege. The defendants are entitled to the information and request it be produced immediately.

- **Updated Master List from Morgan Pilate Regarding IBB's Production –** The Government has identified but not yet produced IBB privilege logs and a list of IBB and O&E Pension productions.

- **File Paths for Government's Indices  -** Gov't produced its production log with the response and advises they generally do not have 3rd party file path information, except what may exist in the load files, natives, indexes, and cover letters that have been produced.

- **Prior Glitches that Looked Like Redactions –** we have yet to receive information regarding the IBB's assertion of privilege or other basis for withholding and have not, as referenced above, received privilege logs from the Government.

- **Physical Items –** we received a list of defendants' items held by the Government (e.g., laptops, phones, etc.), although we do not have information as to whether similar items belonging to other persons are held by the Government. We believe that such items belonging to non-defendant IBB members and others may well have relevant information.
    - As such, we request a complete list of physical items held by the Government, whether identified as defendants' items or belonging to other persons, within 7 days.

Happy to get on a call if that's faster.

Pat

**Patrick A. McInerney**  Partner
Spencer Fane LLP

1000 Walnut, Suite 1400 | Kansas City, MO 64106
**O** 816.292.8358    **M** 816.260.0584
pmclnerney@spencerfane.com | spencerfane.com