UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                      Plaintiff,<br><br>      v.<br><br>NEWTON JONES,<br>WILLIAM CREEDEN,<br>KATERYNA (KATE) JONES,<br>WARREN FAIRLEY,<br>LAWRENCE McMANAMON, and<br>CULLEN JONES<br><br>                      Defendants. | Case No. 2:24-cr-20070-DDC-TJJ |

**UNITED STATES' RESPONSE TO DEFENDANTS' MOTIONS FOR ISSUANCE OF SUBPOENAS DUCES TECUM TO THE BOILERMAKERS UNION**

     The Government, by Duston J. Slinkard, United States Attorney for the District of Kansas, respectfully submits this response to two (2) motions by Defendants for issuance of subpoenas pursuant to FRCRP Rule 17(c).

**I. Background**

     1.    On July 9, 2025, Defendant filed two motions for issuance of trial subpoenas addressed to the Boilermakers Union.  On July 10, 2025, the Court requested that the Government provide its position with respect to those two motions, and to suggest a motions schedule which will accommodate the parties' upcoming status conference on Thursday, July 17.

     2.    **Docket Number 126**:  The first motion (Docket Number 126), which contains ten (10) requests by Defendants, is unopposed by the Boilermakers Union.  The Government notes, however, that the first request by Defendants in this motion replicates a request the

Government has made in its own motion for issuance of a Rule 17(c) subpoena dated June 18, 2025. In contrast to Defendants' motion for essentially the same items, the Boilermakers Union has opposed the Government's motion for those items on several grounds (Docket Number 122). We further note that many of the requested items in Defendants' motion replicate items that the government requested through grand jury subpoenas and have already been provided to Defendants by the Government in discovery.

3. **Docket Number 127**: The second motion (Docket Number 127) contains twelve (12) requests by Defendants. The Government notes, again, that the requests contain various documents already provided to Defendants by the Government in discovery. In addition, requests numbers four and five request documents to and from attorneys which would be subject to the Government's motion to abrogate attorney-client privilege by waiver (Docket Number 107).

## II. Government's Position

4. The Government has no objection to Defendants' motions for issuance of the two subpoenas but suggests two modifications for the Court's consideration. First, the end dates for the requests in Defendants' motions alternate between "February 2023" and "August 31, 2023" without explanation. The Government's subpoena provides "August 31, 2023" as the end date for its requested documents. For the sake of uniformity and fairness, the Government requests that all requested items in all motions be given an end date of August 31, 2023.

5. The Government also requests that the Court's order specify that the Government will receive any production made pursuant to Defendants' motions at the same time as Defendants receive them from the Boilermakers. That production to the Government

will eliminate the necessity of the Government separately requesting those items and additional motion practice. Attorney Dan Nelson representing Defendants has indicated that they have no objection to the Government receiving any productions simultaneously.

6. The Government suggests that Defendants and/or the Boilermakers Union be required to file any response to the Government's position herein by Wednesday, July 16.

Respectfully submitted,

DUSTON J. SLINKARD
UNITED STATES ATTORNEY

By: /s/Faiza H. Alhambra
FAIZA H. ALHAMBRA
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
913-551-6904
913-551-6541 (fax)
Faiza.Alhambra@usdoj.gov
Kan. S. Ct. No. 24525

By: /s/ Jabari B. Wamble
JABARI WAMBLE
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
913-551-6730
913-551-6541 (fax)
Jabari.wamble@usddoj.gov
Kan. S. Ct. No. 22730

By: /s/ Vincent Falvo
VINCENT FALVO
Trial Attorney
Violent Crime and Racketeering Section
United States Department of Justice
1301 New York Avenue, NW, Room 753
Washington, D.C. 20530
(202) 353-9384
vincent.falvo@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on July 14, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all interested parties.

*/s/ Faiza H. Alhambra*
Faiza H. Alhambra
Assistant United States Attorney