**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF KANSAS**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:24-cr-20070-DDC |
| v. | ) | |
| | ) | |
| NEWTON B. JONES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO CONTINUE

COMES NOW the defendant, Newton Jones, by and through his counsel of record, Patrick A. McInerney and Daniel M. Nelson of Spencer Fane LLP, and hereby moves this Honorable Court for its order continuing the scheduled hearing of the Government's Motion to Abrogate ("Motion") set for September 18, 2025.

In support thereof, Defendant respectfully suggests as follows:

1.     The Motion was filed May 30, 2025, and relates to the attorney client privilege asserted by the International Brotherhood of Boilermakers ("IBB") in response to a subpoena dated May 30, 2025 that the Government served on the IBB.

2.     On September 5, 2025, the Court set a hearing on the Motion to Abrogate for September 18, 2025 at 1:30 p.m. (Doc. 145).

3.     On September 13, 2025, the undersigned was advised by counsel for the IBB of a family medical emergency, which requires her presence in Colorado.

4.     The undersigned has contacted counsel for each Defendant and each has indicated they agree and join in this motion.

5.    Counsel for the Government has been advised and has indicated they do not oppose this motion.

6.    This is the Defendants' first request for a continuance of this hearing.

WHEREFORE, for the above stated reasons, Defendant Newton Jones moves the Court for its Order continuing the scheduled September 18, 2025, hearing to a date and time convenient to the Court and the parties, and for such other relief as the Court deems just and proper.

Respectfully submitted:

By:*/s/ Patrick A. M$^c$Inerney*
Patrick A. M$^c$Inerney    KS Bar # 22561
Daniel M. Nelson        D.Kan. # 79203
SPENCER FANE LLP
1000 Walnut St., Suite 1400
Kansas City, MO 64106
(816) 474-8100
(816) 474-3216 (fax)
pmcinerney@spencerfane.com
dnelson@spencerfane.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed on this 15th day of September 2025 with the clerk of the court for delivery to interested parties.

*/s/ Patrick A. M$^c$Inerney*
Attorney for Newton Jones