# Exhibit 2

# EXPERT OPINIONS
## OF
## DAVID A. MACPHERSON, PH.D.
## REGARDING
## *UNITED STATES OF AMERICA VS. NEWTON JONES, ET AL.*

**Prepared by**
**David A. Macpherson, Ph.D.**
**125 Park Drive**
**San Antonio, TX 78212**

**November 26, 2025**

**EXPERT OPINIONS**
**OF**
**DAVID A. MACPHERSON, PH.D.**
**REGARDING**
*UNITED STATES OF AMERICA VS. NEWTON JONES, ET AL.*

## I.    Introduction

This report has been prepared at the request of counsel for the defendants in *United States of America vs. Newton Jones, et al*. It summarizes my expert opinions regarding the economic relationships among union density, union wages, durable manufacturing employment, and exports, as they relate to this case.

The report is organized as follows: Section II contains my qualifications for preparing it. Section III describes the records I reviewed. Section IV presents a summary of my expert opinions. Section V provides a summary and conclusion.

## II.    Qualifications

I am the E.M. Stevens Professor of Economics and Economics Department Chair at Trinity University in San Antonio, Texas. I was also Economics Department Chair at Trinity University from 2015 to 2021. Previously, I was employed by Florida State University as Director of the Pepper Institute on Aging and Public Policy and the Rod and Hope Brim Eminent Scholar in Economics. I have taught undergraduate and graduate Econometrics (statistical analysis of economic data) and Labor Economics. I have published over 60 articles in peer-reviewed professional journals. I am included in *Who's Who in Economics, Fourth Edition*. The selection criteria for being included was being

one of the 1,200 most frequently cited economists from 1990-2000 using the Social Science Citation Index.

I have held leadership positions in professional economics associations. I have served as vice-president of the National Association of Forensic Economics and the Southern Economics Association.

I currently serve as an Executive Editor of the *Journal of Forensic Economics* and on the editorial board of *the Journal of Legal Economics*, both of which are peer-reviewed journals. I have also been a reviewer or "referee" for over 30 peer-reviewed journals, including the *Journal of Human Resources*, *Journal of Labor Economics, Quarterly Journal of Economics*, and the *Review of Economics and Statistics*. Based on these experiences, I am very familiar with the scholarly and professional research process and the concept of peer review.

I have an extensive research background in labor economics and have authored over 45 peer-reviewed journal articles on labor economics topics. These journals include the *Industrial and Labor Relations Review*, *Journal of Human Resources*, *Journal of Labor Economics*, and the *Review of Economics and Statistics*.

I have prepared numerous analyses and reports that apply statistical methods to specific questions. I have been responsible for developing the techniques and approaches required for these analyses. I routinely use computers and statistical software packages to assist me in my analytical work. I have been qualified as an expert witness on the statistical analysis of employment discrimination and economic damages in state courts in California, Florida, Georgia, Kansas, Michigan, Texas, and federal courts, and I have

4

given expert testimony. I have prepared analyses and testified on behalf of both plaintiffs and defendants.

My current résumé and legal cases, attached as Appendix A to the report, reflect details of my qualifications. My hourly rate is $375 for research and $450 for testimony.

## III.    Data Sources

I have reviewed the following records.

- Abowd, John M. and Thomas Lemieux. "The Effects of International Competition on Collective Bargaining Outcomes: A Comparison of the United States and Canada." in *Immigration, Trade and the Labor Market.* John M. Abowd and Richard B. Freeman, editors. University of Chicago Press: Chicago, IL, 1991, Chapter 13.
- Barth, Erling, Alex Bryson,  and Harald Dale-Olsen. "Union Density Effects on Productivity and Wages." *The Economic Journal* 130 (October 2020): 1898–1936, https://doi.org/10.1093/ej/ueaa048
- Carluccio, Juan Denis Fougère, and Erwan Gautier. "Trade, Wages and Collective Bargaining: Evidence from France." *The Economic Journal* 125 (May 2015): 803-837. https://doi.org/10.1111/ecoj.12262
- Center for Union Facts, https://unionfacts.com
- Curme, Michael A., and David A. Macpherson. "Union Wage Differentials and the Effects of Industry and Local Union Density: Evidence from the 1980s." *Journal of Labor Research* 12 (Fall 1991): 419-427. https://doi.org/10.1007/BF02685438
- Freeman, Richard B. and James L. Medoff. "The Impact of the Percentage Organized on Union and Nonunion Wages." *Review of Economics and Statistics* 62 (November 1981): 561–72. https://doi.org/10.2307/1935852
- Gaston, Noel and Daniel Trefler. "Protection, Trade, and Wages: Evidence from U.S. Manufacturing." *Industrial and Labor Relations Review* 47 (July 1994): 574-593. https://doi.org/10.2307/2524659
- Gwartney, James D., Richard Stroup, Russell Sobel, and David A. Macpherson. *Economics: Private and Public Choice*, 18th edition, Cengage: Cincinnati, OH, 2026,
- International Brotherhood of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers and Helpers, AFL-CIO, https://boilermakers.org
- Macpherson, David A., and Barry T. Hirsch. "Five Decades of CPS Wages, Methods, and Union-Nonunion Wage Gaps at Unionstats.com, *Industrial Relations* 62 (October 2023): 439-452. https://doi.org/10.1111/irel.12330

- McConnell, Campbell, Stanley Brue, and David A. Macpherson. *Contemporary Labor Economics*, 12th edition, McGraw-Hill: New York, NY, 2021
- Moore, William J., and Robert J. Newman, and James Cunningham. "The Effect of the Extent of Unionism on Union and Nonunion Wages," *Journal of Labor Research* (Winter 1985), pp. 21–44. https://doi.org/10.1007/BF02685151
- Union Membership and Coverage Database from the CPS, https://www.unionstats.com

## IV.     Expert Opinions of David Macpherson, Ph.D.

I have been asked to analyze the economic relationships among union density, union wages, durable manufacturing employment, and exports as they relate to this matter. The opinions below are offered to a reasonable degree of professional certainty based on my education, experience, and review of the data and literature described in Section III.

### Opinion 1 – Union Density and Union Wages

It is my opinion that a higher proportion of unionized workers in an industry or firm enhances the ability of unions to raise their members' wages and to maintain a wage premium over comparable nonunion workers.

A substantial body of research finds that union wage levels and the union–nonunion wage differential are positively related to the percentage of workers organized in the relevant product or labor market (often referred to as union density). For example, Freeman and Medoff (1981) document that industries with higher union density tend to exhibit higher union wages and larger union wage gaps relative to nonunion workers.

Subsequent studies, including Moore et al. (1985) and Curme and Macpherson (1991), using cross-industry and cross-state data, similarly conclude that union density is an essential determinant of both the level of union wages and the union–nonunion wage differential, even after controlling for worker and industry characteristics.[1]

Evidence at the firm level is consistent with these findings. Barth, Bryson, and Dale-Olsen (2020), using matched employer–employee data for Norway, estimate that a one–percentage point increase in firm-level union density increases average hourly wages by about 1 to 1.5 percent. Taken together, these studies support the conclusion that higher union density strengthens unions' bargaining power and is associated with higher union wages and larger union wage premiums.

.

**Opinion 2 – Relative Decline in IBB Membership**

It is my opinion that the decline in union membership for the International Brotherhood of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers, and Helpers (IBB) over the past two decades is smaller than the decline in union membership in durable manufacturing as a whole.

Based on LM-2 reports compiled by the Center for Union Facts, IBB membership decreased from 74,917 members in 2003 to 44,699 members in 2024, a decline of 40.3 percent. The Center for Union Facts, based on LM-2 reports, indicates that the primary industry of IBB members is manufacturing. IBB members are

---

[1] Macpherson and Hirsch (2023) discuss the impact of recent changes in union density on union wages.

predominantly employed in durable manufacturing industries, including cement, shipbuilding, and the production of stoves, furnaces, appliances, and metal products.

Over the same period, data from the Union Membership and Coverage Database (Unionstats.com), which uses the same basic methodology as the U.S. Bureau of Labor Statistics for computing union membership statistics, indicate that union membership in durable manufacturing declined from 1,426,000 in 2003 to 741,000 in 2024, a decline of 48.0 percent. Thus, the percentage decline in IBB membership (40.3 percent) is smaller than the percentage decline in overall union membership in durable manufacturing (48.0 percent. In other words, IBB membership has fallen, but it has done so slightly less than union membership in durable manufacturing as a whole.

**Opinion 3 – Union Wage Premium Manufacturing**

It is my opinion that union workers in manufacturing earn substantially higher wages than comparable nonunion workers, even after controlling for observable worker and job characteristics.

Using data from the Current Population Survey Merged Outgoing Rotation Group data, Unionstats.com provides the results from estimated wage regressions that control for standard worker and job characteristics, including education, age, gender, race, marital status, part-time status, occupation, and region. In these regressions, workers employed in manufacturing who are union members earn, on average, 17.7

percent higher hourly wages than otherwise similar nonunion workers in manufacturing over the 2003-2024 period.[2]

This estimated 17.7 percent union wage premium is a characteristic-adjusted measure; that is, it reflects the difference in wages between union and nonunion workers after accounting for differences in demographic and job-related factors. The existence of a sizeable adjusted wage premium is consistent with longstanding economic evidence that unions in manufacturing sectors are able to negotiate higher wages for their members than those received by comparable nonunion workers.


**Opinion 4 – Exports, Product Demand, and Union Wages and Employment**


It is my opinion that increases in demand for goods and services produced by union labor, including demand arising from higher exports, tend to increase union employment and wages.

Basic economic theory indicates that an outward shift in the demand for a good raises the demand for the labor used to produce that good. When demand for a union-produced good increases—whether because of domestic factors or because exports rise—employers seek to expand output.[3] This higher demand for labor shifts the labor demand curve outward, putting upward pressure on both employment and wages for workers involved in producing that good. In unionized settings, this increased demand

---

[2] Macpherson and Hirsch (2023) provide a description of the data source and methodology for calculating the union wage premium.
[3] For a discussion of this point see Gwartney, Stroup, Sobel, and Macpherson (2026, Chapter 26) and McConnell, Brue, and Macpherson (2021, Chapter 10).

for labor strengthens the union's bargaining position and can support higher negotiated wages and improved employment outcomes for union members.

Empirical studies examining trade and labor markets generally find that industries experiencing stronger export growth tend to exhibit higher employment and, in many cases, higher wages, particularly for workers producing the exported goods. Gaston and Trefler (1994) find that exports tend to increase industry union wage premiums. Abowd and Lemieux (1991) find a strong positive effect on employment. Carluccio, Fougère, and Gautier (2015) show that exporting firms pay higher wages and the effect of exports on wages is significantly larger in firms covered by collective agreements

Because many IBB-represented workers are employed in durable manufacturing industries that produce tradeable goods, increases in exports of these products can directly benefit union members through higher labor demand, increased employment, and higher wages.

## V.     Conclusions

These opinions are based on my analysis of the data and the published literature described in Section III. I reserve the right to supplement or amend these opinions if additional information becomes available or if I receive further instructions.

**EXPERT OPINIONS**
**OF**
**DAVID A. MACPHERSON, PH.D.**
**REGARDING**
***UNITED STATES OF AMERICA VS. NEWTON JONES, ET AL.***

_____

David A. Macpherson, Ph.D.
November 26, 2025

# Appendix A

# Resume and Testimony of
# David A. Macpherson, Ph.D.

# DAVID A. MACPHERSON

11/2025

| **Home Address** | **Office Address** |
|---|---|

125 Park Drive                                  Department of Economics
San Antonio, TX 78212                           Trinity University
(210)-863-4808                                  One Trinity Place
                                                San Antonio, TX 78212
                                                 (210)-999-8112

Citizenship: U.S.
E-mail: David.Macpherson@trinity.edu;
        david.macpherson1@icloud.com
Webpage: http://www.davemacpherson.com

Ph.D., Economics, The Pennsylvania State University.
B.S., Economics, The Pennsylvania State University.

## Current Positions

E.M. Stevens Professor of Economics, Trinity University, 2009-
Chair of Economics Department, Trinity University, 2024-
Executive Editor, *Journal of Forensic Economics,* 2024-
Research Fellow, Institute for the Study of Labor (IZA), Bonn, 2004-
Editorial Board, *Journal of Legal Economics,* 2022-

## Previous Positions

Chair of Economics Department, Trinity University, 2015-2021
Rod and Hope Brim Eminent Scholar in Economics, Florida State University, 2004-2009.
Director, Pepper Institute on Aging and Public Policy, Florida State University, 2003-2009.
Abba P. Lerner Professor of Economics, Florida State University, 2000-2009.
Professor, Department of Economics, Florida State University, 1996-2009.
Director of Research,  Pepper Institute on Aging and Public Policy, FSU, 1995-2000.
Associate Professor, Department of Economics, Florida State University, 1993-1996.
Research Associate, Pepper Institute on Aging and Public Policy, FSU, 1993-2001, 2003-2009.
Visiting Associate Professor, Department of Economics, Florida State University, 1992-1993.
Research Affiliate, Pepper Institute on Aging and Public Policy, FSU, 1992-1993, 2001-2003.
Associate Professor, Department of Economics, Miami University, 1991-1993.
Assistant Professor, Department of Economics, Miami University, 1987-1991.

**Research Areas**

Labor Economics, Labor Market Aspects of Pensions, Labor Unions, Racial and Gender Differences in the Labor Market, Minimum Wage, and Deregulation.

**Teaching Areas**

Principles of Microeconomics and Macroeconomics, Intermediate Microeconomics, Money and Banking, Econometrics (undergraduate and graduate), Labor Economics and Labor Relations (undergraduate and graduate).

**Books**

*Economics: Private and Public Choice*, 18th edition, Cengage: Cincinnati, OH, 2026, with James Gwartney, Richard Stroup, and Russell Sobel. Co-author on 10th to 17th editions as well.

*Contemporary Labor Economics*, 12th edition, McGraw-Hill: New York, NY, 2021, with Campbell McConnell and Stanley Brue. Co-author on 5th to 11th editions as well.

*Determining Economic Damages*, 28th Revision, James Publishing: Costa Mesa, CA, 2021, with Stanley Stephenson. Co-author on 25th to 27th editions as well

*Lives of the Laureates, Seventh Edition*, MIT Press: Cambridge, MA, 2020, with Roger Spencer. Also co-author on 6th edition.

Instructor's Manual for *Economics: Private and Public Choice*, 16th edition, Cengage: Cincinnati, OH, 2017. Author for instructor's manual for 10th to 15th editions as well.

*Union Membership and Earnings Data Book: Compilations from the Current Population Survey (2019 Edition)*, Bureau of National Affairs, Washington, D.C., with Barry Hirsch.

Previous Editions: *Union Membership and Earnings Data Book: Compilations from the Current Population Survey* (Washington: Bureau of National Affairs, 1994-2018).

Tables derived from the *Data Book* are included annually in ProQuest's *Statistical Abstract of the United States* (successor to the discontinued government version of *Statistical Abstract*). Previously included in U.S. Department of Commerce, *Statistical Abstract of the United States 2012,* 131th Edition (Washington: GPO, 2011), Tables 664, 666; *Statistical Abstract of the United States 2011,* 130th Edition (Washington: GPO, 2011), Tables 663, 665; *Statistical Abstract of the United States 2010,* 129th Edition (Washington: GPO, 2010), Tables 648, 650; *Statistical Abstract of the United States 2009,* 128th Edition (Washington: GPO, 2009), Tables 642, 644; *Statistical Abstract of the United States 2008,* 127th Edition (Washington: GPO, 2008), Tables 642, 644; *Statistical Abstract of the United States 2007*, 126th Edition (Washington: GPO, 2006), Tables 645, 647;  *Statistical Abstract of the United States 2006*, 125th Edition (Washington: GPO, 2005), Tables 647, 649; *Statistical Abstract 2004-2005*, Tables 638, 640; *Statistical Abstract 2003*, Tables 656, 658; *Statistical Abstract 2002*, Tables 628, 630; *Statistical Abstract 2001*, Tables 637, 639; *Statistical Abstract 2000*, Tables 712, 714;

*Statistical Abstract 1999*, Tables 718, 720; *Statistical Abstract 1998*, Tables 712, 714; *Statistical Abstract 1997*, Tables 688, 690; *Statistical Abstract 1996*, Tables 681, 683; *Statistical Abstract 1995*, Tables 695, 697; and in U.S. Department of Commerce, *State and Metropolitan Area Data Book, 1997-98*, 5th Edition (Washington: GPO, 1998), Table A-22.

E-book, *Lives of the Laureates, Sixth Edition: Twenty-Three Nobel Economists*, MIT Press: Cambridge, MA, 2015, with Roger Spencer.

*Pensions and Productivity*, W.E. Upjohn Institute for Employment Research: Kalamazoo, MI, 1998, with Christopher Cornwell and Stuart Dorsey.

**Journal Publications, Book Chapters, and Other Publications (Economics)**

"Life-Cycle Estimates of Earnings Growth by Education and Gender," with William E. Even, *Journal of Forensic Economics*, January 2025, pp. 17-33.

"Nonprofit Earnings and Sectoral Employment in the U.S. Since 1994," with Barry Hirsch and William E. Even, Monthly Labor Review, September 2024, https://doi.org/10.21916/mlr.2024.16

"Wage Equity Within and Across Sectors," with Barry Hirsch, in *Encyclopedia of Nonprofit Management, Leadership, and Governance*, Edward Elgar, Edited by Kevin P. Kearns and Wenjiun Wang, 2023, pp. 604-208.

"Five Decades of CPS Wages, Methods, and Union-Nonunion Wage Gaps at *Unionstats.com,"* with Barry Hirsch, *Industrial Relations*, October 2023, pp. 439-452.

"Nonprofit Wage Theory and Evidence," with Barry Hirsch, in *International Encyclopedia of Civil Society, 2nd edition,* Springer. Edited by Regina A. List, Helmut K. Anheier, and Stefan Toepler, 2022. https://doi.org/10.1007/978-3-319-99675-2_9538-1

"The Gender Wage Gap and the Fair Calculations Act," with William Even, *Journal of Forensic Economics*, September 2020, pp. 39-58.

"The Affordable Care Act and the Growth of Involuntary Part-Time Employment," with William Even, *Industrial and Labor Relations Review*, August 2019, pp. 955-980.

"Where Does the Minimum Wage Bite Hardest in California?" with William Even, *Journal of Labor Research*, March 2019, pp. 1-23.

"Who's Affected by a $15 Minimum Wage?" in *Fighting for $15? An Evaluation of the Evidence and a Case for Caution,* Employment Policies Institute, Edited by Michael Saltsman, 2019.

"The Importance of Wage Growth Assumptions in Calculating Economic Damages," with William Even, *Journal of Forensic Economics*, December 2018, pp. 127-144.

"Nonprofit Wages: Theory and Evidence," with Barry T. Hirsch and Anne E. Preston, *Handbook of Research on Nonprofit Economics and Management*, Edward Elgar, Edited by Bruce A. Seaman and Dennis R. Young, 2nd edition, 2018.

"Assessing Economic Damages in Wrongful Termination Cases," *Journal of Legal Economics*, October 2016, pp. 31-48, with Stanley Stephenson.

"What Do Unions Do to Pension Performance?" *Economic Inquiry*, July 2014, pp. 1173-1189, with William Even.

"Deferred Compensation vs. Efficiency Wages: An Experimental Test of Effort Provision and Self-Selection," *Journal of Business and Economic Organization*, June 2014, pp. 90-107, with Tim Salmon and Kislaya Prasad.

"The Effect of the Tipped Minimum Wage on Employees in the U.S. Restaurant Industry," *Southern Economic Journal*, January 2014, pp. 633-655, with William Even.

"Computing Lost Profits in Business Interruption Litigation: A General Model," *Journal of Business Valuation and Economic Loss Analysis*, May 2012, pp. 1-16, with Stanley Stephenson and Gauri Prakash-Canjels.

"Is Bigger Still Better?: The Decline of the Wage Premium at Large Firms," *Southern Economic Journal*, April 2012, pp. 1181-1201, with William Even.

"Growth of Participant Direction in Defined Contribution Plans," April 2010, pp. 190-208, *Industrial Relations*, with William Even.

"Managing Risk Caused by Pension Investments in Company Stock," *National Tax Journal*, September 2009, pp. 439-453, with William Even.

"Pension Investments in Employer Stock," *Journal of Pension Economics and Finance*, March 2008, pp. 67-93, with William Even.

"Improving Pension Coverage at Small Firms," with William Even, in *Overcoming Barriers to Entrepreneurship*, ed. Diana Furchtgott-Roth, Rowman & Littlefield, 2008.

"Defined Contribution Plans and the Distribution of Pension Wealth," *Industrial Relations*, July 2007, pp. 551-581, with William Even.

"Lost Profits Damages to New Businesses: Adjusting for Survival," *Journal of Business Valuation and Economic Loss Analysis*, October 2006, pp. 1-12, with Stanley Stephenson.

"The Effects of Employer Matching in 401(k) Plans," *Industrial Relations*, July 2005, pp. 525-549, with William Even.

"When Will the Gender Gap in Retirement Income Narrow?" *Southern Economic Journal*, July 2004, pp. 182-200, with William Even.

"Company Stock in Pension Funds," *National Tax Journal*, June 2004, pp. 299-313, with William Even.

"Wages, Sorting on Skill, and the Racial Composition of Jobs," *Journal of Labor Economics*, January 2004, pp.189-210, with Barry Hirsch.

"Measuring Union and Nonunion Wage Growth: Puzzles in Search of Solutions" with Barry Hirsch and Edward Schumacher, in *Changing Role of Unions: New Forms of Representation*, Phanindra Wunnava, M.E. Sharpe, 2004.

"Living Wage Laws and the Case for a Targeted Wage Subsidy," in *Living Wage Movements: Global Perspectives*, ed. Deborah M. Figart, Routledge, 2004.

"Do Terminated Employees Catch Up? Evidence From the Displaced Worker Survey," *Journal of Forensic Economics*, Spring/Summer 2003, pp. 185-199, with Michael Piette.

"Racial and Ethnic Differences in Pension Wealth," *Research in Labor Economics*, 2003, pp. 203-226, with William Even.

"Union Membership and Coverage Database from the Current Population Survey: Note," *Industrial and Labor Relations Review*, January 2003, pp. 349-354, with Barry Hirsch. [Describes the database and web site www.unionstats.com.]

"The Wage and Employment Dynamics of Minimum Wage Workers," *Southern Economic Journal,* January 2003, pp. 676-690, with William Even.

"Benefits and Worker Productivity," with William Even, in *Benefits for the Workplace of Tomorrow,* eds. Olivia S. Mitchell, David S. Blitzstein, Michael S. Gordon, and Judith F. Mazo, University of Pennsylvania Press, 2003.

"Estimates of Union Density by State," *Monthly Labor Review*, July 2001, pp. 51-55, with Barry Hirsch and Wayne Vroman (accompanying data online).

"Children's Effects on Women's Labor Market Attachment and Earnings," with William Even, in *Changes in Working Time in Canada and the United States*, eds. Susan Houseman and Alice Nakamura, W.E. Upjohn Institute, 2001.

"Downsizing and Life Course Consequences of Job Loss: The Effect of Age and Gender on Employment and Income Security," with Jill Quadagno, Jennifer Reid, and Lori Parham, in *Restructuring Work and the Life Course*, eds. Victor Marshall, Walter Heinz, Helga Krueger, and Anil Verma, University of Toronto Press, 2001.

"The Effect of a Job Loss on the Employment Experience, Benefits, and Retirement Savings of Bank Officers," with Jill Quadagno and Jennifer Keene, in *Ensuring Health and Income Security for an Aging Workforce*, ed. Peter P. Budetti, W.E. Upjohn Institute, 2001.

"The Changing Distribution of Pension Coverage," *Industrial Relations*, April 2000, pp. 199-227, with William Even.

"Occupational Age Structure and Access for Older Workers," *Industrial and Labor Relations Review*, April 2000, pp. 401-418, with Barry Hirsch and Melissa Hardy.

"Earnings, Rents, and Competition in the Airline Labor Market," *Journal of Labor Economics*, January 2000, pp. 125-155, with Barry Hirsch. Reprinted in *The Causes and Effects of Deregulation*, edited by Paul W. MacAvoy and Richard Schmalensee, Edward Elgar, 2014, Vol. I, Ch. 16.

"Estimating Wage Differentials: When Does Cost-of-Living Matter?" *Economic Inquiry*, October 1999, pp. 577-598, with Mike DuMond and Barry Hirsch.

"Earnings and Employment in Trucking: Deregulating a Naturally Competitive Industry," with Barry Hirsch, in *Regulatory Reform and Labor Markets*, ed. James Peoples, Kluwer Publishers, 1998.

"Worker's Compensation Recipency in Union and Nonunion Workplaces," *Industrial and Labor Relations Review*, January 1997, pp. 213-236, with Barry Hirsch and Michael DuMond.

"Pensions and Training," *Industrial Relations*, January 1997, pp. 81-96, with Stuart Dorsey.

"The Consequences of Indexing Minimum Wages," *Contemporary Economic Policy,* October 1996, pp. 67-77, with William Even.

"Employer Size and Labor Turnover:  The Role of Pensions," *Industrial and Labor Relations Review*, July 1996, pp.  707-728, with William Even.

"The Consequences of Non-FICA Status in State and Local Pensions," *Proceedings of  National Tax Association Meetings*, 1996, with William Even.

"Gender-Related Differences in Pension Coverage," with William Even, in *Women and Work: A Handbook*, Garland Publishing, New York, NY, 1996.

"Wages and Gender Composition: Why Do Women's Jobs Pay Less?" *Journal of Labor Economics*, July 1995, pp. 426-471, with Barry Hirsch. Reprinted in *Recent Developments in Labor Economics*, edited by John T. Addison, Edward Elgar, 2007.

"Employer Size and Compensation: The Role of Worker Characteristics," *Applied Economics*, September 1994, pp. 897-907, with William Even

"Gender Differences in Pensions," *Journal of Human Resources*, Spring 1994, pp. 555-587, with William Even.

"Why Did Male Pension Coverage Decline in the 1980s?", *Industrial and Labor Relations Review*, April 1994, pp. 439-453, with William Even.

"Unionism and Gross Employment Flows," *Southern Economic Journal*, January 1994, pp. 427-438, with Timothy Dunne.

"The Pension Coverage of Young and Mature Workers", with William Even, in *Pension Coverage Issues for the '90s*, eds. Richard Hinz, John Turner, and Phyllis Fernandez, U.S. Government Printing Office, Washington, D.C, 1994.

"The Decline of Private-Sector Unionism and the Gender Wage Gap," *Journal of Human Resources*, Spring 1993, pp. 279-296, with William Even.

"Union Membership and Coverage Data Available From the Current Population Surveys: Note." *Industrial and Labor Relations Review*, April 1993, pp. 574-578, with Barry Hirsch.

"Racial Differences in Married Female Labor Force Participation Behavior: An Analysis Using Interracial Marriages," *Review of Black Political Economy*, Summer 1992, pp. 59-68, with James Stewart.

"Employer-Provided Retiree Health Insurance: Who is Covered?" *Economics Letters*, May 1992, pp. 95-99.

"Union Wage Differentials and the Effects of Industry and Local Union Density: Evidence from the 1980s," *Journal of Labor Research*, Fall 1991, pp. 419-427, with Michael Curme.

"The Effects of Extended Families and Marital Status on Housing Consumption by Black Female-Headed Households," *Review of Black Political Economy*, Winter/Spring 1991, pp. 65-84, with James Stewart.

"The Impact of Unionism on Fringe Benefit Coverage," *Economics Letters*, May 1991, pp. 87-91, with William Even.

"A Note on Ownership and Performance in Manufacturing Firms," *Southern Economic Journal*, April 1991, pp. 1164-1169, with Timothy Dunne.

"Union Membership and Contract Coverage in the United States, 1983-1988," *Industrial and Labor Relations Review*, October 1990, pp. 5-33, with Michael Curme and Barry Hirsch.

"The Gender Gap in Pensions and Wages," *Review of Economics and Statistics*, May 1990, pp. 259-265, with William Even.

"The Effect of International Competition on Union and Nonunion Wages," *Industrial and Labor Relations Review*, April 1990, pp. 434-446, with James Stewart.

"Plant Size and the Decline of Unionism," *Economics Letters*, April 1990, pp. 393-398, with William Even.

"Trade Unions and Labor's Share in U.S. Manufacturing Industries," *International Journal of Industrial Organization*, March 1990, pp. 143-51.

"The Labor Force Participation and Earnings Profiles of Married Female Immigrants," *Quarterly Review of Economics and Business*, Autumn 1989, pp. 57-72, with James Stewart.

"The Labor Supply and School Attendance of Black Women in Extended and Nonextended Households," *American Economic Review Papers and Proceedings*, May 1989, pp. 71-74, with James Stewart.

"Self-Employment and Married Women," *Economics Letters*, December 1988, pp. 281-284.

"Unionism and the Dispersion of Wages Among Blue-Collar Women," *Journal of Labor Research*, Fall 1987, pp. 395-405, with James Stewart.

**Journal Publications (Real Estate and Insurance)**

"Demographic Factors and Price Distortions in Insurance," *Risk Management and Insurance Review*, Spring 2015, with Ron Cheung, Cassandra Cole, Kathleen McCullough, and Charles Nyce, pp. 1-28.

"Forecasting the Demand for Housing in the United States," *Journal of the Center for Real Estate Studies*, March 2013, pp. 28-48, with G. Stacy Sirmans.

"The Impact of No-Fault Legislation on Automobile Insurance Premiums," *North American Actuarial Journal*, Issue 3, 2012, pp. 306-322, with Cassandra Cole, Kevin Eastman, Patrick Maroney, and Kathleen McCullough.

"The Use of Post-Loss Assessments in Catastrophic Financing," *Risk Insurance and Management Review*, Fall 2011, pp. 265-298, with Patrick Maroney, Charles Nyce, Kathleen McCullough, James W. Newman Jr., and Cassandra Cole. The paper received the 2012 *Risk Insurance and Management Review* Best Perspectives Article Award from the American Risk and Insurance Association.

"A Meta-Analysis of Selling Price and Time on the Market," *Journal of Housing Research,* Issue 2010, pp. 139-152, with Stacy Sirmans and Lynn MacDonald.

"A Comparison of Hurricane Loss Models," *Journal of Insurance Issues*, Spring 2010, pp. 31-53, with Kathleen McCullough and Cassandra Cole.

"A Review of the Development of Residual Market Mechanisms in Florida," *Journal of Insurance Regulation*, Summer 2009, pp. 55-80, with Patrick Maroney, Charles Nyce, Kathleen McCullough, James W. Newman Jr., and Cassandra Cole.

"The History of Property Tax Capitalization in Real Estate," *Journal of Real Estate Literature*, Issue 3 2008, pp. 327-343, with Dean Gatzlaff and Stacy Sirmans.

"Horizontal and Vertical Inequity in Real Property Taxation," *Journal of Real Estate Literature*, Issue 2 2008, pp. 167-180, with Dean Gatzlaff and Stacy Sirmans.

"The Title Insurance Industry: Examining a Decade of Growth," *Journal of Insurance Regulation*, Summer 2007, pp. 23-51, with Randy Dumm and Stacy Sirmans.

"The Value of Housing Characteristics: A Meta-Analysis" *Journal of Real Estate Finance and Economics*, November 2006, pp. 215-240, with Stacy Sirmans, Lynn MacDonald, and Emily Zeitz.

"The Composition of Hedonic Pricing Models," *Journal of Real Estate Literature*, Issue 1 2005, pp. 3-43, with Stacy Sirmans.

"The State of Affordable Housing," *Journal of Real Estate Literature*, Issue 2 2003, pp. 133-155, with Stacy Sirmans.

"Affinity Programs and Real Estate Brokerage," *Journal of Real Estate Research*, November-December 2001, pp. 337-351, with Stacy Sirmans.

"Neighborhood Diversity and House Price Appreciation," *Journal of Real Estate Finance and Economics*, January 2001, pp. 81-97, with Stacy Sirmans.

"Forecasting Seniors Housing Demand in Florida," *Journal of Real Estate Portfolio Management*, 1999, pp. 259-74, with G. Stacy Sirmans.


**Working Papers**

"Real Estate Agent Earnings and Local Housing Prices," with Barry Hirsch and Zichong (Tom) Qu, IZA Discussion Working Paper 15300, May 2022. Under Revision.

"Interstate Differences in the Public-Private Pay Gap," with William Even, July 2013.

"Teacher Salaries, State Collective Bargaining Laws, and Union Coverage," December 2012, with Barry Hirsch and John Winters.

"Do Pensions Impede Phased Retirement?" with William Even, IZA Discussion Working Paper 1353, October 2004.

**Opeds**

"The Inevitable Recession is Forthcoming," with James Gwartney in *Business Observer*, May 26, 2022.

"Economics Professors: Fed's Fingerprints are All Over Inflation Debacle," with James Gwartney in *Business Observer*, May 3, 2022.

"Yes, the High Inflation Rates Will Continue in 2022," with James Gwartney in American Institute for Economic Research, *Daily Economy*. April 24, 2022.

## Papers in Progress

"Are Children Getting More Expensive or Cheaper?" with Stefan Norrbin.

## Funded Projects

Florida Legislature, 7/2021-6/2022, $250,000, "Child Support Guidelines," with Stefan Norrbin, Simona Andrei, and Sheridan Meek.

Florida Legislature, 7/2017-6/2018, $250,000, "Child Support Guidelines," with Stefan Norrbin, Thomas McCaleb, Katie Sherron, and Onsurang Norrbin.

Florida Department of Environmental Protection, 4/2016-6/2016, $70,455, "Affordability Index," with Stefan Norrbin.

Florida Legislature, 9/2013-6/2014, $250,000, "Child Support Guidelines," with Stefan Norrbin, Thomas McCaleb, and Onsurang Norrbin.

Florida Legislature, 7/2011-6/2012, $250,000, "Child Support Guidelines," with Stefan Norrbin and Thomas McCaleb.

Employment Policies Institute, 5/2010-7/2010, $16,500 (Trinity University portion), "Employment Effects of the 2007-2009 Federal Minimum Wage Increases," with William Even.

National Science Foundation, 9/2009-8/2012, $125,866 (Trinity University portion), "Incentives in the Workplace: An Experimental Examination of How Wage Differences Across Time and Among Peers Affect Productivity and Self-Selection," with Tim Salmon, Kislaya Prasad, and Hyejin Ku.

Florida Legislature, 10/2007-6/2009, $175,000, "Child Support Guidelines," with Stefan Norrbin and Thomas McCaleb.

Florida Legislature (through University of Florida), 12/2006-9/2007, $223,000, "Analysis of Save our Homes Amendment," with Dean Gatzlaff.

U.S. Administration on Aging (through University of South Florida), 5/2005-9/2007, $175,000, "Employment in the Long-Term Care Industry:  The Importance of Recruitment and Retention," with William Even.

Florida Legislature, 2/2003-8/2004, $175,000, "Child Support Guidelines," with Stefan Norrbin and Thomas McCaleb.

Florida Department of Environmental Protection, 6/2002-2/2003, $94,157, "Affordability Index," with Stefan Norrbin and William Serow.

University of South Carolina, 4/2000-11/2000, $10,000, "Minority Homeownership in South Carolina," with Stacy Sirmans.

Florida Department of Business and Professional Regulation, 3/1999-6/1999, $21,739, "Forecasting Housing Demand in Florida," with Stacy Sirmans.

University of South Carolina, 4/1999-11/1999, $10,000, "Forecasting Housing Demand in South Carolina," with Stacy Sirmans.

Florida State University, 6/1999-8/1999, $7,500, "Support for Preparing ECO 2000 as a Web-Based Course."

TIAA-CREF, 8/1998-8/1999, $23,000, "Determinants of Savings in Supplemental Pension Plans: A Case Study of Pension Choices in Higher Education," with Melissa Hardy and Larry Hazelrigg.

Florida Department of Business and Professional Regulation, 4/1998-6/1998, $16,638, "Forecasting Seniors' Demand for Housing in Florida," with Stacy Sirmans.

Florida Department of Business and Professional Regulation, 12/1997-6/1998, $18,472, "Housing Price Appreciation in Orlando and Tampa," with Stacy Sirmans.

Florida State University, 6/1998-8/1998, $7,500, "Support for Preparing ECO 2000 as a Web-Assisted Course."

Florida Department of Business and Professional Regulation, 3/1997-6/1997, $17,898, "Minority Homeownership in Florida," with Stacy Sirmans.

U.S. Department of Labor, Pension Welfare and Benefit Administration, 12/1996-8/1997, $20,000, "The Impact of Rising 401(k) Pension Coverage on Retirement Income," with William Even.

U.S. Department of Labor, Pension Welfare and Benefit Administration, 3/1996-6/1997, $15,000, "The Determinants of 401(k) Participation and Contribution Levels," with William Even.

Florida Department of Business and Professional Regulation, 4/1996-6/1996, $22,702, "Forecasting the Number of New Florida Real Estate Licensees," with Stacy Sirmans.

U.S. Department of Labor, Pension Welfare and Benefit Administration, 3/1995-6/1996, $15,000, "Explaining the Decline in Pension Coverage of Less Educated Workers," with William Even.

Florida State University COFRS Grant, 6/1994-8/1994, $8,000, "The Relative Compensation and Quality of Public and Private Sector Workers."

W.E. Upjohn Institute for Employment Research, 3/1994-12/1995, $35,000, "Pensions and Productivity," with Stuart Dorsey and Christopher Cornwell.

Florida Division of Workers' Compensation, 1/94-12/1995, $100,000, "Worker's Compensation Recipency in Union and Nonunion Workplaces," part of a service contract titled "Research Partnership with the Division of Workers' Compensation," co-investigator (one of several).

University of Wisconsin Institute for Research on Poverty Small Grant Program, 7/1993-6/1994, $15,000, "Racial Composition, Wages, and Quality Sorting," with Barry Hirsch.

U.S. Department of Labor, Pension Welfare and Benefit Administration, 7/1993-6/1993, $10,000, "Trends in Individual and Family Pension Coverage," with William Even.

U.S. Department of Labor, Pension Welfare and Benefit Administration, 6/1992-5/1993, $10,000, "The Pension Coverage of Young and Mature Workers," with William Even.

U.S. Department of Labor, Pension Welfare and Benefit Administration and American Society of Pension Actuaries, 6/1991-5/1992, $10,000, "A Conference on Current Pension Policy Issues," with William Even.

Miami University Faculty Research Grant, 6/1991-8/1991, $4,000, "Projected Growth in Retiree Health Insurance Liabilities."

Ohio Board of Regents Research Challenge Grant, 1/1990-12/1990, $4,980, "Proposal to Enhance the Data Library of the Center of Pension and Retirement Research," with William Even and Samuel Williamson.

Miami University Faculty Research Grant, 6/1990-8/1990, $4,000, "The Role of Firm Size in Pension Coverage and Options."

Miami University Faculty Research Grant, 6/1989-8/1989, $4,000, "Declining Unionism and the Gender Wage Gap," with William Even.

**Participation in National Meetings**

Presented, "The Affordable Care Act and the Growth of Involuntary Part-Time Employment," LERA/ASSA meetings, January 2017.

Presented, "Heterogeneity in Wage Growth for Estimating Earnings Loss," NAFE/ASSA meetings, January 2017.

Presented, "The Affordable Care Act and the Growth of Involuntary Part-Time Employment," ASSA meetings, January 2016.

Panel Discussant, American Real Estate and Urban Economics Association/ASSA meetings, January 2008.

Presented, "Employee Turnover in the Long-Term Care Industry," at Academy Health Annual Research Meetings, June 2007.

Presented, "Participant Direction in Defined Contribution Pension Plans**,"** at International Atlantic Economic Society meetings, October 2006.

Presented, "The Risk and Return of Pension Investments in Employer Stock**,"** at International Atlantic Economic Society meetings, October 2005.

Presented, "Replacing Earnings After Termination: Evidence from the Displaced Worker Survey," at the Allied Social Science Association/National Association of Forensic Economics, January 2002.

Presented, "Labor Market Transitions of Older Workers," at the Allied Social Science Association/Society of Government Economists meetings, January 1999.

Presented, "Why has the Loss in Pension Coverage Accelerated Among Less Educated Workers?" at the American Economic Association Meetings, 1995.

Presented, "Wages and Gender Composition: Why Do Women's Jobs Pay Less?" at the American Economic Association Meetings, 1994, with Barry Hirsch.

Presented, "Pensions, Labor Turnover, and Employer Size" at the American Economic Association Meetings, 1993, with William Even.

Presented, "Why Did Male Pension Coverage Decline in the 1980s?" at the American Economic Association meetings, 1992, with William Even.

**Participation in Regional Meetings**

Presented, "Where Does the Minimum Wage Bite Hardest in California?" at the Southern Economic Association meetings, November 2018.

Discussant, "Discounting Environmental Benefits to Future Generations: Generational Equity or Intertemporal Efficiency," at Southern Economic Association meetings, November 2018.

Presented, "The Gender Wage Gap and the Fair Calculations Act," at Western Economics Association meetings, July 2017.

Discussant, "Economic Windfalls and the Affordable Care Act: A Policy Proposal," at Western Economics Association meetings, July 2016.

Discussant, "The Impact of Self-Reported Disability on Job Search Success," at Western Economics Association meetings, June 2015.

Discussant, "Gender and the Labor Market," at Southern Economics Association meetings, November 2014.

Presented, "The Impact of the Affordable Care Act on Part-Time Employment," at Western Economics Association meetings, June 2014.

Presented "Interstate Differences in the Public-Private Pay Gap" at Western Economics Association meetings, July 2013.

Discussant, "Pay Gaps and Discrimination," at Western Economics Association meetings, July 2013.

Presented "What Do Unions Do to Pension Performance?" at Western Economics Association meetings, July 2012.

Discussed, "The Dog that Didn't Bark: Item Non-Response and Non-Cognitive Ability," at Western Economics Association meetings, July 2012.

Presented "Unions and Pension Performance: The Role of Pension Design," at Southern Economics Association meetings, November 2009.

Panel member, "Recent Federal Reserve Policy: An Evaluation" at Southern Economics Association meetings, November 2009.

Discussant, "Topics in Health Economics," at Southern Economics Association meetings, November 2009.

Discussant, "Teacher Pay, Principals, and Schooling," at Southern Economics Association meetings, November 2009.

Presented "Is Bigger Still Better?: The Decline of the Wage Premium at Large Firms," at Western Economic Association meetings, July 2009.

Presented "Is Bigger Still Better?: The Decline of the Wage Premium at Large Firms," at Eastern Economic Association meetings, February 2009.

Panel Discussant at the Southern Economic Association meetings, November 2008.

Presented "Is Bigger Still Better?: The Decline of the Wage Premium at Large Firms," at Southern Economic Association meetings, November 2008.

Presented "The Growth of Participant Direction in Defined Contribution Pensions," at Western Economic Association meetings, July 2008.

Chair "Pensions and Retirement" Session at Southern Economic Association meetings, November 2007.

Presented "The Growth of Participant Direction in Defined Contribution Pensions," at Southern Economic Association meetings, November 2007.

Presented, "Participant Direction in Defined Contribution Pension Plans," at Southern Economic Association meetings, November 2006.

Panel Discussant, Southern Economic Association meetings, November 2005.

Presented, "Do Pensions Impede Phased Retirement?" at the Southern Economic Association meetings, November 2004.

Presented, "When Will the Gender Gap in Retirement Income Narrow?" at the Southern Economic Association meetings, November 2003.

Presented, "How Will the Growth of DC and 401(k) Plans Affect Pension Income?" at the Southern Economic Association meetings, November 2002.

Presented, "Racial Composition, Wages, and Quality Sorting," at the Southern Economic Association meetings, November 1999.

Presented, "Racial and Ethnic Differences in Pension Coverage and Benefit Levels," at the Southern Economic Association meetings, November 1998.

Presented, "Factors Influencing Participation and Contribution Levels in 401(k) Plans," at the Western Economics Association meetings, July 1998.

Presented, "Aging at Work: Employment Determination, Firm Strategies, and Public Policy in the United States,"  at the Western Economic Association meetings, July 1994.

Presented, "Why Did Male Pension Coverage Decline in the 1980s?" at the Western Economic Association meetings, July 1992.

Presented "Plant Size and the Decline of Unionism," at the Southern Economic Association meetings, 1989, with William Even.

Panel Discussant, Southern Economic Association meetings, November 1989.

Presented "The Labor Force Participation and Earnings Profiles of Married Female Immigrants," at the Southern Economic Association meetings, November 1988.

Presented "Pensions, Screening, and the Gender Wage Gap," at the Southern Economic Association meetings, November 1988.

Session Chair and Panel Discussant at the Southern Economic Association meetings, November 1988.

**Participation in Invited Seminars, Conferences, and other Presentations**

Presented, "Why Pensions are Good and Minimum Wages are Bad for the Labor Market," for Trinity University Learning TUgether Podcasts," November 2019.

Presented, "The Affordable Care Act and the Growth of Involuntary Part-Time Employment" at Trinity University Omicron Delta Epsilon Dinner, April 2018.

Presented, "The Affordable Care Act and the Growth of Involuntary Part-Time Employment," at Trinity University Faculty Research Dinner Seminar Series, March 2018.

Presented, "How Will a $15 Minimum Wage Affect Employment in California?" at Association of Private Enterprise Education meetings, April 2018.

Session Chair, "Policy Issues in Labor Market and Human Resources," at Association of Private Enterprise Education meetings, April 2017.

Presented, "The Affordable Care Act and the Growth of Involuntary Part-Time Employment," at Association of Private Enterprise Education meetings, April 2016.

Presented, "Has the Affordable Care Act Caused a Shift to Part-Time Work?," at the Federal Reserve Bank of Atlanta, June 2015.

Presented, "Has the Affordable Care Act Caused a Shift to Part-Time Work?," at the University of Kentucky, April 2015.

Presented, "Trends in Pensions" and "What Do Unions Do to Pension Performance?" at Texas State University, September 2013.

Presented, "Trends in Pensions" at Trinity University Food for Thought Luncheon Lecture, May 2012.

Presented, "Teaching Macroeconomics During Troubled Times," at Creative Ideas for Your Basic Economics Course Conference at Florida State University, February 2012.

Presented, "Participant Direction in Defined Contribution Pension Plans," at Trinity University Faculty Research Dinner Seminar Series, April 2011.

Presented, "Participant Direction in Defined Contribution Pension Plans," at Pennsylvania State University, April 2010.

Presented, "The Parallels Between the Japanese Economic Crisis of the 1990s and the US Today" at Creative Ideas for Your Basic Economics Course Conference at Florida State University, February 2010.

Chair "Minimum Wage & EITC" Session at Society of Labor Economists meetings, May 2009.

Presented "Participant Direction in Defined Contribution Plans," at Lehigh University, April 2009.

Presented "Is Bigger Still Better?: The Decline of the Wage Premium at Large Firms," at Association of Private Enterprise Education meetings, April 2009.

Presented "The Growth of Participant Direction in Defined Contribution Pensions," at Trinity University, October 2008.

Presented "The Growth of Participant Direction in Defined Contribution Pensions," at Georgia State University, April 2008.

Presented "The Growth of Participant Direction in Defined Contribution Pensions," at Association of Private Enterprise Education meetings, April 2008.

Presented, "Improving Pension Coverage at Small Firms," at Hudson Institute, May 2006.

Presented, "Participant Direction in Defined Contribution Plans," at Society of Labor Economics meetings, May 2006.

Presented, "Participant Direction in Defined Contribution Plans," at Association of Private Enterprise Education meetings, April 2006.

Presented, "Participant Direction in Defined Contribution Plans," at University of Wisconsin-Milwaukee, April 2006.

Invited Panel Participant for Pepper Foundation and Center Symposium on pension reform, Washington, DC, February 2006.

Presented, "The Risk and Return of Pension Investments in Employer Stock**,"** at West Virginia University, April 2005.

Presented, "The Risk and Return of Pension Investments in Employer Stock**,"** at the University of Kentucky, November 2004.

Presented, "The Causes and Consequences of Company Stock Holdings in Pension Funds," at the Federal Reserve Bank of Atlanta, April 2004.

Presented, "The Causes and Consequences of Company Stock Holdings in Pension Funds," at the University of Oklahoma, February 2004.

Presented, "Tracking Union and Nonunion Wages in the U.S.: Can the Evidence be Reconciled?" at the Middlebury Annual Conference on Economic Issues, April 2002.

Presented, "How Will the Growth of DC and 401(k) Plans Affect Pension Income?" at the Miami University Center for Pension and Retirement Research Conference, June 2001.

Presented, "Benefits and Worker Productivity," Benefits for the Workplace of Tomorrow – Conference, Wharton School, University of Pennsylvania, May 2001.

Participant, Innovations in Managing the Financial Risks of Retirement Conference, Wharton School, University of Pennsylvania, May 2000.

Presented "Using Hi-Tech in Large Lectures," at Association of Private Enterprise Education meetings, April 2000.

Presented "Employee Participation in 401(k) Plans," at University of Wisconsin-Milwaukee, October 1999.

Presented "Gender, Race, and Ethnicity in the Labor Market," as part of the Smith Chair course in Labor Economics at Brigham Young University, September 1999.

Presented, "The Decline in Pension Coverage Among Less Educated Workers,"  at the Florida State University Economics Department Seminar Series, 1996.

Presented, "Children's Effects on Women's Labor Market Attachment and Earnings" at the Conference on the Changes in Working Time in Canada and the United States, Canadian Employment Research Forum, 1996.

Presented, "Earnings, Rents, and Competition in the Airline Labor Market" at the Ohio State University Economics Department Seminar Series, 1996.

Presented, "Earnings, Rents, and Competition in the Airline Labor Market" at the Florida State University Economics Department Seminar Series, 1995.

Presented, "Employer Size and Labor Turnover:  The Role of Pensions," at Syracuse University, 1995.

Presented, "Earnings, Rents, and Competition in the Airline Labor Market" while visiting scholar at the Federal Reserve Bank of Cleveland, 1995.

Presented, "Trends in Individual and Household Pension Coverage," at the Miami University Center for Pension and Retirement Research Conference, 1994.

Presented, "Racial Composition, Quality Sorting, and the Black-White Wage Gap" at the University of Wisconsin, Institute for Research on Poverty, Small Grants Workshop, 1993, with Barry Hirsch.

Presented, "Why Did Male Pension Coverage Decline in the 1980s?" at the Florida State University Economics Department Seminar Series, 1992.

Participant at National Bureau of Economic Research (NBER) Labor Studies meetings of the Summer Institute, 1992.

Presented, "Why Did Male Pension Coverage Decline in the 1980s?" at the Miami University Conference on Current Pension Policy Issues, 1992.

Organizer and participant at conference on "Contemporary Issues in Pension Economics," hosted by the Center for Pension and Retirement Research, Miami University, 1990.

Presented "The Effect of International Competition on Union and Nonunion Wages," at the University of Cincinnati Seminar Series, 1987.

**Refereeing**

*Bulletin of Economic Research*, *British Journal of Industrial Relations*, *Canadian Journal of Economics*, *Contemporary Economic Policy, Cornell Hospitality Quarterly, Development South Africa, Eastern Economics Journal, Economic Development and Cultural Change, Economic Inquiry, Economics Letters*, *Industrial Relations, Industrial and Labor Relations Review*, *International Economic Review*, *International Review of Economics and Finance, Journal of Economics and Business, Journal of Forensic Economics, Journal of Housing Economics, Journal of Human Resources*, *Journal of Labor Economics, Journal of Labor Research*,  *Journal of Legal Economics, Journal of Legal Studies, Journal of Pension Economics and Finance, Labour Economics, Medical Care, Mid-American Journal of Business, Policy Studies Review, Quarterly Journal of Economics, Quarterly Review of Economics and Finance, Real Estate Economics*, *Review of Economics and Statistics*, *Scottish Journal of Political Economy*, *Social Science Quarterly, Southern Economic Journal*

Outside reviewer for Department of Economics, UNC-Greensboro, Georgia State University.

Promotion and tenure letters for candidates at Georgia State University, Kansas State University, Louisiana State University-Shreveport, Monmouth University, Ohio State University, Rensselaer Polytechnic Institute, University of Massachusetts, University of Southern California, and University of Wisconsin-Milwaukee.

## Honors and Awards

Awarded sabbatical, Trinity, Spring 2022.

Awarded sabbatical, Trinity, Fall 2016.

Awarded sabbatical, Trinity, Fall 2011.

Nominated for FSU Award for Excellence in Undergraduate Teaching, Spring 2005.

Named Rod and Hope Brim Eminent Scholar in Economics, FSU, Fall 2004.

Research Fellow, Institute for the Study of Labor (IZA), Bonn, 2004-.

*Who's Who in Economics, Fourth Edition*, Mark Blaug and Howard Vane (eds), Edward Elgar Publishing, 2003, pp. 524 (selection criteria: one of the 1,200 most frequently cited economists in the years 1990-2000 using the Social Science Citation Index).

Awarded Abba Lerner named professorship, FSU, Spring 2000.

Awarded sabbatical, FSU, Spring 2000.

Received  FSU Award for Excellence in Undergraduate Teaching, Spring 2000.

Received FSU Teaching Incentive Program Award, Fall 1995.

Nominated for FSU Award for Excellence in Undergraduate Teaching, Spring 1994.

Nominated for Outstanding Teaching Award, Associated Student Government, Miami University,1992.

Selected by the Miami University Sisters of Delta Gamma for a "Favorite Professor Award" in Fall 1990.

Honorary Member of Golden Key National Honor Society, Fall 1989.

Selected by the Sisters of Delta Gamma as "One of the twenty-five most outstanding faculty members at Miami University" in Fall 1988.

**Service**

National

> Vice President, National Association of Forensic Economics, 2014-2017.
> Vice President, Southern Economic Association, 2011-2013.

Trinity University

> Retirement Plan Committee, 2013-
> Department Chair, Economics Department, 2015-
> Presidential Task Force on Teaching & Learning, 2020
> Distinguished Research Award Committee, 2019
> Jesse H. Jones Professor of Business Administration (Accounting) Search Committee, 2017-2019
> Chairs' Compensation Ad Hoc Committee, 2018
> Benefits Committee, 2017-2018
> Murchison Term Chair Committee, 2017-2018
> DeCoursey Lecture Committee, 2015-2016
> Dean of School of Business Administration Search Committee, 2013-2014
> Student Admission Ad Hoc Committee, 2013
> Faculty and Staff Compensation Committee, 2010-2012
> Piper Professor Committee, 2012-2013
> Dick and Peggy Prassel Professor of Business Administration Search Committee, 2011
> Student Retention Committee, 2010

Florida State University

> University and College Committees:
>
> > Member, GPC subcommittee for Marketing, Spring 2008.
> > Member, Graduate Policy Committee, Fall 2007- Spring 2009.
> > Chair, GPC subcommittee for Political Science, Fall 2006.
> > Member, Title IV Admissions Attendance Committee, Fall 2003-Spring 2004.
> > Member, College of Social Sciences Executive Committee, Fall  2003- Spring 2009.
> > Member, Ad Hoc Committee on COSS Technology, Spring 2003.
> > Member, Computing and Information Resource Committee, Fall 1999- Spring 2009.
> > Member, Academic and Policy Affairs Committee, Fall 1996-Spring 1998.
>
> Economics Department Committees:
>
> > Member, Ad Hoc Committee on Economics 2000 Level Courses, Spring 1999.
> > Member, Undergraduate Economics Committee, Fall 1998-Spring 2009.
> > Member, Economics Department Executive Committee, Fall 1994-Spring 1995, Fall 1996-Spring 1999, Fall 2000- Spring 2009.

Economics Department Library Representative, Fall 1993- Spring 2009.
Micro/Macroeconomics Seminar Coordinator, Fall 1993-Spring 1995,
Fall 1998-Fall 1999, Fall 2001, Fall 2006- Spring 2007.

Comprehensive Examination Committees:

Member, Masters Comprehensive Exam Committee, Spring 1994.
Member, Ph.D. Labor Field Exam Committee, Fall 1992, Spring 1994, Fall 1994,
Fall 1995, Fall 1996, Spring 1997, Spring 1998.
Chair, Masters Comprehensive Exam Committee, Fall 1994, Spring 1998.
Chair, Ph.D. Labor Field Exam Committee, Spring 1993-Fall 1993, Spring 1995,
Spring 1996, Spring 2000, Spring 2001, Fall 2001.

Miami University

Computing Task Force, Department of Economics, 1991-92.
Recruiting Committee, Department of Economics, 1990-92.
Economics Club Advisor, 1988-1991.
Research Associate, Center for Pension and Retirement Research, 1988-92.
Delta Sigma Pi Chapter Advisor, 1988-89.
Student Finance Committee, Student Affairs Council, 1988-89.
Omicron Delta Epsilon Advisor, 1987-88.

**Theses, Extended Papers, and Dissertations**

Undergraduate Honors Thesis:

Chair, Leela Hebbar, 1995

Member, Nicole Cubies, 2006
Member, John Stutts, 2006
Member, Todd Crannell, 2000
Member, Mark Plotnick, 2000
Member, Bobby Pittman, 1998

MS Thesis and Extended Paper:

Chair, Maria Arce-Trigatti, 2009
Chair, George Holescko, 2000
Chair, J. Michael DuMond, 1994

Member, Shael Wolfson, 2000
Member, Lehr Eliason, 2000

Member, Steve Muri, 2000
Member, Ken Meier, 1998
Member, Tarteshia Williams, 1995
Member, Richard Page, 1994


PhD Dissertation:

Chair, James Farrell, 2009
Chair, Mark Keightley, 2008
Chair, Ali Al-Malki, 2007
Chair, Carter Doyle, 2005
Chair, Edward Wolpert, 1998
Chair, J. Michael DuMond, 1997

Member, Bogdan Daraban, 2007
Member, Russell Engel, 2007
Member, Li Feng, 2006
Member, Chuck Skipton, 2003
Member, Nicole Yurgin, 2003
Member, Jennifer Troyer, 1999
Member, Josefina Tranfa, 1999
Member, Shaliesh Bandarhi, 1998
Member, James Freeman, 1998
Member, Brian Nottage, 1998
Member, Ben Shippen, 1995
Member, Ed Schumacher, 1994
Outside Member, Stephanie Burge, Sociology, 2006
Outside Member, Reg Albritton, Special Education, 2005
Outside Member, Kim Shuey, Sociology, 2001
Outside Member, Andrea Willson, Sociology, 2001

# David A. Macpherson
### Depositions and Trial Testimony: 2020 to 2024

1. Julie Goddard, as Personal Representative of the Estate of Shawn Crew v. Sysco
   Corporation, Sysco Central Florida, Inc. and Jose Santos
   > Atty: Patricia Morgan; Polk County, Florida; Case No. 2016-CA-003646; testified at deposition; wrongful death; 2020.

2. Rebeca Hernandez et al. v. Roadsafe Traffic D/B/A Roadsafe Traffic Systems. Inc.
   > Atty: Langdon Smith; Liberty County, Texas; Case No CV1712711; testified at deposition; wrongful death; 2020.

3. Timson Broussard, et al. v. Buffco Production, Inc., et al.
   > Atty: Marion Reilly; Zavala County, Texas; Case No 18-04-14156-ZCV; testified at deposition; wrongful injury; 2020.

4. Jason French and Erin French v. Holmes County School Board
   > Atty: Ted Howell; Holmes County, Texas; Case No 19-165-CA; testified at deposition; wrongful injury; 2020.

5. Saul Carrillo Olvera v. Timothy J. Snyder and Hansen and Adkins Auto Transport
   > Atty: Maria Fox; Bexar County, Texas; Case No 2019-CI-10888; testified at deposition; wrongful injury; 2020.

6. Charles Creed v. Holt Texas, Ltd., Ari Fleet Lt., and Edward Ampelas
   > Atty: Zachary Fannuchi; Bexar County, Texas; Case No.: 2017-CI-24158; testified at deposition; wrongful injury; 2020.

7. Susan Walsh v. Doner Partners, LLC
   > Atty: Shereef Akeel; U.S. District Court, Eastern District of Michigan, Southern Division; Case No. 2:18-CV-13930-TB; wrongful termination, testified at deposition, 2021.

8. Jane Doe 3 v. Sam Moon Group, et al.
   > Atty: Thomas Bowers; Dallas County, Texas; Case No. DC-19-04354; wrongful injury, testified at deposition, 2021.

9. Dr. Robert Wainberg v. Piedmont College.
   > Atty: Julie Oinonen; U.S. District Court, Northern District of Georgia, Gainesville Division; Case No. 2:19-CV-00251-MHC wrongful termination, testified at deposition, 2021.

10. Jim Spruell v. Chemistry South, Inc, et al.
    > Atty: Daniel Wyatt; Superior Court of Fulton County, Georgia; Case No. 2018CV304185; wrongful termination, testified at deposition, 2021.

11.  Arielle Dzickowski and Leticia Diaz vs. Career Care Institute, Inc.
     Atty: Angelo Campano; Superior Court of California, Los Angeles County, California;
     Case No. MC027789; wrongful termination, testified at deposition, 2021.

12.  Steven Alley v. Eastman Chemical Company
     Atty: Shawn Latchford; U.S. District Court, Eastern District of Texas, Marshall
     Division; Case No. 2:20-CV-0395-JRG-RSP; testified at deposition, wrongful
     termination; 2021.

13.  Antonia Maldondo Estrada, et al. v. Chis Matschek Farms, Inc. D/B/A Chris Matschek
     Farms, et al.
     Atty: Florence Monauer; Glassock County, Texas; Case No.; testified at deposition,
     wrongful death; 2021.

14.  Donna Revel, et al. v. Baptist Health care, Inc. et al.
     Atty: Virginia Buchanan; Escambia County, Florida; Case No. 2019 CA 000018;
     testified at deposition, wrongful injury; 2021.

15.  Wesden, LLC v. Illinois Tool Works, Inc.
     Atty: Joshua Sisam; U.S. District Court, Western District of Texas, San Antonio
     Division; Case No. 5:20-cv-00987; testified at deposition, business damages; 2021.

16.  Dowhan et al. v. Ford Motor Company
     Atty: Michael Pitt; U.S. District Court, Eastern District of Michigan,  Southern Division;
     Case No. 19-cv-11923; testified at deposition, wrongful termination; 2021.

17.  Eun Kyong Kwoon et al. v. Swift Transportation Co of Arizona, LLC and Yovani
     Galvez Valenzuela
     Atty: Scott Novak; Harris County, Texas; Case No. 2019-68228; testified at deposition,
     wrongful death; 2021.

18.  Kevin Tran v. Alvin's Island
     Atty: Brian Connors; Bay County, Florida; Case No. 19-4520-CA; testified at
     deposition, wrongful injury; 2021.

19.  Rachel Woodward and Mark Woodward v. Mack Trucks Inc., et al.
     Atty: Lindsey Corbin; Nueces County, Texas; Case No. 2018CCV-60520-3; testified at
     deposition, wrongful injury; 2021.

20.  Barbara Burger v. Patrick Wilson Windom
     Atty: Brandon Clem; Kendall County, Texas; Case No. 19-335; testified at deposition,
     wrongful injury; 2021.

21.  Jamason Medina and CTX Auto Transport, LLC v. Austin Truck and Equipment, Ltd d/b/a
     Freightliner of Austin
     Atty: Stefan Garcia; Travis County, Texas; Case No. C-1-CV-19-006834; testified at
     deposition, business damages; 2021-22.

22. Michael W. Mzyk vs. Holt Texas, Ltd., and Gerald Lee Barclay
    Atty: Eddie Ramirez; Bexar County, Texas; Case No. 2019-CI-24788; testified at
    deposition, wrongful injury; 2022

23. Mario Bonilla vs.   Anderson Perforating Service, LLC d/b/a API  Perforating
    Atty: Langdon Smith; Harris County, Texas; Case No. 202036060; testified at
    deposition, wrongful injury; 2022.

24. Heidi Heridia vs. Michael Heridia
    Atty: Trish Padia; Bexar County, Texas; Case No. 2021CI08244; testified at trial,
    pension valuation in divorce; 2022.

25. Nathan Rodriguez vs. Jarco Transport, LLC et al.
    Atty: Daryl Hayes; Bexar County, Texas; Case No. 2020CI08085; testified at
    deposition, wrongful injury; 2022.

26. Rita Caldwell vs. Latham Pool Products Inc,, et al.
    Atty: James Sung; U.S. District Court, Western District of Louisiana, Shreveport
    Division; Case No. 5:20-cv-00833; testified at deposition, wrongful injury; 2022.

27. Teresa Harper vs. LM General Insurance Company
    Atty: Hubert Brown; U.S. District Court, Northern District of Florida, Panama City
    Division; Case No. 5:21-cv-00115-TKW-MJF; testified at deposition, wrongful injury;
    2022.

28. William Ueckert vs. City of Pharr, TX, Juan Guerra, and Ed Wylie
    Atty: Bill Mount; U.S. District Court, Southern District of Texas, McAllen Division;
    Case No. 7:18-CV-00302; testified at deposition, wrongful termination; 2022.

29. Kevin Donegan vs. Ignacio Gonzales and KV Power
    Atty: Lyndsey Corbin; Nueces County, Texas; Case No. 2020CCV-61401-4; testified at
    deposition, wrongful injury; 2022.

30. Cathy Carter vs. Paul Howard
    Atty: Mario Williams; U.S. District Court, Northern District of Georgia, Atlanta
    Division; Case No. 1:20-cv-01674-TWT-JSA; testified at deposition, wrongful
    termination; 2022.

31. Roxann Cotugno vs. Garrison Property and Casualty Insurance
    Atty: Caitlin Bratt; Bexar County, Texas; Case No. 2020CI09266; testified at deposition,
    wrongful injury; 2022.

32. Ruth Valdez as attorney in fact for Delfin Valdez and Ruth Valdez vs HCA, Inc.
    Atty: Maria Rubio; Dade County, Florida; Case No. 20-018094-CA-02; testified at
    deposition, wrongful injury; 2022.

33. Lorenza Santiago vs. 3155 East Main
     Atty: Jonathan Perkins; Waterbury Judicial District, Connecticut; Case No. UWY-
     CV19-6045074-S; testified at deposition, wrongful injury; 2022.

34. Bertha Almaguer et al. vs. Conagra Brands, Inc.
     Atty: Chris Brasure; Hidalgo County, Texas; Case No. C-4151-16-I; testified at
     deposition, wrongful injury; 2022.

35. Adrian Holley et al. vs. Gilead Sciences, Inc.
     Atty: Anthony Godfrey; U.S. District Court, Northern District of California; Case No.
     4:18-cv-06972-JST; testified at deposition, wrongful injury; 2023.

36. Lee Jackson vs. Progressive Select Insurance and Sandra Wilford
     Atty: Hubert Brown; Gadsden County, Florida; Case No. 2022-CA-000019; testified at
     deposition, wrongful injury; 2023.

37. John Kentzel vs. Sacred Heart Health Inc. Et al.
     Atty: Victoria Buchanan; Escambia County, Florida; Case No. 2020 CA 001649;
     testified at deposition, wrongful injury; 2023.

38. Deana A. Rios, individually, as Personal Representative of the Estate of Adam A. Rios,
     Deceased, as a Next Friend of A.R. and E.R., Minor Children vs. Mossy Nissan (TX), et al.
     Atty: Michael Richardson; Harris County, Texas; Case No. 2022-28405; testified at
     deposition and trial, wrongful death; 2023-2024.

39. Melonie McClellan vs. State Farm Mutual Insurance
     Atty: Courtney Hall; Travis County, Texas; Case No. D-1-GN-22-000807; testified at
     deposition, wrongful injury; 2023.

40. Osvaldo Leiva Leon vs. Ernesto Orsoto Avilez and WLE LLC
     Atty: Lilly Wilson; Travis County, Texas; Case No. D-1-GN-21-; testified at deposition,
     wrongful injury; 2023.

41. Gregg McKinnie, as the Personal Representative of the Estate of Yvette K. McKinnie
     Deceased vs. Baptist Hospital Inc. et al.
     Atty: Hubert Brown; Escambia County, Florida; Case No. 2020-CA-001576; testified at
     deposition, wrongful death; 2023.

42. Renee Ann Lawrence, Indiv. and as Representative of the Estate of Robert Jackson
     Lawrence Jr. Dec'd et al. vs. Bay Area Health Care Group Ltd. D/B/A Corpus Christi
     Medical Center  D/B/A Bay Area Hospital et al.
     Atty: Abe Moss; Nuees County, Texas; Case No. 2018CCV-60939-1; testified at trial,
     wrongful death; 2023.

43. Marquis Edwin Coutler, et al. vs. John Deere. et al.
     Atty: Chris Pinedo; U.S. District Court, Southern District of Texas, Houston Division;
     Case No. 4:21-CV-2105; testified at deposition, wrongful injury; 2023.

44. Sederic Addison vs. MLBD Transportation LLC and Yonas Ghebremeskel
    Atty: Chris Pinedo; Dallas County, Texas; Case No. DC-21-08276; testified at
    deposition, wrongful injury; 2023.

45. Marlene Rodriguez et al. vs. Fedex Freight, Inc. et al.
    Atty: Trey Smith; Harris County, Texas; Case No. 202163834; testified at deposition,
    wrongful death; 2023.

46. Supply Management Services vs. Willow Run Foods
    Atty: Jennifer Warren; American Arbitration Association; Case No. 01-22-0000-6359;
    testified at deposition and trial, business damages; 2023.

47. Kenneth James Lowe v. Walbro LLC
    Atty: Tom Warnicke; U.S. District Court, Eastern District of Michigan; Case No. 1:18-
    cv-12835-TLL-PTM; testified at trial, wrongful termination; 2023.

48. Peggy Wiggins McGee vs. Landstar Ranger Inc. et al.
    Atty: Maria Fox; Brazoria County, Texas; Case No. 111599 CV; testified at trial and
    deposition, wrongful injury; 2023.

49. Lawyer Denson and Eduardo Gutierrez vs. Amazon, Inc. et al.
    Atty: Michael Richardson; American Arbitration Association; Case No. 01-22-0004-
    8601; testified at deposition and trial, wrongful injury; 2023.

50. George H. Darrow vs. Nuvasive, Inc
    Atty: Benjamin Olive; U.S. District Court, Eastern District of Florida; Case No. 1:18-cv-
    0:22-CV-6184; testified at deposition, wrongful termination; 2023.

51. Cara Koscinski and Brant Koscinski, her husband v. Shawn Magee, DMD and Cypress
    Point Dentistry
    Atty: Nicole Zeigler; Flagler County, Florida; Case No. 2022-CA-000775; testified at
    deposition, wrongful injury; 2023

52. Thomas Sanders and Peggy Sanders v. Franciscus Dieckman, PT, Rehabfirst Inc. d/b/a
    Fyzical Therapy and Balance Centers, a Florida Profit Corporation, and Fyzical Fitness, a
    Foreign Liability Company
    Atty: Nicole Zeigler; Manatee County, Florida; Case No. 2022-CA-3084; testified at
    deposition, wrongful injury; 2024

53. Kristie Hilton v. Brooks County Schools and Brooks County Board of Education
    Atty: Julie Oinonen; U.S. District Court, Middle District of Georgia; Case No. 7:20-cv-
    00227-HL; testified at deposition, wrongful termination; 2024

54. Dimitrula Velez, Individually, as Independent Administrator of the Estate of Iliana A Velez, Deceased, and on Behalf of all Wrongful Death Beneficiaries of Iliana A. Velez v. Amazon.Com, Inc. et al.
    Atty: Alex Hilliard; Travis County; Case No. D-1-GN-22-000664; testified at deposition, wrongful death; 2024

55. Deborah S. Empey, as Personal Representative of the Estate of Walter J. Empey Jr., , and for the benefit of the survivors, Plaintiff, vs. Jordan Messler, M.D., and In Compass Heath Inc., a foreign profit corporation
    Atty: Nicole Zeigler; Pinellas County, Florida; Case No. 522018CA005402XXCICI; testified at deposition and trial, wrongful injury; 2024

56. Rocio Salazar, as Next Friend of Jorge Piedra, Jr., and Cassandra Cavazos, as Next Friend of XXXXXXXXX, a minor v. HCA Houston Healthcare Clear Lake; CHCA Clear Lake, L.P., U.S.; Anesthesia Partners, Inc.; and Anitha Mwemezi, C.R.N.A.
    Atty: Tina Thomas; Harris County, Texas; Case No. 2022-76058; testified at deposition, wrongful injury; 2024.

57. Do, Dung Dien and Sandra Ann v. Escambia County et al
    Atty: Scott Barnes; Escambia County, Florida; Case No. 2018 CA 001548; testified at deposition, wrongful injury; 2024.

58. ACT Pipe and Supply Inc. vs. Chamberlain, Hrdlicka, White, Williams, and Aughtry, P.C.
    Atty: Michael Richardson; Harris County, Texas; Case No. 2021-75768; testified at deposition, business damages; 2024 and 2025.

59. Angelique Alexander, Personally and as the Natural Guardian, on behalf of her child, Anastasia Anderson (a Minor) vs. Raymond J. Marquette, M.D. et al.
    Atty: Charlene Problete; Marion County, Florida; Case No. 2021-CA-000746; testified at deposition, wrongful injury; 2024.

60. Mohamad Rida-Ahmad Hassoun, and Ghonwna Hassoun vs. City of Grosse Pointe Farms, et al.
    Atty: Cyril Hall; U.S. District Court, Eastern District of Michigan; Case No. 2:22-cv-113777; testified at deposition, wrongful injury; 2024.

61. FTCA Flint Water Cases vs. United States
    Atty: Cary McGehee; U.S. District Court, Eastern District of Michigan; Case No. 4:17-cv-11218; testified at deposition, wrongful injury; 2024.

62. Rachael Fields Okoko, Bertel Randle, and Rashida Ferguson vs. Ruben Marroquin Rodriguez and Splash Transport, Inc.
    Atty: Stephen Rushing; Harris County, Texas; Case No. 2020-70777; testified at deposition, wrongful injury; 2024.

63. Jackeline Anchico vs. Home Depot. Inc.
    Atty: Moises Cedillos; U.S. District Court, Southern District of Texas; Case No. 4:23-cv-00831; testified at deposition, wrongful injury; 2024.

64. Ruben Maldonado vs. Gulf Stream Marine, Inc.
    Atty: Moises Cedillos; Harris County, Texas; Case No. 2022-44220; testified at deposition, wrongful injury; 2024.

65. Roosevelt Travis, Jr. v. Acme Barricades L.C., et al.
    Atty: Hubert Brown; Gadsden County, Florida; Case No. 23-000275-CAA; testified at deposition and trial, wrongful injury; 2024 and 2025.

66. Mikeco Desir, o/b/o of Kevin Desir, Deceased v. Broward County, et al.
    Atty: Keisha James; U.S. District Court, Southern District of Florida; Case No. 23-CV-60499-AHS; testified at deposition, wrongful death; 2024

67. Susan Friscia vs. Akumin Corp et al.
    Atty: Maria Rubio; Palm Beach County, Florida; Case No. 502021CA010518 XXXXMB; testified at deposition, wrongful injury; 2024

68. Perla Garcia v. Wonderful Sales, LLC
    Atty: Bill Mount; JAMS Arbitration Proceeding; Case No. 5300000343; testified at deposition, wrongful termination and wage discrimination; 2024

69. Mary Howard et al. v. Schneider National Carriers, Inc. and Brandon Smith
    Atty: Mark Burck; Harris County, Texas; Case No. 2022-37952 testified at deposition, wrongful death; 2024.

70. Carzell Middleton v. Ernest and Young, LLP
    Atty: Joshua Sisam; JAMS Arbitration Proceeding; Case No. 5300000299; testified at trial, wrongful termination; 2024

71. Michael Decker v.. David Joe Burrum et al.
    Atty: Alan Latham; Washtenaw County, Michigan,  Case No. 23-000223-NI; testified at deposition, wrongful injury, 2024

72. Yumila Reyes Acosta and Olga Palencia v. ExxonMobil Pipeline Company LLC and Armando Gonzalez.
    Atty: Nicholas Monroe; Harris County, Texas, Case No. 2023-7773; testified at deposition, wrongful injury, 2024

73. Kevin Davis v. Clovis Watson, Jr. in his official capacity as Sheriff of Alachua County
    Atty: Tiffany Cruz; Alachua County, Florida, Case No. 2023-CA-0607; testified at deposition, employment law, 2024

74. Lucio Diaz Gomez v. Regions Bank, Aziz LLC, et al.
    Atty: Moises Cedillo; Harris County, Texas, Case No. 2022-59825; testified at
    deposition, wrongful injury, 2024

75. Rebekah Jones v. Florida Department of Health, Joseph A. Ladapo, in his official capacity,
    and Shamarial Roberson, individually.
    Atty: Rick Johnson; Leon County, Florida, Case No. 2023-CA-000430; testified at
    deposition, wrongful termination, 2025

76. Mario Martinez vs. Landstar Inway Inc. et al.
    Atty: Maria Fox; Harris County, Texas; Case No. 2022-32323; testified at deposition,
    wrongful injury; 2025.

77. Jonathan Simen and Shelley Simen vs. Commander Enterprises Inc. et al.
    Atty: Leroy Scott; Harris County, Texas; Case No. 2022-82841; testified at deposition,
    business damages; 2025.

78. Joanna Fernandez Santiago vs. Amazon.com Services, LLC, et al.
    Atty: Zach Zurek; U.S. District Court, Western District of Texas, Waco Division
    Case No. 6:23-CV-134; testified at trial; wrongful injury; 2025.

79. Edmund Ing and Kristine Chua vs. Pioneer Exterminating Company and Douglas Wayne
    Lott
    Atty: Mark Lambert; Harris County, Texas, Case No. 202432170, testified at deposition,
    wrongful injury; 2025.

80. Darrell Rains vs. Yohanes Dugassa, et al.
    Atty: Michael Jones; Wayne County, Michigan, Case No. 24_002492_NI, testified at
    deposition; wrongful injury; 2025.

81. Blanca Mata De Salinas vs. Texas Farm Bureau.
    Atty: Christina Fernandez; Webb County, Texas, Case No. 2023CVA1393D4, testified
    at trial; wrongful injury; 2025.

82. Trident Marina, LLC, et al. vs. Forest River LLC, et al.
    Atty: Lloyd Gathings; Cullman County, Alabama, Case No. 25-CV-2020-900233.00,
    testified at deposition; business damages; 2025.

83. Sandra Tovar et al. v. H.C. Empire Drywall Services. LLC and Holt Construction
    Atty: Moises Cedillos; Harris County, Texas, Case No. 2023-50441; testified at
    deposition, wrongful death, 2025

84. Tracey Williams v. C.W. Roberts Contracting, Inc.
    Atty: Douglas Dykes; Bay County, Florida, Case No. 2023-ca--000450; testified at
    deposition, wrongful injury, 2025

85. Christopher Oakes, et al. v. Subramanyam Ayyar, et al.
    Atty: Joe Balat; Harris County, Texas, Case No. 2022-81925; testified at deposition, wrongful injury, 2025

86. Freddie Thompson v. Baker County Board of Education
    Atty: Julie Oinonen; Superior Court of Baker County, Georgia, Case No. 2016v-056; testified at trial, wrongful termination, 2025

87. Julie Spencer v. Pasco-Pinellas Hillsborough Community Health System, Inc. et al.
    Atty: Apolonia Santibanez; Circuit Court in and for Pasco County, Florida, Case No. 2023CA004772CAXES; testified at deposition, wrongful death, 2025

88. Tonya Lightner v. Inlivian, f/n/a as Housing Authority of the City of Charlotte et al.
    Atty: Jeremy Stephenson; U.S. District Court, North Carolina, Western District, Case No. 3:23-CV-846-MOC-SCR; testified at trial, wrongful termination, 2025

89. Deidre Waldron v. Erbe USA, Inc.
    Atty: Matthew Harrington; U.S. District Court, Northern District of Georgia, Atlanta Division; Case No. 1:24-cv-04580-ELR-CMS; testified at deposition, wrongful termination, 2025

90. Jose Luis Cavazos VS. Juan Diego Balli and Santex Idealease, L.L.C.
    Atty: Chris Brasure; Hildago County, Texas; Case No. C-4431-20-A; testified at trial, wrongful injury, 2025

91. Oscar Ramirez vs. City of Donna, et al.
    Atty: Bill Mount; Hildago County, Texas; Case No. C-5750-14-I; testified at trial, wrongful termination, 2025

92. Lauren Henderson vs. Amica Mutual Insurance Company, et al.
    Atty: Alex Kay; Macomb County, Michigan; Case No. 24-000162-NI; testified at deposition, wrongful injury, 2025

93. Shannon Trotty and Anthony Trotty vs. Salman Siqqiqui, M.D., et al.
    Atty: Irwin Ellerin; Gwinnett County, Georgia; Case No. 23-C-06944-S6; testified at deposition, wrongful injury, 2025

94. Loretta Williams, et al. vs. Ferrellgas, et al.
    Atty: Larry Perry; Bay County, Florida; Case No. 2021 CA 000691; testified at deposition, wrongful injury, 2025