# Exhibit 3

**Jamie K. McCallum**
**Expert Witness Report**

---

*United States of America*

*v.*

*Newton B. Jones, et al.*,

---

No. 2:24-cr-20070-DDC-TJJ (D. Kan.)

---

November 26, 2025

**Table of Contents**

Expert Qualifications .......................................................................... 3

Social Science ................................................................................... 4

Basis for Opinions ............................................................................ 4

1. Unions obtain higher wages, more robust benefits, and better working conditions for their members compared to non-union workers in the same industry. ............................................................................................. 5

2. Unionization and its member benefits have steadily declined in the United States as a result of relaxed government oversight of employers and government and employer hostility to unions. ...................................... 6

3. From 2002-2024, the IBB produced positive results for its members. .............. 8

4. Historic preservation departments are commonplace and beneficial for unions of the IBB's size and age. ..................................................................... 11

5. Union regulation depends on oversight by the DOL, union federations, and the members through internal democratic controls. ............................... 14

6. The IBB Constitution grants the Executive Council broad authority to carry out the IBB's objectives. ............................................................................ 15

7. Leaders of international unions are ambassadors for unions and for organized labor generally...................................................................................... 17

8. Global engagement by union leaders is necessary to support members in global industries. .................................................................................. 18

9. IBB's Global Labor Activism Benefitted US Union Members........................... 21

10. Lauren Stojak's opinion that the IBB's expenditures were atypical, unnecessary, and a prominent indicator of embezzlement is unreliable and not based on sufficient facts or data. ........................................................ 27

**Expert Qualifications**

I am a Professor of Sociology at Middlebury College. My scholarship, teaching, consulting, and public writing focus on work, inequality, labor unions, global unionism, and political economy.

I have authored four books about labor unions, the first of which, *Global Unions, Local Power: The New Spirit of Transnational Labor Organizing* (Cornell/ILR Press, 2013), is regarded as a foundational contribution to the study of contemporary labor internationalism. It won the Best Book Award from the American Sociological Association recognizing its empirical and theoretical importance. *Global Unions, Local Power* offers the first full-length ethnographic account of how global unions coordinate cross-border pressure campaigns against major multinational corporations. Based on my sustained fieldwork in South Africa, India, and Switzerland, the book closely examines how UNI Global Union and the Service Employees International Union (SEIU) collaborated to pressure G4S, then the second-largest private employer in the world. The campaign linked unions and worker networks across three continents, combining on-the-ground worker organizing with efforts inside UNI's global headquarters in Geneva.

I conducted 100 interviews with workers, organizers, and union leaders in multiple countries and gained access to field sites through careful, patient observation that built trust within both local unions and international networks. Rather than treating global unions as distant bureaucracies, the book shows how transnational pressure only succeeds when it is rooted in, and responsive to, local organizing capacity. These findings emerged not only from formal interviews but from deep immersion in campaigns, union offices, and community spaces, which allowed me to understand how rank-and-file activism, organizational culture, and global strategy intersect.

The book's argument has strongly influenced subsequent scholarship and movement strategy. I have presented this research at major sociological and labor conferences across North America, Latin America, Europe, and Asia. I have also advised labor strategists within global federations, helping translate research findings into strategy.

Alongside my books and peer-reviewed research involving unions,[1] I also maintain a consulting practice in which I work with labor unions and private-sector employers to

---

[1] For example: Dean, Adam, Jamie K. McCallum, and Atheendar S. Venkataramani. "Resident Mortality and Worker Infection Rates from COVID-19 Lower in Union than Nonunion U.S. Nursing Homes, 2020–21." *Health Affairs* 41, no. 5 (May 2022): 751–759. https://doi.org/10.1377/hlthaff.2021.01687; Dean, Adam, Jamie K. McCallum, and Atheendar S. Venkataramani. "The Effect of Labor Unions on Nursing

conduct strategic research projects. My research has been featured in outlets such as *The New York Times, The Washington Post, The Nation, Dissent, Jacobin, Labor Notes, In These Times*, and other newspapers and magazines. See appendix for full list of publications and my CV.

**Social Science**

Sociology is the social science dedicated to understanding how people live together in groups and institutions, and how those arrangements shape identity, behavior, and life chances. It links everyday experience to larger historical, economic, and political forces, examining how society is organized, how social patterns emerge and change, and how power and inequality are produced and reproduced. At its core, sociology investigates the relationship between individuals and the broader social worlds they inhabit.

A central strength of sociology is its capacity to connect micro-level contexts—families, friendships, workplaces, and community life—with macro-level structures such as labor markets, school systems, legal institutions, and the global economy. This perspective emphasizes that many aspects of social life, including race, gender, class, work, and health, are socially constructed: they take on meaning because people collectively define and enact them. Rather than accepting institutions or categories as fixed or natural, sociologists examine how they are created, how they operate, whose interests they serve, and how they might be re-imagined. This approach helps reveal how problems that appear personal—such as unemployment, illness, or job stress—often have structural causes.

My own work is grounded in qualitative social science, drawing on ethnography, interviews, and archival research to understand how workers experience their jobs, employers, and organizing efforts. Occasionally, I also employ quantitative and survey research methods.

**Basis for Opinions**

I have been retained to render professional opinions on the topics below. I base these opinions on the knowledge, skill, experience, training, and education discussed in my CV, gained through my work as a sociologist, and obtained in researching and preparing this report.

---

Home Compliance with OSHA's Workplace Injury and Illness Reporting Requirement." *Health Affairs* 42, no. 9 (September 2023).

1. **Unions obtain higher wages, more robust benefits, and better working conditions for their members compared to non-union workers in the same industry.**

A labor union is an organization formed by workers to collectively represent their interests in the workplace. Unions negotiate with employers over wages, benefits, and working conditions, and advocate for members through contract enforcement, grievance procedures, strikes, and broader political or community engagement.

Union membership delivers concrete gains in wages, benefits, workplace safety, and political participation. Workers covered by a union contract earn roughly 11–13 percent more than comparable nonunion workers, with especially strong gains for women and workers of color; Black union workers earn about 12–15 percent more than their nonunion peers, and Hispanic workers about 16–18 percent more.[2] Union members are also far more likely to receive employer-sponsored health insurance, retirement coverage, paid vacation, and paid sick leave. Beyond wages and benefits, collective bargaining gives workers a meaningful voice in the workplace, empowering them to address concerns over scheduling, discipline, and working conditions.[3] This representation improves workplace safety: unionized workplaces have lower injury and fatality rates, greater access to protective equipment and training, and higher reporting of hazards without fear of retaliation.[4]

Research also shows that unions strengthen democratic participation outside the workplace. Union members vote at higher rates, participate more regularly in civic life, and are better informed about public policy. Because unions educate workers about legislation affecting jobs, healthcare, and social protections, they help amplify the political voice of working people, including those historically marginalized in civic institutions.[5]

---

[2] Economic Policy Institute. "Unions Aren't Just Good for Workers—They Also Benefit Communities and Democracy." August 20, 2025.

[3] Institute for Work and Health. "Union Firms Have Lower Lost-Time Claim Rates." *At Work* Newsletter, January 18, 2021; Jamie K. McCallum, *Worked Over: How Round-the-Clock Work Is Killing the American Dream* (New York: Basic Books, 2020).

[4] Lawrence Mishel and Matthew Walters. "How Unions Help All Workers." Economic Policy Institute. 2021; Jamie K. McCallum, *Worked Over: How Round-the-Clock Work Is Killing the American Dream* (New York: Basic Books, 2020).

[5] Dean, Adam, Jamie McCallum, and Jake Grumbach. *Labor Unions and the Defense of American Democracy*. Washington, DC: Economic Policy Institute, December 2023; Economic Policy Institute.

For unions operating in globally integrated industries—such as manufacturing, energy, building materials, mining, and logistics—membership may additionally connect workers to global networks that monitor multinational employers and supply chains. These unions sometimes participate in international campaigns through global union federations, and win transnational agreements designed to raise labor standards across borders. In these sectors, unions can help ensure that workers benefit from protections not only at their home facility but also across supplier or parent-company operations worldwide. In sum, union membership provides material gains in income and benefits, increases safety and democracy on the job, strengthens civic engagement, and, in some industries, connects workers to global networks advocating for fair labor standards throughout complex international supply chains.

The modern labor movement in the United States emerged most forcefully out of the crisis of the Great Depression. As mass unemployment and economic instability destabilized the social order, a wave of labor organizing swept the country, culminating in the passage of the National Labor Relations Act of 1935, which codified workers' rights to form unions and bargain collectively. During the 1940s–1950s, union membership surged, peaking at roughly one-third of the private sector workforce, and became a pillar of the emerging middle class.[6]

Unions in this era were more than bargaining agents. They were civic institutions that structured community life, local political power, and worker identity. Unions played a central role in raising wages, delivering employer-provided benefits, and promoting workplace democracy. At their height, unions reduced income inequality by compressing the wage structure and imposing industry-wide labor standards that lifted not only members but also nonmembers through spillover effects.[7]

> **2. Unionization and its member benefits have steadily declined in the United States as a result of relaxed government oversight of employers and government and employer hostility to unions.**

The process of decline began in earnest in the 1970s. Global competition, deindustrialization, and financial restructuring undercut heavily unionized industries. Employers increasingly adopted aggressive anti-union tactics, many legal under a permissive regulatory regime. Legislative and judicial decisions—particularly from the

---

"Unions Aren't Just Good for Workers—They Also Benefit Communities and Democracy." August 20, 2025. Economic Policy Institute.

[6] Lichtenstein, Nelson. *State of the Union: A Century of American Labor.* Revised and Expanded Edition. Princeton, NJ: Princeton University Press, 2013.

[7] Jamie K. McCallum, *Worked Over: How Round-the-Clock Work Is Killing the American Dream* (New York: Basic Books, 2020); Lichtenstein, Nelson. *State of the Union: A Century of American Labor.* Revised and Expanded Edition. Princeton, NJ: Princeton University Press, 2013.

1970s onward—narrowed organizing rights and weakened protections for collective action. In 1983, 20.1 percent of workers belonged to a union. By 2023, overall union density had dropped to 10.0 percent, and private-sector unionization had reached a historic low of 6.0 percent. This decline reflects not diminished worker interest, but structural and legal barriers that make unionization increasingly difficult despite rising demand for collective bargaining.[8]

The consequences of declining union power have been profound. Unions once acted as a countervailing force against employer dominance and market inequality; their weakening contributed substantially to rising wage inequality and income concentration. The erosion of collective bargaining left workers with fewer tools to challenge management authority, producing longer work hours, higher injury rates, declining job security, and a weaker voice over workplace decisions. Employer-sponsored benefits—particularly benefits and health coverage—became less common as union representation declined. The decline of unionism thus reshaped not only the labor market but also public life: fewer workers participate in unions as democratic institutions, and fewer communities are tied together through their shared associational power.[9]

Union funding plays a central role in supporting their activities. Member dues finance contract bargaining, grievance handling, legal and safety advocacy, and training programs. Over the past decade U.S. unions have faced concerted policy and judicial attacks that have weakened that insulation.

A landmark moment was the 2018 Supreme Court decision in *Janus v. AFSCME,* which held that public-sector unions in states covered by the case could not compel non-members to pay "agency fees" (fair-share fees) even though the union still represented them in bargaining. Because union dues are the primary source of funding for collective-bargaining, contract enforcement, legal advocacy, training, and other core activities, *Janus* removed a major source of stable revenue and collective-action capacity for many public-sector organizations. The decision also created a free-rider dilemma in which workers receive the benefits of union representation without contributing. Some analyses estimate that in affected states the number of dues-paying public workers

---

[8] Economic Policy Institute, "Workers Want Unions, but the Latest Data Point to Obstacles While Density Declines," January 23, 2024,

[9] Rosenfeld, Jake. *What Unions No Longer Do: Organized Labor, Capitalism, and the Solidarity Dividends*. Cambridge, MA: Harvard University Press, 2014; Grumbach, Jacob M., and Paul Frymer. "Labor Unions and White Racial Politics." *American Journal of Political Science* 67, no. 4 (October 2023): 1035–1053.

declined significantly over subsequent years, reducing unions' bargaining strength and long-term financial capacity.[10]

Complementing *Janus* (which applies mainly to public-sector employees), many states in the U.S. have adopted or maintained "right-to-work" (RTW) laws, which prohibit required union membership or dues payment as a condition of employment, even in union-represented workplaces. These measures further constrain dues collection and have been associated with both organizational and economic impacts: recent research finds that RTW laws are linked to a roughly four-percentage-point drop in unionization within five years of adoption and approximately a one-percent reduction in wages for affected workers. RTW states also tend to have lower union density, fewer collective-bargaining rights, and weaker spillover effects of unions into local labor markets.[11]

In addition to these statutory and judicial constraints, U.S. unions face a broader set of employer-side union-avoidance strategies, including captive-audience meetings, permanent replacement hiring, subcontracting, misclassification of workers, aggressive anti-union consulting, decertification campaigns, and the erosion of automatic dues check-off systems. By undermining both recruitment and stable dues collection, these strategies contribute to long-term declines in union power. Together, these legal and employer practices create a structural disadvantage for the formation, funding, and maintenance of unions in the United States relative to many peer countries.[12]

Yet public and worker opinion toward labor unions in the United States has reached its highest level of support in decades. Recent Gallup polling found that 67 percent of Americans approve of labor unions, a figure that has remained consistently high since the pandemic after decades of decline.[13] Among younger workers and those in service, education, and tech industries, enthusiasm for collective bargaining is even stronger, reflecting a renewed belief that unions are essential for fair wages and workplace voice. At the same time, many workers express frustration with the difficulty of organizing under current labor law. This gap between public sentiment and union membership underscores a growing recognition that unions can improve economic security and equity, even as structural and legal barriers continue to limit workers' ability to join and fund them.

---

[10] Skorup, Jarrett. *The Janus Effect: The Impact of the 2018 Supreme Court Decision on Public Sector Unions.* Midland, MI: Mackinac Center for Public Policy, June 15 2023.
[11] Gould, Elise, and Heidi Shierholz. "The Compensation Penalty of 'Right-to-Work' Laws." Economic Policy Institute, February 17, 2011.
[12] Lichtenstein, Nelson. *State of the Union: A Century of American Labor.* Princeton, NJ: Princeton University Press, 2013; DiSalvo, Daniel. *Public-Sector Unions After Janus: An Update.* Manhattan Institute, April 2022.
[13] Saad, Lydia. "More in U.S. See Unions Strengthening and Want It That Way." *Gallup News*, August 30, 2023.

### 3. From 2002-2024, the IBB produced positive results for its members.

IBB members work in skilled industrial trades, including boiler construction and repair, metal fabrication, shipbuilding, cement and building-materials production, energy and power-generation maintenance, and related heavy-manufacturing occupations.

The IBB was formed through consolidation of boilermaker and iron shipbuilder crafts in the United States and Canada, with roots dating to 1880 and formal consolidation as the "Brotherhood of Boiler Makers and Iron Ship Builders of America" in 1893. Over time the IBB merged with other related unions and broadened its jurisdiction to shipyards, railroads, cement, mining, and energy construction.[14]

Like with the broader national decline in unionization discussed above, over the past twenty years, the International Brotherhood of Boilermakers has experienced a sustained decline in membership. However, because the Boilermakers operate primarily in heavy industry, construction, cement, shipbuilding, and manufacturing—sectors that have suffered the sharpest losses in union coverage—the union's declining membership reflects structural pressures that are far more acute than those faced by unions concentrated in less globally exposed or public-sector occupations.

In recent years, the IBB has recorded several notable organizing gains in manufacturing and building-materials, suggesting ongoing opportunities even within difficult U.S. labor markets. At Trojan Battery in Lithonia, Georgia, 282 workers voted in 2023 to join the union by a margin of 151 to 131, following a campaign centered on health and safety, predictable scheduling, and job security.[15] The narrow victory underscores both the possibility of organizing in contemporary manufacturing and the intensity of employer opposition that shapes such efforts. A second example comes from Mountain Cement in Laramie, Wyoming, where production and maintenance workers voted in November 2022 to affiliate with the IBB. Together, these cases show both the strategic fit between IBB and its traditional industries and the persistent challenge of organizing under contemporary conditions. And in June 2023, Local 482 members at SCH Coal Terminal in Kentucky ratified a five-year contract that included a 23 percent salary increase, an additional paid personal day, and 20 extra hours of vacation time.[16] Taken together,

---

[14] International Brotherhood of Boilermakers (IBB). "About the Boilermakers." https://boilermakers.org/about

[15] International Brotherhood of Boilermakers. "SoCal Trojan Battery Workers Vote Yes to Unionize." August 29, 2025; International Brotherhood of Boilermakers. "Mountain Cement Company Workers Vote to Unionize." August 21, 2025.

[16] International Brotherhood of Boilermakers, Local 482. "Local 482 Ratifies Contract at SCH Coal Terminal." June 2 2023.

these contracts illustrate that IBB's collective bargaining has produced consistent upward movement in wages and benefits, validating the union's ongoing capacity to deliver material gains for its members across diverse sectors of the U.S. economy.

The IBB engages actively in legislative and political advocacy through its Legislative Education Action Program (LEAP), which trains local representatives to meet with lawmakers and lobby on issues affecting Boilermaker members. Each year, the union holds a LEAP Conference in Washington, D.C., where delegates discuss labor and energy policy priorities such as the PRO Act, infrastructure investment, shipbuilding, pension security, and energy transition policy. The IBB also files formal comments on regulatory matters—for example, it submitted a letter to the U.S. Surface Transportation Board in 2021 supporting the proposed merger of Canadian National Railway and Kansas City Southern, citing potential job creation and expanded opportunities for its members.[17]

The IBB also owns the controlling interest in the Bank of Labor, conceived as a fairer alternative for union members to other financial institutions. The Bank of Labor (BOL), originally founded as Brotherhood State Bank, was created to provide fair and reliable banking services to union members at a time when mainstream financial institutions often excluded working-class borrowers. Rooted in the broader labor-movement principle that workers should have democratic access to financial capital, the bank aimed to keep union members' savings and investment power within institutions aligned with their interests. For decades it served this purpose, surviving major economic shocks, including both the Great Depression and, much later, the Great Recession. It later refocused its brand to serve the broader union community directly, becoming the only national bank explicitly aligned with organized labor.

Situated near national labor headquarters and the AFL-CIO, BOL's D.C. office elevated its visibility, credibility, and engagement across the union landscape. Then AFL-CIO President Richard Trumka publicly endorsed the Bank of Labor as "Labor's Bank" as it entered the D.C. market. The bank's presence quickly generated invitations for speaking engagements and participation in union conventions, executive-board meetings, and state AFL-CIO events. This engagement also gave BOL a national client base of more than 300 organizations, including major unions such as the Air Line Pilots Association, International Association of Theatrical and Stage Employees, United Mine Workers of America, United Association of Plumbers and Pipefitters, Teamsters affiliates, and multiple transportation and building-trades departments.[18]

---

[17]  International Brotherhood of Boilermakers. "Legislative Education Action Program (LEAP)."
[18] *Boilermaker Reporter*, Vol. 54, No. 3 (2019), "Bank of Labor Opens Washington, D.C. Office."

For IBB members, the Bank of Labor offers material and strategic benefits. First, it serves as a secure financial institution that reinvests union capital back into the labor movement. This ensures that workers' deposits support jobs, apprenticeship training, pension protection, and union infrastructure. Second, BOL provides the financial tools to administer pension funds, strike funds, and benefit plans. Third, its national footprint gives IBB and other labor organizations an additional institutional platform through which to exercise influence in Washington and across industries. Finally, educational outreach—especially apprentice-focused financial-literacy initiatives—supports members' long-term financial security.

The M.O.R.E. Work Investment Fund via the Bank of Labor strengthens the union's long-term stability and members' economic security, and it enhances work opportunities for members by supporting training, organizing, and economic development efforts.[19] The case of the lobstermen is illustrative. In the small-town fishing communities of Maine, independent lobstermen often face the double burden of backbreaking work and unfair market structures. As one article notes, many of them "found themselves constantly at the mercy of price swings … and a system that kept them several steps removed from the final buyers and a fair price for their product." The Bank of Labor stepped in precisely at that intersection of financial barrier and structural inequality. The Bank of Labor partnered with the IAM Maine Lobstering Union Local 207 (IMLU Local 207) to enable the formation of a cooperative and the acquisition of an existing lobster-wholesaler operation. With the bank's financing, the lobstermen gained direct access to the wholesale market—bypassing intermediaries, securing pricing control, and strengthening their bargaining position. This wasn't just a loan; it was a strategic investment in worker autonomy and market leverage.[20]

"Bank of Labor was a godsend … They really know their business and they learned our business very rapidly," one lobsterman said. "We were able to do what other banks couldn't do, and we were able to do it quickly and in a timely fashion" according to SVP Bridget Martin. This underscores how mission-driven financial institutions can support labor strategy beyond conventional credit models.[21]

In sum, the Bank of Labor represents an evolution from a small, union-focused community bank into a national labor-aligned financial institution. According to the IBB, the bank hit one billion dollars in deposits in 2025. While it continues to serve its Kansas

---

[19] Boilermakers. "MORE Work Investment Fund: Job Targeting Initiatives." PowerPoint presented by Timothy Simmons.

[20] National Fisherman. "Maine Lobstering Union's Lobster 207 Wins $5M Settlement." January 8, 2025.

[21] Bank of Labor. "Lobstermen Net Help from Bank of Labor." Bank of Labor, accessed November 19, 2025.

City community, its strategic expansion has allowed it to support a broader range of labor bodies, elevate labor's presence in national financial markets, and provide IBB members with banking services tied closely to the values and needs of working people.[22]

### 4. Historic preservation departments are commonplace and beneficial for unions of the IBB's size and age.

Labor unions have a professional and organizational interest in preserving their historical legacy. Investing in archival, media, documentary, and educational projects is consistent with standard practice across major unions.

Unions often take seriously the stewardship of their own history and legacy—ensuring that the struggles, victories, cultural artifacts, and institutional memory of their organization are preserved, interpreted, and used to help shape identity, education, and future strategy. In practice, this stewardship takes many forms: hiring or appointing internal archivists or historians, contracting with documentarians or musicians to create commemorative works, and collaborating with academic archives or heritage institutions to maintain, curate, digitize and showcase union-history materials.

Internally, unions may employ dedicated staff (archivists, historians) who catalog and maintain internal records (minutes, membership lists, strike posters, photographs, audio recordings) and also produce "heritage" publications: anniversary books, reenactment exhibits, oral-history programs, and digital videos and timelines. Contracts with documentarians or musicians provide a more cultural side of legacy: unions might commission songs or spoken-word pieces commemorating historic strikes, produce videos or documentaries of key campaigns, or host exhibits of protest art and photography. While academic literature on precisely how many unions do this remains modest, the broad trend is clear in pieces like "Preserving Labor History in the Present for the Future,"[23] which outlines how unions are engaging archives to capture today's organizing work so that future historians have material to study.

The benefits are multiple. First, building and maintaining archives helps unions claim continuity, identity, and legitimacy: it links present-day members to a shared tradition of organizing, sacrifice, and community. Second, by producing heritage materials (videos, music, exhibits) unions embed that identity in broader publics—educating non-members, influencing public discourse, attracting new members who see a living tradition. Third, active preservation—especially digitization and public access—makes

---

[22] "Bank of Labor Marks Record Growth." *38th MOST National Tripartite Alliance Conference 2025* (news item), accessed November 19, 2025.
[23] https://www.yesmagazine.org/economy/2022/12/20/labor-history-present.

union history a resource for organizing today: past campaigns offer lessons, tools, slogans, visuals, and narratives that can be re-mobilized for contemporary fights.

I know of four cases of unions commissioning or directly sponsoring heritage projects— spanning film, oral history/archival preservation, and public-facing history.

1. ILWU: Oral histories and commemorative film work (commissioned/sponsored). The International Longshore & Warehouse Union has maintained an in-house oral history program for decades. The union's collection now includes 300+ recorded interviews. The project began with NEH funding and has been stewarded by the union's own library, producing edited volumes and public exhibits. ILWU locals have also directly sponsored commemorative films, explicitly conceived as a legacy project for members and the public.[24]

2. AFSCME: Archival partnership and curation at the Walter P. Reuther Library. AFSCME has invested in preserving its institutional memory by formally housing its records with Wayne State University's Walter P. Reuther Library (Archives of Labor & Urban Affairs). AFSCME's own communications highlight the scope: thousands of boxes of correspondence, photographs, audio/video, and division records dating back to the 1930s, curated by professional archivists and made available for exhibition, digitization, and public programming—an ongoing, union-backed heritage infrastructure rather than a one-off anniversary product.[25]

3. United Steelworkers (USW): Union-produced documentary storytelling. The USW has produced and distributed historical documentary content under its own banner, such as "Women of Steel" (1984), a film amplifying oral histories of pioneering women steelworkers and the union's gender-equity fights. Hosted on the union's official site and channels, the documentary has been used for member education, external outreach, and commemorations—illustrating how unions commission/produce film to preserve memory and shape public narrative about their role in social change.[26]

4. The Boilermakers (IBB): The visible emphasis on legacy ("legacy," "history," "what Boilermakers do") suggests that the IBB sees value in broadcasting its heritage to both members and external audiences. In short, the IBB's media-production work fits a broader pattern of unions using film, storytelling, and archival media not just to communicate current priorities, but to maintain institutional legitimacy, reinforce member

---

[24] International Longshore and Warehouse Union. "Oral Histories." *ILWU – The ILWU Story*. Accessed November 19, 2025.
[25] American Federation of State, County and Municipal Employees. "AFSCME's Half-Century-Old Archives Tell the Story of Our Union." *AFSCME Blog*, August 20, 2025.
[26] United Steelworkers. *Women of Steel* (1984). Documentary film. Pittsburgh, PA: United Steelworkers. Accessed November 19, 2025.

solidarity, and transmit generational culture. During his tenure at IBB, Cullen worked across all phases of the production process on many of these projects, including through the Boilermaker History Preservation Department and Boilermaker Museum of Photography and Film. His responsibilities involved developing shoot plans, obtaining required filming permits, traveling to project sites for on-location work, and conducting post-production activities, including video and audio editing.[27]

### 5. Union regulation depends on oversight by the DOL, union federations, and the members through internal democratic controls.

The Labor-Management Reporting and Disclosure Act (LMRDA) of 1959 establishes core procedural guarantees for union members: rights to free speech and assembly inside the union; equal opportunities to nominate and vote for officers; and mandatory secret-ballot elections at regular intervals. The law also requires detailed financial reporting, creating formal levers that, at least in principle, allow members to scrutinize leaders. Federal oversight of these provisions is carried out by the OLMS, which monitors election integrity, financial disclosure, and fiduciary conduct. OLMS publishes union filings, conducts audits, and supervises rerun elections when it finds violations that may have affected outcomes.[28]

Another statutory mechanism—trusteeship—grants parent unions the authority to take over local affiliates when corruption, misconduct, or financial insolvency threatens their operation. The AFL-CIO can also expel corrupt unions from its federation, as it did with the Teamsters in 1957. The expulsion set a precedent and became a benchmark for subsequent labor-movement reform efforts, including the enforcement of internal democracy, financial transparency, and external oversight mechanisms under the LMRDA.

Beyond law, unions' internal constitutions provide an additional organizational framework. Most major U.S. unions adopt a federated structure: locals elect delegates to regional or national conventions, which in turn elect top leadership or establish rules for officer selection. Some unions rely on direct elections, while others use representative conventions.

The degree of centralization within this architecture matters. Comparative industrial-relations scholarship suggests that more centralized unions may exercise tighter control over strike decisions, potentially reducing work stoppages by imposing organizational

---

[27] International Brotherhood of Boilermakers. "Our Films." *About – International Brotherhood of Boilermakers*, accessed November 19, 2025.
[28] U.S. Department of Labor, Office of Labor-Management Standards (OLMS). "Election Decisions." ; U.S. Government Accountability Office (GAO). *Labor Organization Oversight: Department of Labor Should Enhance Enforcement and Compliance Assistance.* GAO-25-107297. June 17, 2025.

discipline. At the same time, such centralization can weaken the rank-and-file's leverage and dull participation. Decentralized systems, by contrast, provide fertile ground for local initiative and factional competition, but can make coordination and coherent strategy more difficult. The tension between these organizational poles is a recurring theme in the literature.[29]

These challenges are compounded when unions operate at the global level. Unlike national unions, global unions lack clear democratic mandates, strong resource bases, or binding authority over their affiliates. They must coordinate unions with very different political traditions, industrial relations systems, and strategic priorities, all while confronting multinational corporations whose mobility and power far exceed their own. As a result, international unions face a persistent tension between the need for decisive, coordinated transnational action and the reality of fragmented governance, uneven participation, and limited enforcement capacity. In global cases, sometimes charismatic leaders tend to take center stage more than groups of people for the simple reason that global coordination of so many figures and personalities is difficult.[30]

Taken together, this literature portrays union governance as neither inevitably oligarchic nor reliably democratic, but as a contingent and contested field in which legal frameworks, organizational design, political culture, and mobilization interact. The core questions—who leads, how they are chosen, and to whom they are accountable— remain central to understanding unions not only as labor-market actors but as democratic institutions in their own right.

6. **The IBB Constitution grants the Executive Council broad authority to carry out the IBB's objectives.**

Executive councils serve as the central governing bodies within many national and international trade unions, created to provide continuity, coherence, and administrative oversight between broader membership conventions or congresses. They exist because large unions—especially those with multiple locals, regions, and industrial sectors— require a representative leadership group capable of making decisions efficiently when the full membership cannot convene. In practice, executive councils typically oversee finances, authorize major expenditures, interpret the constitution, handle internal appeals, supervise organizing and bargaining strategy, and set union-wide policy.

---

[29] E.g. Artiles, Antonio Martín and Ramón Alós Moner. *"Between Decentralisation and Centralisation of Collective Bargaining – Socio-Economic Consequences in Spain." Industrielle Beziehungen* 10, no. 1 (2003): 65-92.; Martín Artiles, Antonio, and Ramón Alós Moner. "Between Decentralisation and Centralisation of Collective Bargaining – Socio-Economic Consequences in Spain." *Industrielle Beziehungen* 10, no. 1 (2003): 65-92.
[30] Hyman, R. "(How) can international trade union organisations be democratic? A multi-level governance perspective." *European Journal of Industrial Relations* 26, no. 3 (2020): 263-280.

The 2021 Constitution of the International Brotherhood of Boilermakers establishes a representative governance system structured around the International Convention, the International President, the Executive Council, and locals. Between conventions, governance responsibilities are carried out primarily by the International President and the Executive Council. The International President is responsible for directing the union's affairs and supervising officers, while the Executive Council provides broad administrative authority and assists in carrying out international duties. This structure means that, while members can influence international leadership through their elected delegates, ongoing decision-making and administration are centralized in the Executive Council and International President.

Members participate directly at the local level, where they elect officers, vote on internal local matters, and select the delegates who represent them at the International Convention. The Constitution expresses a general commitment to democratic principles. It provides affirmative language regarding democratic values, while leaving detailed procedural rights to internal policies or subordinate governing documents.[31]

Basically, the IBB Constitution establishes a governance structure centered on periodic conventions, elected local representation, and executive administration. The document outlines procedural expectations for elections, appeals, and financial reporting, while vesting ongoing administrative and spending authority in international officers and the Executive Council.

Specifically, under Article 7.1.1, the president "shall have authority to make such expenditures from the funds of the International Brotherhood as are necessary for the protection of its interests and the achievement of its objectives as approved by the Executive Council."  Under Article 5.2, the executive council "shall have the power to supervise all business and financial affairs of the International union and to authorize all expenditures deemed necessary to effectuate or accomplish the objectives of this International union, as set forth in Article 1.2 and other applicable provisions of the union's Constitution, or for its benefit."

My review of selected International Executive Council (IEC) minutes from 2012–2022 shows that the Council routinely received and approved detailed financial reports, including specific line items for salaries and benefits, as well as "Travel, Training, and Conference," "Advertising & Printing," and "Affiliations," among other categories of operational spending. These records demonstrate that travel expenditures were transparently reported to the Council as part of the union's regular financial oversight process. I also reviewed third-party auditor testing reports for credit-card charges and

---

[31] International Brotherhood of Boilermakers. *Constitution of the International Brotherhood of Boilermakers.* 2021.

expense reimbursements, which specifically referenced the union officers named in this case—Newton Jones, William Creeden, Lawrence McManamon, Warren Fairley, Kateryna Jones, Kathy Stapp, and Cullen Jones.

The auditors typically concluded that salary adjustments and credit-card expenditures "appeared reasonable," indicating that these expenses underwent and passed independent review beyond internal reporting for many years. Taken together, the Council's regular review of line-item financial reports and the external auditors' assessments show that travel and related expenditures were both transparent and subject to independent checks on reasonableness, providing further assurance that spending was monitored rather than hidden / unexamined.

7. **Leaders of international unions are ambassadors for unions and for organized labor generally.**

Modern union leaders must balance internal governance with public advocacy, external coalition-building, and global engagement; these outward-facing activities are legitimate components of leadership responsibilities.

Union leaders occupy a complex role that combines workplace representation, organizational management, and public advocacy. At the core, they steward the internal life of their unions: maintaining financial stability, guiding bargaining strategy, resolving grievances, and ensuring that structures such as elections and membership participation function as intended. This requires balancing authority across locals, regional bodies, and national offices while preserving channels through which members can influence priorities. Leaders also oversee the administrative infrastructure—staffing, communications, budgeting, and legal compliance—that allows the union to function effectively over time.

A central pillar of this work is collective bargaining and contract governance. Leaders help set bargaining agendas, coordinate with negotiating teams, prepare for strikes, and determine when to escalate or settle. Their legitimacy rests both on formal elections and on performance—achieving strong contracts, organizing new members, and enforcing workplace rights. Because public policy strongly shapes labor rights, leaders also lobby legislatures and regulators on issues such as safety standards, wages, unemployment insurance, and collective-bargaining protections. These efforts allow unions to defend and expand worker rights at the ballot box and in government, complementing their workplace activities.

In many sectors, leaders also engage internationally. Global supply chains have drawn unions into cross-border coalitions, federations, and campaigns aimed at influencing multinational employers. In these contexts, leaders serve as ambassadors—building

networks, sharing strategy, developing relationships, and signaling that workers operate within global alliances that can exert reputational pressure. Participation in international forums can strengthen domestic bargaining by bringing global norms or allies to bear on local conflicts. This hybrid role—administrator, negotiator, advocate, and international representative—illustrates how modern union leadership combines internal governance with outward-facing political and global engagement.[32]

8. **Global engagement by union leaders is necessary to support members in global industries.**

The IBB represents workers in sectors highly exposed to globalization: cement and building-materials manufacturing, heavy ship-building, energy (nuclear, fossil, renewables), mining, and rail/transport equipment. Its website notes that these sectors face global competition and that transnational union coordination is necessary. For example, IBB notes its engagement in the international cement network with global firms like LafargeHolcim. This global exposure means that purely domestic bargaining is insufficient: global supply chains and multinational employers require global union strategies.[33]

Global Union Federations (GUFs) are large umbrella organizations of unions in multiple countries, many of which are headquartered in Geneva. A Global Framework Agreement (GFAs) is a negotiated commitment between a Global Union Federation and a multinational corporation that establishes company-wide standards for workers' rights—such as freedom of association, collective bargaining, non-discrimination, and health and safety—across all of the firm's global operations and supply chains. They expand the strategic repertoire of domestic unions.

GUFs bring together national-level trade unions operating in the same or closely related industries. There are roughly a dozen major GUFs worldwide, each organized along sectoral lines. The largest include IndustriALL Global Union (manufacturing, mining, energy), International Transport Workers' Federation (ITF), Building and Wood Workers' International (BWI), UNI Global Union (services, tech, finance), Public Services International (PSI), Education International (EI), and the International Union of Food Workers (IUF). Together, they represent an estimated 50–70 million workers globally through over 100 GFAs, though exact counts vary because membership is aggregated through affiliated national unions rather than individuals enrolled directly.

---

[32] Jamie K. McCallum, *Global Unions, Local Power: The New Spirit of Transnational Labor Organizing* (Ithaca, NY: Cornell University Press/ILR Press, 2013); "How global agreements can boost worker organizing." Rosa-Luxemburg-Stiftung Analysis, April 28 2023.
[33] International Brotherhood of Boilermakers. "The Boilermakers and Global Unions." https://boilermakers.org/news/global_unions/about

These federations generally reflect the major pillars of global production and public service: manufacturing and heavy industry, transport and logistics, construction, service and finance, agriculture and food processing, health care, education, and the public sector.

GUFs exist because the economic power of many employers—particularly large multinationals—extends across national borders. National unions acting alone often cannot effectively confront companies that can shift capital, sourcing, or production to jurisdictions with cheaper labor, fewer environmental regulations, or weaker worker protections. GUFs help create a counterweight to this mobility by coordinating international campaigns, sharing information about corporate strategies, and organizing pressure at key points in global value chains.[34]

It is commonly assumed that the sole rationale is that GUFs exist where workers are subject to offshoring and capital flight. In my book (2013), I showed that unions like UNI Global Union built transnational leverage in the private security industry even though security guards are not embedded in global production chains in the way manufacturing or logistics workers are. The rationale for global unionism in place-based service sectors, then, is not supply-chain disruption but governance power: the ability to reshape corporate behavior, standard-setting, and labor practices through international norms, global frameworks, and cross-border strategic alliances.

The industries most deeply linked to GUFs tend to be those structurally embedded in global markets and multinational structures:[35] mining, steel, auto, electronics, maritime transport, logistics, and large-scale construction are represented primarily by IndustriALL, ITF, and BWI. Service-sector workers in telecommunications, finance, retail, and media are represented by UNI. Public-sector and social-sector workers— whose employers are less globalized—are typically affiliated with PSI or Education International. Because the global economy has concentrated power in multinational firms via global supply networks, GUFs serve as a mechanism to "match scale with scale," enabling unions to coordinate beyond national boundaries and to pressure firms at strategic nodes in their global operations.[36]

Their tools include cross-border communications, solidarity actions, training, policy advocacy at bodies such as the International Labour Organization (ILO), and GFAs with

---

[34] Brookes, Marissa. "Varieties of Power in Transnational Labour Campaigns: Understanding Workers' Structural, Institutional, and Coalitional Power in the Global Economy." Paper presented at the International Labour Process Conference, Rutgers University, March 18-20, 2013.

[35] Ford, M., & Sakalas, R. (2024). *The Global Union Federations and their affiliates*. *Industrial Relations Journal*. Advance online publication.

[36] Jamie K. McCallum, *Global Unions, Local Power: The New Spirit of Transnational Labor Organizing* (Ithaca, NY: Cornell University Press/ILR Press, 2013).

multinational corporations. These agreements set shared labor-rights standards across a company's worldwide operations and supply chains; while not formal collective bargaining contracts, they establish mechanisms for worker consultation, conflict resolution, and respect for core labor rights. GFAs (also called International Framework Agreements, IFAs) are negotiated between a GUF (or group of unions) and a multinational company to set minimum standards of core labor standards—especially freedom of association and collective bargaining, non-discrimination, health and safety—across the company's global operations and often its supply chain. They provide a mechanism for global union engagement with multinational capital where local regulation might be weak.

My book argued that GFAs become effective only when embedded in organizing campaigns—transnational agreements plus local muscle and strategy. I claimed that unions engaged in "governance struggles." Instead of focusing solely on wages or contracts, unions sought to influence how multinational employers are regulated, how corporate power is distributed, and how global supply chains are overseen. In essence, governance struggles aim to reshape the institutional architecture of the global economy so that workers have greater voice and power within systems traditionally dominated by capital.[37]

Much of the real work of securing Global Framework Agreements happens where union representatives, global federation staff, and corporate officials test each other's intentions and build the personal trust necessary to move negotiations forward. Having been physically present in those rooms—watching unions coordinate strategy late at night, meeting global staff in factories, or joining quiet, informal discussions with corporate managers—I can attest that there is no substitute for direct, face-to-face relationship building in this process. These agreements are not won through strikes or paperwork alone; they emerge from repeated personal encounters, shared strategic assessments, and the kind of relational credibility that can only be built through sustained international engagement.

A recurring theme in the literature is that GFAs are soft law instruments—they rely on dialogue, monitoring committees, and reputational pressure rather than binding enforcement. Scholars emphasize the "multi-organizational" challenge: GUF

---

[37] Jamie K. McCallum, *Global Unions, Local Power: The New Spirit of Transnational Labor Organizing* (Ithaca, NY: Cornell University Press/ILR Press, 2013); See also: Hennebert, M. A. "The effectiveness of international framework agreements (IFAs): Are IFAs an effective trade union response for regulating multinational enterprises and protecting workers' rights?" *Industrial Relations Journal*, 2023; Burawoy, Michael. "From Polanyi to Pollyanna: The False Optimism of Global Labour Studies." *Global Labour Journal* 1, no. 2 (2010); Clawson, Dan. "What Drives a Labor Upsurge? A Rejoinder." *Labor History* 46, no. 1 (2005): 5-12.

headquarters, national unions, local works councils and supplier-tier actors must coordinate. Where union presence is weak or subcontracting is deep, GFAs struggle.

Union organizing is, at its core, about building relationships—trust, solidarity, and mutual understanding among workers who share common struggles but often face them in isolation. Effective organizing depends on direct, person-to-person contact: listening, sharing experiences, and forging bonds that sustain collective action. Global unionism is no different. When unions operate across borders, face-to-face communication and travel become essential tools for building those same relationships on an international scale. Meeting in person allows workers from different countries and cultures to exchange strategies, coordinate campaigns, and build the trust required to act together against multinational employers. In this sense, international travel is not a luxury but a core component of smart labor practice—the human connection that makes transnational solidarity real.

### 9. IBB's Global Labor Activism Benefitted US Union Members

The IBB operates in globalized industrial sectors where international coordination is strategically valuable, making its engagement with global union federations both legitimate and appropriate.

International relationship-building—including travel, face-to-face coordination, and in-person strategy meetings—is a necessary and legitimate component of effective global unionism. The IBB's participation in networks such as IndustriALL is increasingly necessary, beneficial, and aligned with the globalized nature of the industries in which its members work.

The IBB's core sectors—cement and building materials; heavy manufacturing and ship-building; energy (including nuclear, fossil fuel, and renewable generation); and rail and transport manufacturing—are deeply embedded in global competition and global value chains. Cement and building-materials companies such as LafargeHolcim operate on a multinational scale, sourcing inputs, manufacturing components, and distributing products across continents. Likewise, ship-building, energy-plant fabrication, and power-generation projects rely on multinational contractors and globally dispersed supply networks, allowing firms to shift production and capital across borders. Rail and transport equipment manufacturing, along with mining-related fabrication work, similarly functions through transnational production and procurement chains, linking Boilermaker worksites in the United States to strategic business decisions and competitive dynamics occurring worldwide.

Given this globalization, a domestic union like IBB cannot fully secure job protection, labor standards, or bargaining leverage unless it engages globally. In other words,

global engagement is strategic for unions in globally-exposed industries to achieve their objectives. Multinationals may shift capacity, source internationally, or resist union demands locally by pointing to global competition. Activating a global platform—via a GUF like IndustriALL—and negotiating or leveraging GFAs offers IBB potential tools to bolster local bargaining, embed union rights in global operations, and raise the floor for workers across jurisdictions.

The IBB has participated in various forms of global labor activism, particularly through its engagement with IndustriALL and its predecessor organizations.

IBB's website explicitly states its affiliation with IndustriALL: "The Boilermakers union has long participated in global labour solidarity…"

Global labor organizing is an investment that carries risk because it is very difficult and requires a long-term vision that sometimes simply does not pan out. In this case, however, the IBB's global activism has paid off by benefitting its US-based membership in a number of concrete ways.

First, the global framework agreement with Lafarge was important to its domestic organizing agenda. In 2013, Lafarge, Building and Wood Workers' International (BWI), and IndustriALL formally signed a GFA committing the company to global standards on labor rights, health and safety, and social dialogue across its worldwide operations.[38] Several unions including the Boilermakers used the original Lafarge agreement to resolve multiple disputes. Together with the USW and the Teamsters, they also built a North American network aimed at organizing construction-materials companies, promoting and implementing GFAs, and preventing employers from playing unions against one another.[39]

Two years later, in 2015, Lafarge merged with Holcim to form LafargeHolcim, the world's largest building-materials company, which triggered union concerns that the existing GFA needed to be updated or reaffirmed for the new entity. In January 2017, global unions met with LafargeHolcim management and announced progress toward a *new* or revised GFA, culminating in a July 2017 Memorandum of Understanding described as the "final step" toward completing the updated agreement. However, by 2018, both IndustriALL and BWI publicly criticized LafargeHolcim for failing to sign the promised revised GFA, arguing that the company had backed away from its

---

[38] BWI – Building & Wood Workers' International, & IndustriALL Global Union. (2013, May 21). *BWI, IndustriALL Global Union and Lafarge sign a new global framework agreement*. https://adminnew.industriall-union.org/bwi-industriall-global-union-and-lafarge-sign-a-new-global-framework-agreement/

[39] Fichter, Michael, and Dimitris Stevis. *Global Framework Agreements in a Union-Hostile Environment: The Case of the USA*. November 2013. https://library.fes.de/pdf-files/id/10377.pdf

commitments despite earlier assurances. In short, the post-merger LafargeHolcim agreement remained unfinished, disputed, or unsigned despite extensive negotiations and an MoU signaling an intention to complete it. A list of GFAs maintained by IndustriALL shows LafargeHolcim marked as "to be signed."[40]

Still, both the ICEM and IndustriALL global federations backed the IBB's effort to resist retiree health-care cuts at the Lafarge plant in Missouri, making clear that international solidarity had real influence on the employer during the dispute. When Lafarge attempted to reduce retiree health coverage, ICEM mobilized international pressure on the corporation, amplifying the Boilermakers' demands and signaling that the issue had global visibility rather than being an isolated local conflict. ICEM's support strengthened the union's bargaining position by coordinating solidarity actions, circulating information across its global cement network, and publicly condemning Lafarge's actions. This cross-border solidarity helped the Boilermakers secure a more favorable outcome for their members, demonstrating how global union federations can materially bolster local unions facing powerful multinational employers. This suggests that global solidarity enhances the union's bargaining capacity alongside core member benefits such as pensions and healthcare. The Lafarge case demonstrates that international labor alliances offered measurable support to Boilermakers members in the United States and strengthened the union's strategic position in sector-wide negotiations.[41]

The Lafarge dispute in Missouri stands as one of the clearest U.S. examples in which global-union coordination—first through ICEM and later through IndustriALL—is explicitly credited by the IBB as having materially assisted its members.[42]

The IBB website states:

"Boilermaker locals have benefited from our affiliation with global unions. Union pressure through the ICEM (now part of IndustriALL) helped us settle a long-running contract dispute with cement industry giant Lafarge and cement lodge D27 in Missouri. ICEM also worked closely with the Boilermakers union to establish the National Association of Cement and Building Materials Union Network (NACBMUN), a ground-breaking collaboration involving the Boilermakers, Steelworkers, and Teamsters.

---

[40] See: IG Metall / IndustriALL Global Union. (2018). *IndustriALL Global Union – Global Framework Agreements: List of Responsible Directors & Officers*. https://www.igmetall.de/download/20180110_IndustriALL_GFAs___List_of_Responsible_Directors_Officers_51da11d0f0d68c69c216c053fcedadf1afba2cf3.pdf

[41] ICEM. (2008). *Lafarge's health coverage cuts concern ICEM US affiliate Boilermakers*. International Federation of Chemical, Energy, Mine and General Workers' Unions. https://www.industriall-union.org/archive/icem/lafarges-health-coverage-cuts-concern-icem-us-affiliate-boilermakers

[42] IndustriALL Global Union. "Lafarge's Health Coverage Cuts Concern ICEM US Affiliate Boilermakers." *IndustriALL Archive*, September 7 2008.

Participating unions share information and develop strategies for effective collective bargaining."[43]

Second, the Boilermakers' experience at several cement and construction-materials companies shows how GFAs, even when formally weak, became practical tools for resolving local disputes and catalyzing transnational collaboration. One Boilermaker-organized plant sought to abandon its collective-agreement obligations, prompting the union—fresh from participating in an ICEM meeting—to recognize that a 2005 GFA signed by ResourceCorp could be leveraged to push back through international channels. That insight produced concrete action: in October 2008, the Boilermakers brought a dispute over retiree status at a cement facility directly to the company's headquarters in Paris, backed by solidarity from the USW, LIUNA, and the Teamsters. These episodes demonstrate that, unlike many U.S. unions that displayed "no ownership" of GFAs unless they were directly useful in organizing campaigns, the Boilermakers became progressively more engaged with global union federations and national-level coordination precisely because GFA-based international escalation delivered tangible local gains.[44]

Third, through the Siemens GFA, the IBB leveraged global standards on consultation and labor rights to help workers in multiple U.S. locations win representation, using the agreement to secure access, demand neutrality, and challenge management resistance during organizing drives at the company's U.S. facilities.[45]

Fifth, the union relied on similar international mechanisms in its 2018 fight at Imerys Talc in Montana, where IndustriALL took a direct role in pressuring the French-based multinational. The global federation publicly condemned the lockout, coordinated solidarity from unions abroad, and helped amplify the dispute internationally until the workers won a favorable settlement. IndustriALL also facilitated the Boilermakers' integration into the broader cement-sector labor network, arranging a meeting with U.S., Canadian, and Mexican cement unions to coordinate strategies against multinational producers and strengthen the unions' collective leverage across borders.[46]

It's important to note that these kinds of actions do not reflect mechanical forces embedded in contracts, but in active and engaged support that comes from trusted relationships. In short, GFAs have provided the IBB with a rare and valuable

---

[43] International Brotherhood of Boilermakers. "The Boilermakers and Global Unions."
[44] Fichter, Michael, and Dimitris Stevis. *Global Framework Agreements in a Union-Hostile Environment: The Case of the USA.* November 2013. https://library.fes.de/pdf-files/id/10377.pdf

[45] International Brotherhood of Boilermakers. "Boilermakers Drive Organizing Gains at Siemens." *Boilermakers.org* (news/organizing), April 4, 2024.
[46] IndustriALL Global Union. "Victory for Boilermakers at Imerys Talc." November 6, 2018.

mechanism for overcoming employer recalcitrance in the U.S. context—strengthening disputes, activating international solidarity, and compelling management to recognize and address problems that could not be solved through domestic channels alone.[47] Together, these cases show that IBB has not treated GFAs as symbolic documents but as practical tools—mobilizing global alliances, invoking international standards, and coordinating cross-border pressure—to achieve concrete gains for members in disputes with multinational employers.[48]

Most recently, in late 2021, the UK's Transport Salaried Staffs' Association (TSSA) entered formal merger talks with the IBB, describing the plan as a *historic first* for the trade-union movement—a possible transatlantic merger between a U.S.-based industrial union and a British transport union. The talks followed a 2020 "strategic partnership agreement" between the two unions, which had demonstrated shared interests in organizing, member training, and administrative support. TSSA leaders said the merger could give members access to far greater financial and organizational resources, while retaining autonomy as a British-and-Irish section within the IBB structure. For IBB, the proposal represented a chance to extend its reach into the UK and European rail and transport sectors—an unusual diversification for a union traditionally rooted in heavy industry and construction.[49]

In theory, the merger would create a new, transnational model of union cooperation linking industrial, transport, and energy workers across the Atlantic.[50] Despite strong initial support, the merger failed to be completed. Still, the episode demonstrates that IBB pursued ambitious international expansion through complex global partnerships—efforts that encountered resistance and setbacks but revealed a union behaving as an active global actor, not a purely domestic organization, seeking innovative ways to

---

[47] Fichter, Michael, and Dimitris Stevis. *Global Framework Agreements in a Union-Hostile Environment: The Case of the USA*. November 2013. https://library.fes.de/pdf-files/id/10377.pdf

[48] Boilermakers (IBB). (2018, October 5). *Boilermakers drive organizing gains at Siemens*. International Brotherhood of Boilermakers. https://boilermakers.org/news/organizing/boilermakers-drive-organizing-gains-at-siemens; IndustriALL Global Union. (2018, June 26). *Victory for Boilermakers at Imerys Talc*. https://www.industriall-union.org/victory-for-boilermakers-at-imerys-talc; IndustriALL Global Union. (2016, November 22). *US, Canadian and Mexican cement unions strengthen cooperation in multinational cement corporations*. https://www.industriall-union.org/us-canadian-and-mexican-cement-unions-strengthen-cooperation-in-multinational-cement-corporations

[49] Transport Salaried Staffs' Association (TSSA). "TSSA Enters a Transatlantic Merger Talks with IBB." September 20, 2021

[50] TSSA members vote overwhelmingly for transatlantic merger

https://www.tssa.org.uk/news-and-events/tssa-news/tssa-members-vote-overwhelmingly-for-transatlantic-merger

strengthen labor power across borders.[51] The proposed merger between the IBB and the TSSA reflected proactive global strategy; its collapse underscores the challenges of cross-national constitutional alignment rather than any failure of vision or governance.

Finally, the collaboration between the IBB, IndustriALL, and the Italian workers' union Federazione Lavoratori Aziende Elettriche Italiane (FLAEI) is part of a broader strategy of transnational labor solidarity and coordination in heavy-industry and energy sectors. Under the aegis of IndustriALL, these unions have formed a network to exchange information on sectoral challenges such as global supply chains, decarbonization, multinational employer practices, and labor standards. The goal is to reinforce bargaining power, safety standards, and job security for workers across national borders in sectors — such as power generation and heavy manufacturing — where firms operate internationally and workers face similar pressures. From my perspective, industry- and sector-specific alliances like this offer the most strategic benefits.[52]

Today, the IBB can push for new GFAs in its sectors or leverage existing ones negotiated by IndustriALL with multinational employers, using those agreements as a pressure point in local bargaining or organizing efforts. For example, if a global cement-industry GFA establishes baseline worker protections across worldwide operations, IBB locals in the United States can reference that standard in their negotiations with the U.S. subsidiary of the same multinational. This logic is consistent with the IBB's own public statements emphasizing that global corporations demand global union responses.

The broader landscape of GFAs negotiated by IndustriALL illustrates the international labor infrastructure that the IBB, through its affiliation, can access. Many of these companies are concentrated in manufacturing, energy, and chemical industries that closely mirror core IBB jurisdictions. By aligning with IndustriALL, the IBB positions itself within this global architecture, gaining indirect access to the rights, standards, and dispute-resolution channels contained in these agreements.

The IBB has seen its global work bear fruit. Engagement at the global level can strengthen local bargaining power by raising minimum standards across countries, reducing the risk of a race to the bottom, and offering an additional lever when negotiating with multinational employers. Global networks can also support local organizing efforts: when workers see themselves as part of a worldwide labor

---

[51] Transport Salaried Staffs' Association. *"2023 Conference Minutes – Final."* PDF document, 2023. Accessed November 19, 2025.

[52] International Brotherhood of Boilermakers. "FLAEI-CISL, the Italian Federation of Electrical Utility Workers … invited a Boilermakers union delegation to participate in the union's 2022 Congress … FLAEI and the International Brotherhood of Boilermakers have developed a relationship over the years." *The Boilermaker Reporter*, Summer 2022, Vol. 61 No. 2, p. 17. See: https://boilermakers.org/sites/default/files/reporter/Boilermaker-Reporter-V61N2.pdf

movement with common employers, campaigns may gain internal legitimacy and momentum. Furthermore, global agreements can help protect job security by limiting companies' ability to shift work across borders without union oversight or pressure. At the same time, leveraging GFAs effectively requires union capacity: locals must be strong, able to monitor global operations, coordinate with allies, and escalate conflicts when necessary. In this sense, global affiliation offers opportunities but also demands institutional investment.

The IBB's experience with multiple GFAs, TSSA, and FLAEI demonstrates that global solidarity can yield potential material gains for U.S. workers by amplifying pressure on multinational employers.

10. **Lauren Stojak's opinion that the IBB's expenditures were atypical, unnecessary, and a prominent indicator of embezzlement is unreliable and not based on sufficient facts or data.**

The appropriateness of International travel expenditures cannot be reasonably assessed without full consideration of the intent of such travel, and the inherent difficulties of transnational coordination among labor unions.

International unions vary widely in mission, structure, industry strategy, and member-education goals. Therefore, travel expenditure levels cannot be meaningfully compared without considering the corporate adversaries or movement demands in each sectoral context. Unusual or above-average travel spending may therefore be fully consistent with legitimate union activity, including participation in IndustriALL bodies, global sectoral bargaining networks, or company-specific campaigns aimed at improving wages or working conditions across a multinational employer's global footprint. Without an examination of such strategic purposes, travel expenditure alone cannot reasonably be interpreted as evidence of financial misconduct.

US unions participate unevenly in GUFs, and allocate resources differently to them. Unions in globally exposed industries—energy, manufacturing, auto, maritime, metal, electronics, logistics, and global construction—have strong incentives to join federations like IndustriALL, ITF, or BWI. Their employers operate transnationally, making it rational to coordinate campaigns against the firm or sector at that same scale. But some unions are more oriented toward transnational collaboration in general, based on pre-existing relationships with peer unions abroad, different cultures of solidarity, or similar policy environments around the globe.

Stojak's testimony also implies that the expenditures the IBB took were wasteful. This conclusion includes no evidence about whether any of the travel she reports—by the Boilermakers or by any of the comparator unions—was necessary, appropriate, or

beneficial to their members. Her analysis does not evaluate the purpose of a single trip, the activities conducted, the outcomes achieved, or the strategic context in which travel occurred. She offers no substantive information that would allow a reader to determine whether the travel she tallies reflects legitimate union activity or something improper. The implication is that the IBB is a bad faith actor because it's an outlier in spending.

Because she supplies no information about the legitimacy of travel for any union in her dataset, her comparison collapses under its own logic. If one assumes that the Boilermakers' travel lacked legitimate purpose, one must make the same assumption for all other unions in her dataset, since she performs no differentiated analysis. There's no qualitative ability to distinguish one union's travel expenditures from another's. In short, Stojak's conclusion is unreliable because her comparison model relies on an assumption that—if applied evenly—invalidates the entire analysis.

Moreover, the data provided above in this document that shows the various ways that the IBB has effectively used global framework agreements is actual evidence that whatever international travel that went into winning them, had a clear purpose.

Moreover, per-member ratios are also a poor metric for programmatic travel. Most trips are taken by a small leadership/staff subset regardless of union size, so under Ms. Stojak's analysis, one union would be considered nefarious just because it has fewer members than others, even if the travel for all of them was legitimate and beneficial.

Drawing substantive conclusions about governance quality, corruption risk, or financial efficiency from travel line items alone is unreliable. Analysts must consider organizational campaign strategy and sectoral context before treating travel expenditures as evidence of misconduct.


_____                    November 26, 2025
Jamie K. McCallum, Ph.D.                                        Date

Appendix: List of Publications

**Books**

2022        McCallum, J.K. *Essential*: *How the Pandemic Transformed the Long Fight for Worker Justice.* York, NY: Basic Books.

2020        McCallum, J.K. *Worked Over: How Round-the-Clock Work is Killing the American Dream*. New York, NY: Basic Books.

2019        McCallum, J.K. *The Crisis of Global Youth Unemployment*. Edited volume with Tamar Mayer and Sujata Moorti. Routledge Studies in Human Geography. New York, NY: Routledge.

2013        McCallum, J.K. *Global Unions, Local Power: The New Spirit of Transnational Labor Organizing*. Ithaca, NY: Cornell ILR Press.

**Articles and Book Chapters** (* indicates peer review)

Forthcoming  McCallum, JK. "California's heat standard and heat-related deaths among outdoor workers". *Health Affairs*. (with Adam Dean)

2025        McCallum, JK. *"*The political implications of bad jobs and the decline of unions*."* Washington Center for Equitable Growth. (with Adam Dean)

2023        McCallum J.K. "Labor Unions Increase Access to Ballot Boxes and Voting Rights." *Economic Policy Institute* (co-authored with Adam Dean and Jake Grumbach)

2023        McCallum J.K. "Labor Unions and Staff Turnover in US Nursing Homes." *JAMA Network Open*. 2023;6(10):e2337898. (co-authored with Adam Dean, David Michaels, and Atheendar Venkataramani) doi:10.1001/jamanetworkopen.2023.37898*

2023        McCallum, J.K. "The effect of labor unions on nursing home compliance with OSHA's workplace injury and illness reporting requirements." *Health Affairs*. Vol 42. No. 9 (co-authored with Adam Dean, David Michaels, and Atheendar Venkataramani). https://doi.org/10.1377/hlthaff.2023.00255 *

2023        McCallum, J.K. "Life Outside the Labor Process: A Critique of Stanley Aronowitz's *False Promises*." *Social Text*. June, 2023: 41.2, 155.

2022        McCallum, J.K. "Resident Mortality and Worker Infection Rates from COVID-19 Lower in Union than Nursing Homes in the United States,

2020-21." *Health Affairs*. Vol 41. No. 5 (co-authored with Adam Dean, Simeon Kimmel, Atheendar Venkataramani): https://www.healthaffairs.org/doi/full/10.1377/hlthaff.2021.01687 *

2022        McCallum, J.K. "Unions in the United States Improve Workplace Safety and Lower Health Inequality." For The Washington Center for Equitable Growth. (co-authored with Adam Dean and Atheendar Venkataramani). https://equitablegrowth.org/research-paper/unions-in-the-united-states-improve-worker-safety-and-lower-health-inequality/

2021        McCallum, J.K. "School Districts Were More Likely to Adopt Mask Mandates Where Teachers Were Unionized." *Health Affairs*. Vol 40. No. 8 (co-authored with Adam Dean, Simeon Kimmel, Atheendar Venkataramani): https://www.healthaffairs.org/doi/abs/10.1377/hlthaff.2020.02518 *

2018        McCallum, J.K. "Chapter 3: Take this Job and Love It? The Millennial Work Ethic and the Politics of Getting Back to Work." In *Youth, Jobs and the Future: Problems and Prospects,* edited by L. Chancer and M.S. Jankowski. Oxford, UK: Oxford University Press.

2018        McCallum, J.K. "Chapter 10: Time's Up! Shorter Hours, Public Policy, and Time Flexibility as an Antidote to Youth Unemployment." In *Youth, Jobs and the Future: Problems and Prospects,* edited by L. Chancer and M.S. Jankowski. Oxford, UK: Oxford University Press. (with Katherine Maich and Ari Grant-Sasson)

2018        McCallum, J.K. "Global Laborscapes of Youth Unemployment: Introduction." Pp. 23–37 in *The Crisis of Global Youth Unemployment*, edited by Tamar Mayer, Sujata Moorti, and Jamie McCallum. Routledge Studies in Human Geography. New York, NY: Routledge. (with Tamar Mayer and Sujata Moorti)

2017        McCallum, J.K. "The New Global Labor Studies: A Critical Review." *Global Labour Journal* 8(3). (with Marissa Brookes) *

2017        "Reflecting on *Global Unions, Local Power*." *Journal of World Systems Research* 23(1): 213–218. (review symposium on my book)

2015        McCallum, J.K. "Implementing Global Framework Agreements: The Limits of Social Partnership." *Global Networks* 15: 65–85. (with Michael Fichter) *

2015        McCallum, J.K. "Governance Struggles and Worker Power: The New Spirit
            of Labor Transnationalism." Pp. 143–158 in *Labour and Transnational
            Action in Times of Crisis*, edited by Andreas Bieler. Rowman & Littlefield
            International.

2013        McCallum, J.K. "The International Division of Labor." In *Sociology of Work*,
            edited by Vicki Smith. Thousand Oaks, CA: SAGE.

2012        *Arbeitsbeziehungen globalisieren: Mit Rahmenabkommen auf Kurs
            gebracht?* Berlin: Friedrich-Ebert-Stiftung. (with Fichter, M., Sydow, J.,
            Helfen, M., Arruda, L., Agtas, Ö., Gartenberg, I., Sayim, K., & Stevis, J.)

2011        McCallum, J.K. "Organizing The 'Unorganized': Varieties of Transnational
            Trade Union Collaboration And Social Dialogue in Two Indian Cities." *The
            Journal of Workplace Rights* (special issue on labor in the global South),
            15(3–4): 399–419. *

2011        McCallum. J.K. "No Borders, No Boundaries: Labor Faces the Challenges
            of Globalism." *Working USA: The Journal of Labor and Society*, XIV: 125–
            128. (Guest Editor of Special Issue on Labor Transnationalism)

2011        McCallum, J.K. "Trade Union Renewal and Labor Transnationalism in
            South Africa: The Case of SATAWU." *Working USA: The Journal of Labor
            and Society*, XIV: 161–176. *

2010        McCallum, J.K. "The Culture of Poverty: Don't Call It a Comeback!"
            *Formations: The Graduate Center Journal of Social Research*, 1(1). (with
            Brady, M. and Dunn, K.)

**Book Reviews**

2018        McCallum, J.K. "Review of *Hard Sell: Work and Resistance in Retail
            Chains* by Peter Ikeler." *American Journal of Sociology*, 123(4): 1217–
            1219.

2015        McCallum, J.K. "Review of *The Darjeeling Distinction: Labor and Justice
            on Fair-Trade Tea Plantations in India* by Sarah Besky." *Comparative Law
            and Policy Journal*, 36(2): 333–336.

2015        McCallum, J.K. "Labor and Inequality: American Society After the Decline

of Unions, Review of *What Unions No Longer Do* by Jake Rosenfeld."
*Contemporary Sociology,* 44(2): 167–170.

2011    McCallum, J.K. "Review of *The Future of Union Organizing: Building for Tomorrow.* Edited by Gregor Gall." *British Journal of Industrial Relations*, 49(4): 805–807.

2010    McCallum, J.K. "Review of *Global Unions Global Business: Global Union Federations and International Business* by Richard Croucher and Elizabeth Cotton." *British Journal of Industrial Relations*, 48(2): 490–492.

## Public Scholarship and Commentary

2023    "Letter to a New Left (Or How Unions Got Cool Again) April 10. *Lit Hub.* https://lithub.com/letter-to-a-new-new-left-or-how-unions-got-cool-again/ (With Olivia Heffernan)

2023    McCallum, J.K. "Want a Safer Workplace? Join a Union." *The American Prospect.* October 5. (co-authored with Adam Dean, David Michaels. https://prospect.org/labor/2023-10-05-want-safer-workplace-join-union/

2022    "How the Pandemic Changed the Landscape of US Labor Organizing." *In These Times*. November 17. https://inthesetimes.com/article/essential-workers-covid-pandemic-union-labor-strike

2022    "The Dramatic Consequences of Excluding Homecare Workers from Labor Rights. November 16. *Lit Hub.*  https://lithub.com/the-dramatic-consequences-of-excluding-homecare-workers-from-labor-rights/

2022    "Unions Say They Stop Covid-19 from Spreading. They Might be Right." *Washington Post*. Wednesday, April 27. (With Adam Dean) https://www.washingtonpost.com/politics/2022/04/27/unions-amazon-starbucks-pandemic-nursing-homes/

2021    "Strong Teachers Unions and Mask Mandates Go Together, Our Research Finds." *Washington Post*. August 20, 2021 (with Adam Dean): https://www.washingtonpost.com/politics/2021/08/20/strong-teachers-unions-school-mask-mandates-go-together-our-research-finds/

2021    "Stanley Aronowitz Knew That Freedom Begins Where Work Ends." *Jacobin*. August 18. Accessible here: https://www.jacobinmag.com/2021/08/stanley-aronowitz-labor-unions-academica-marxism-education-obituary

2021        "Remote Controlled Workers." *The American Prospect*. February 24.
            Accessible here: https://prospect.org/labor/remote-controlled-workers-
            digital-surveillance/

2021        "How the Work Ethic Became a Substitute for Good Jobs." *Aeon*. January
            28. Accessible here: https://aeon.co/essays/how-the-work-ethic-became-
            a- substitute-for-good-jobs

2020        "COVID-19 is a Referendum on the Value of Work." *The Globe and Mail*.
            September 11. Accessible here:
            https://www.theglobeandmail.com/opinion/article-the-pandemic-is-a-
            referendum-on-the-value-of-work/

2020        "Capitalism Can't Give Us Meaningful Work" *Jacobin*. October 24.
            Accessible here: https://jacobin.com/2020/10/capitalism-work-hours-
            worked-over-american-dream

2020        "The Portland Military Policing Model Isn't the Beginning of a Trend — It's
            the Culmination of One." *Jacobin*. September 9. (With Jenna Latour)
            Accessible here: https://www.jacobinmag.com/2020/07/portland-military-
            policing-blm-protests

2020        "This Labor Day, Let's Remember Labor's Forgotten Fight—Shorter Hours
            and Control Over Work Time." *In These Times*. September 7. Accessible
            here: https://inthesetimes.com/article/labor-day-work-time-covid-19-2020

2020        "The Battle of Seattle at 20." *The American Prospect*. November 11.
            Accessible here: https://prospect.org/power/the-battle-of-seattle-at-20-wto-
            protests/

2019        "They Made Money Off Our Blood, Sweat, and Tears." *Jacobin*.
            September 9. Accessible here:
            https://www.jacobinmag.com/2019/09/general-motors-strike-autoworkers-
            gm-uaw

2019        "All Ideas Are Political." *Jacobin*. February 10. Accessible here:
            https://jacobinmag.com/2019/02/nathan-glazer-sociology-erik-olin-wright-
            ideology

2018        "Getting the Common Goods." *Jacobin*. August 11. Accessible here:
            https://www.jacobinmag.com/2018/08/north-carolina-teacher-union-strike-
            education-schools

2018        "There's No Trick." *Jacobin*. January 23. Accessible here:
            https://jacobinmag.com/2018/01/janus-afscme-right-to-work-public-unions-
            dues

2017        "Trump's Trade Reforms will not Raise American Wages." *Labor Notes*.
            February 9. Accessible here:
            http://labornotes.org/blogs/2017/02/viewpoint-trumps-trade-reforms-will-
            not-increase-us-wages (with Adam Dean)

2016        McCallum, J.K. "Before Europe Lets Uber Run Wild, It Should Consider
            What It Did to US Workers" *Yes Magazine*. October 7. Accessible here:
            http://www.yesmagazine.org/new-economy/before-europe-lets-uber-run-
            wild-it-should-consider-what-it-did-to-us-workers-20161007

2016        McCallum, J.K. "The Base is Not Enough: Labor Organizing Under Trump
            Means Civil Disobedience" *Toward Freedom*. November 30. Accessible
            here: https://towardfreedom.org/archives/labor/the-base-is-not-enough-
            labor-organizing-under-trump-means-civil-disobedience-and-bridge-
            building/

2016        McCallum, J.K. "Why Colin Kaepernick is Winning" *Dissent*. September
            23. Accessible here: https://www.dissentmagazine.org/blog/why-colin-
            kaepernick-winning-black-lives-matter (with Jack McCallum)

2016        McCallum, J.K. "The World Social Forum Just Concluded—Here's What
            Happened." *The Washington Post*. August 18. Accessible here:
            https://www.washingtonpost.com/news/monkey-cage/wp/2016/08/18/the-
            world-social-forum-aka-the-anti-davos-just-concluded-heres-what-
            happened/ (with Sarah Stroup)

2016        McCallum, J.K. "The Right Place for the Left? The World Social Forum in
            Montreal." *Open Democracy*. September 20. Accessible here:
            https://www.opendemocracy.net/openglobalrights/jamie-k-mccallum-
            sarah-s-stroup/right-place-for-left-world-social-forum-in-montreal (with
            Sarah Stroup)

2016        McCallum, J.K. "Where Have all the Strikers Gone?" *In These Times*. July
            5. Accessible here:
            http://inthesetimes.com/working/entry/19254/where_have_all_the_strikers
            _gone

2016        McCallum, J.K. "Digging into the Meaning of Work—With Real Shovels."
            *Yes Magazine*. April 1. Accessible here:
            http://www.yesmagazine.org/people-power/digging-into-the-meaning-of-
            work-real-shovels-04012016

2015        McCallum, J.K. "Global Unions, Local Power: A New Spirit for Labor?"
            *Work in Progress: A Blog of the American Sociological Association
            Section on Organizations, Occupations, and Work*. March 25. Accessible
            here: http://workinprogress.oowsection.org/2015/03/26/global-unions-
            local-power-a-new-spirit-for-labor/

2015        McCallum, J.K. "Unions are the Solution." *The Middlebury Campus*. April
            29. Accessible here: https://middleburycampus.com/31545/opinion/unions-
            are-the-solution/ (with Alice Oshima)

2014        McCallum, J.K. "Labor's Global Prospects: What SEIU's G4S Campaign
            Teaches Organizers." *Social Policy* 44(1).

2013        McCallum, J.K. "Backbone of Sustainable Food: Food Chain Workers and
            Their Working Conditions in Vermont." A Report by the Vermont Fair Food
            Campaign and United Electrical Workers Research and Education Fund.
            (with Rob Sauté)

2012        McCallum, J.K. "Supporting Dissent versus Being Dissent." In *Confronting
            Finance: Mobilizing the 99% for Economic and Social Progress.* Eds.
            Nicolas Ponsi Vignon and Phumzile Ncube. International Labour Office:
            57–63. (with Steven Toff)

2012        McCallum, J.K. "Globalizing Labor Relations: On Track with Framework
            Agreements?" Friedrich Ebert Stiftung Perspektive. Accessible here:
            http://library.fes.de/pdf-files/iez/09422-20121129.pdf (with Michael Fichter
            et al)

2011        McCallum, J.K. "NLRB rule changes ensure workers' right to vote." *The Hill*. Accessible here: http://thehill.com/blogs/congress-blog/labor/196839-nlrb-rule-changes-ensure-workers-right-to-vote

2011        McCallum, J.K. "Export Processing Zones: Comparative Data from China, Honduras, Nicaragua and South Africa, Working Paper 21." *The Industrial and Employment Relations Department, Geneve*. Accessible here: http://www.ilo.org/ifpdial/information-resources/publications/WCMS_158364/lang--en/index.htm

2009        McCallum, J.K. *Time's Up: NYC Homeless People Demand Alternatives to Bloomberg's Failed Five-Year Plan*. Report produced for Picture the Homeless and New York City Mayor's Office.

Jamie K. McCallum

14 Old Chapel Road                                        (802) 443-5630
Middlebury, VT 05753                          www.jamiekmccallum.com
mccallum@middlebury.edu

Updated: January 2025

EDUCATION

2011        **Ph.D.**, Sociology, City University of New York Graduate Center
            **Committee:** Frances Fox Piven (Chair), John Torpey, Ruth Milkman, Stanley
            Aronowitz
            **Dissertation:** "In Dubious Battle: A Case Study of the New Labor Transnationalism"

            *Winner, Best Dissertation Award, Working Class Studies Association*

1999        **B.A.**, Sociology, Maxwell School of Public Affairs, Syracuse University

ACADEMIC POSITIONS

2011–present        Middlebury College, Professor of Sociology
                    Department of Sociology

2015–2016           Visiting Scholar, University of California, Berkeley
                    Institute for Research on Labor and Employment

FIELDS OF EXPERTISE

Work and Labor, Political Sociology, Public Health, Social Theory, Political Economy, Social
Movements, Global and Transnational Sociology,

PUBLICATIONS

**Books**

2022        McCallum, J.K. *Essential*: *How the Pandemic Transformed the Long Fight for
            Worker Justice.* York, NY: Basic Books.

2020        McCallum, J.K. *Worked Over: How Round-the-Clock Work is Killing the American
            Dream*. New York, NY: Basic Books.

2019        McCallum, J.K. *The Crisis of Global Youth Unemployment*. Edited volume with
            Tamar Mayer and Sujata Moorti. Routledge Studies in Human Geography. New
            York, NY: Routledge.

2013        McCallum, J.K. *Global Unions, Local Power: The New Spirit of Transnational
            Labor Organizing*. Ithaca, NY: Cornell ILR Press.
            *Winner, Distinguished Book Award, Labor Section, American Sociological
            Association*

*Honorable Mention, Outstanding Book Award, Society for the Study of Social Problems*

**Articles and Book Chapters** (* indicates peer review)

2023        McCallum J.K. "Labor Unions Increase Access to Ballot Boxes and Voting Rights." *Economic Policy Institute* (co-authored with Adam Dean and Jake Grumbach)

2023        McCallum J.K. "Labor Unions and Staff Turnover in US Nursing Homes." *JAMA Network Open.* 2023;6(10):e2337898. (co-authored with Adam Dean, David Michaels, and Atheendar Venkataramani) doi:10.1001/jamanetworkopen.2023.37898*

2023        McCallum, J.K. "The effect of labor unions on nursing home compliance with OSHA's workplace injury and illness reporting requirements." *Health Affairs*. Vol 42. No. 9 (co-authored with Adam Dean, David Michaels, and Atheendar Venkataramani). https://doi.org/10.1377/hlthaff.2023.00255 *

2023        McCallum, J.K. "Life Outside the Labor Process: A Critique of Stanley Aronowitz's *False Promises*." *Social Text*. June, 2023: 41.2, 155.

2022        McCallum, J.K. "Resident Mortality and Worker Infection Rates from COVID-19 Lower in Union than Nursing Homes in the United States, 2020-21." *Health Affairs*. Vol 41. No. 5 (co-authored with Adam Dean, Simeon Kimmel, Atheendar Venkataramani): https://www.healthaffairs.org/doi/full/10.1377/hlthaff.2021.01687 *

2022        McCallum, J.K. "Unions in the United States Improve Workplace Safety and Lower Health Inequality." For The Washington Center for Equitable Growth. (co-authored with Adam Dean and Atheendar Venkataramani). https://equitablegrowth.org/research-paper/unions-in-the-united-states-improve-worker-safety-and-lower-health-inequality/

2021        McCallum, J.K. "School Districts Were More Likely to Adopt Mask Mandates Where Teachers Were Unionized." *Health Affairs*. Vol 40. No. 8 (co-authored with Adam Dean, Simeon Kimmel, Atheendar Venkataramani): https://www.healthaffairs.org/doi/abs/10.1377/hlthaff.2020.02518 *

2018        McCallum, J.K. "Chapter 3: Take this Job and Love It? The Millennial Work Ethic and the Politics of Getting Back to Work." In *Youth, Jobs and the Future: Problems and Prospects,* edited by L. Chancer and M.S. Jankowski. Oxford, UK: Oxford University Press.

2018        McCallum, J.K. "Chapter 10: Time's Up! Shorter Hours, Public Policy, and Time Flexibility as an Antidote to Youth Unemployment." In *Youth, Jobs and the Future: Problems and Prospects,* edited by L. Chancer and M.S. Jankowski. Oxford, UK: Oxford University Press. (with Katherine Maich and Ari Grant-Sasson)

2018        McCallum, J.K. "Global Laborscapes of Youth Unemployment: Introduction." Pp.

23–37 in *The Crisis of Global Youth Unemployment*, edited by Tamar Mayer, Sujata Moorti, and Jamie McCallum. Routledge Studies in Human Geography. New York, NY: Routledge. (with Tamar Mayer and Sujata Moorti)

2017     McCallum, J.K. "The New Global Labor Studies: A Critical Review." *Global Labour Journal* 8(3). (with Marissa Brookes) *

2017     "Reflecting on *Global Unions, Local Power*." *Journal of World Systems Research* 23(1): 213–218. (review symposium on my book)

2015     McCallum, J.K. "Implementing Global Framework Agreements: The Limits of Social Partnership." *Global Networks* 15: 65–85. (with Michael Fichter) *

2015     McCallum, J.K. "Governance Struggles and Worker Power: The New Spirit of Labor Transnationalism." Pp. 143–158 in *Labour and Transnational Action in Times of Crisis*, edited by Andreas Bieler. Rowman & Littlefield International.

2013     McCallum, J.K. "The International Division of Labor." In *Sociology of Work*, edited by Vicki Smith. Thousand Oaks, CA: SAGE.

2011     McCallum, J.K. "Organizing The 'Unorganized': Varieties of Transnational Trade Union Collaboration And Social Dialogue in Two Indian Cities." *The Journal of Workplace Rights* (special issue on labor in the global South), 15(3–4): 399–419. *

2011     McCallum. J.K. "No Borders, No Boundaries: Labor Faces the Challenges of Globalism." *Working USA: The Journal of Labor and Society*, XIV: 125–128. (Guest Editor of Special Issue on Labor Transnationalism)

2011     McCallum, J.K. "Trade Union Renewal and Labor Transnationalism in South Africa: The Case of SATAWU." *Working USA: The Journal of Labor and Society*, XIV: 161–176. *

2010     McCallum, J.K. "The Culture of Poverty: Don't Call It a Comeback!" *Formations: The Graduate Center Journal of Social Research*, 1(1). (with Brady, M. and Dunn, K.)

## Book Reviews

2018     McCallum, J.K. "Review of *Hard Sell: Work and Resistance in Retail Chains* by Peter Ikeler." *American Journal of Sociology*, 123(4): 1217–1219.

2015     McCallum, J.K. "Review of *The Darjeeling Distinction: Labor and Justice on Fair-Trade Tea Plantations in India* by Sarah Besky." *Comparative Law and Policy Journal*, 36(2): 333–336.

2015     McCallum, J.K. "Labor and Inequality: American Society After the Decline of Unions, Review of *What Unions No Longer Do* by Jake Rosenfeld." *Contemporary Sociology*, 44(2): 167–170.

| 2011 | McCallum, J.K. "Review of *The Future of Union Organizing: Building for Tomorrow.* Edited by Gregor Gall." *British Journal of Industrial Relations*, 49(4): 805–807. |
|---|---|
| 2011 | McCallum, J.K. "Review of *Anarchism and its Aspirations* by Cindy Milstein." *Znet.* Accessible here: http://www.revolutionbythebook.akpress.org/aspirations-realities-cindy-milsteins-book-reviewed-on-znet/. (with Chris Dixon) |
| 2010 | McCallum, J.K. "Review of *Global Unions Global Business: Global Union Federations and International Business* by Richard Croucher and Elizabeth Cotton." *British Journal of Industrial Relations*, 48(2): 490–492. |
| 2007 | McCallum, J.K. "Review of *Exit-Voice Dynamics and the Collapse of East Germany: The Crisis of Leninism and the Revolution of 1989* by Steven Pfaff." *Mobilization*, 12:3. |
| 2005 | McCallum, J.K. "Review of *Varieties of Unionism: Strategies for Union Revitalization in a Globalizing Economy*, by Carola M. Frege and John Kelly (Eds.)." *Regional Studies*, 39:6. |

## Public Scholarship and Commentary

| 2023 | "Letter to a New Left (Or How Unions Got Cool Again) April 10. *Lit Hub.* https://lithub.com/letter-to-a-new-new-left-or-how-unions-got-cool-again/ (With Olivia Heffernan) |
|---|---|
| 2023 | McCallum, J.K. "Want a Safer Workplace? Join a Union." *The American Prospect.* October 5. (co-authored with Adam Dean, David Michaels. https://prospect.org/labor/2023-10-05-want-safer-workplace-join-union/ |
| 2022 | "How the Pandemic Changed the Landscape of US Labor Organizing." *In These Times*. November 17. https://inthesetimes.com/article/essential-workers-covid-pandemic-union-labor-strike |
| 2022 | "The Dramatic Consequences of Excluding Homecare Workers from Labor Rights. November 16. *Lit Hub.* https://lithub.com/the-dramatic-consequences-of-excluding-homecare-workers-from-labor-rights/ |
| 2022 | "Unions Say They Stop Covid-19 from Spreading. They Might be Right." *Washington Post*. Wednesday, April 27. (With Adam Dean) https://www.washingtonpost.com/politics/2022/04/27/unions-amazon-starbucks-pandemic-nursing-homes/ |
| 2021 | "Strong Teachers Unions and Mask Mandates Go Together, Our Research Finds." *Washington Post*. August 20, 2021 (with Adam Dean): https://www.washingtonpost.com/politics/2021/08/20/strong-teachers-unions-school-mask-mandates-go-together-our-research-finds/ |

2021   "Stanley Aronowitz Knew That Freedom Begins Where Work Ends." *Jacobin*.
     August 18. Accessible here: https://www.jacobinmag.com/2021/08/stanley-
     aronowitz-labor-unions-academica-marxism-education-obituary

2021   "Remote Controlled Workers." *The American Prospect*. February 24. Accessible
     here: https://prospect.org/labor/remote-controlled-workers-digital-surveillance/

2021   "How the Work Ethic Became a Substitute for Good Jobs." *Aeon*.
     January 28. Accessible here: https://aeon.co/essays/how-the-work-ethic-became-a-
     substitute-for-good-jobs

2020   "COVID-19 is a Referendum on the Value of Work." *The Globe and Mail*.
     September 11. Accessible here: https://www.theglobeandmail.com/opinion/article-
     the-pandemic-is-a-referendum-on-the-value-of-work/

2020   "Capitalism Can't Give Us Meaningful Work" *Jacobin*. October 24. Accessible here:
     https://jacobin.com/2020/10/capitalism-work-hours-worked-over-american-dream

2020   "The Portland Military Policing Model Isn't the Beginning of a Trend — It's the
     Culmination of One." *Jacobin*. September 9. (With Jenna Latour) Accessible here:
     https://www.jacobinmag.com/2020/07/portland-military-policing-blm-protests

2020   "This Labor Day, Let's Remember Labor's Forgotten Fight—Shorter Hours and
     Control Over Work Time." *In These Times*. September 7. Accessible here:
     https://inthesetimes.com/article/labor-day-work-time-covid-19-2020

2020   "The Battle of Seattle at 20." *The American Prospect*. November 11. Accessible here:
     https://prospect.org/power/the-battle-of-seattle-at-20-wto-protests/

2019   "They Made Money Off Our Blood, Sweat, and Tears." *Jacobin*. September 9.
     Accessible here: https://www.jacobinmag.com/2019/09/general-motors-strike-
     autoworkers-gm-uaw

2019   "All Ideas Are Political." *Jacobin*. February 10. Accessible here:
     https://jacobinmag.com/2019/02/nathan-glazer-sociology-erik-olin-wright-ideology

2018   "Getting the Common Goods." *Jacobin*. August 11. Accessible here:
     https://www.jacobinmag.com/2018/08/north-carolina-teacher-union-strike-education-
     schools

2018   "There's No Trick." *Jacobin*. January 23. Accessible here:
     https://jacobinmag.com/2018/01/janus-afscme-right-to-work-public-unions-dues

2017   "Trump's Trade Reforms will not Raise American Wages." *Labor Notes*. February 9.
     Accessible here: http://labornotes.org/blogs/2017/02/viewpoint-trumps-trade-
     reforms-will-not-increase-us-wages (with Adam Dean)

2016   McCallum, J.K. "Before Europe Lets Uber Run Wild, It Should Consider What It
     Did to US Workers" *Yes Magazine*. October 7. Accessible here:

http://www.yesmagazine.org/new-economy/before-europe-lets-uber-run-wild-it-should-consider-what-it-did-to-us-workers-20161007

2016        McCallum, J.K. "The Base is Not Enough: Labor Organizing Under Trump Means Civil Disobedience" *Toward Freedom*. November 30. Accessible here: https://towardfreedom.org/archives/labor/the-base-is-not-enough-labor-organizing-under-trump-means-civil-disobedience-and-bridge-building/

2016        McCallum, J.K. "Why Colin Kaepernick is Winning" *Dissent*. September 23. Accessible here: https://www.dissentmagazine.org/blog/why-colin-kaepernick-winning-black-lives-matter (with Jack McCallum)

2016        McCallum, J.K. "The World Social Forum Just Concluded—Here's What Happened." *The Washington Post*. August 18. Accessible here: https://www.washingtonpost.com/news/monkey-cage/wp/2016/08/18/the-world-social-forum-aka-the-anti-davos-just-concluded-heres-what-happened/ (with Sarah Stroup)

2016        McCallum, J.K. "The Right Place for the Left? The World Social Forum in Montreal." *Open Democracy*. September 20. Accessible here: https://www.opendemocracy.net/openglobalrights/jamie-k-mccallum-sarah-s-stroup/right-place-for-left-world-social-forum-in-montreal (with Sarah Stroup)

2016        McCallum, J.K. "Where Have all the Strikers Gone?" *In These Times*. July 5. Accessible here: http://inthesetimes.com/working/entry/19254/where_have_all_the_strikers_gone

2016        McCallum, J.K. "Digging into the Meaning of Work—With Real Shovels." *Yes Magazine*. April 1. Accessible here: http://www.yesmagazine.org/people-power/digging-into-the-meaning-of-work-real-shovels-04012016

2015        McCallum, J.K. "Global Unions, Local Power: A New Spirit for Labor?" *Work in Progress: A Blog of the American Sociological Association Section on Organizations, Occupations, and Work*. March 25. Accessible here: http://workinprogress.oowsection.org/2015/03/26/global-unions-local-power-a-new-spirit-for-labor/

2015        McCallum, J.K. "Unions are the Solution." *The Middlebury Campus*. April 29. Accessible here: https://middleburycampus.com/31545/opinion/unions-are-the-solution/ (with Alice Oshima)

2014        McCallum, J.K. "Labor's Global Prospects: What SEIU's G4S Campaign Teaches Organizers." *Social Policy* 44(1).

2013        McCallum, J.K. "Backbone of Sustainable Food: Food Chain Workers and Their Working Conditions in Vermont." A Report by the Vermont Fair Food Campaign and United Electrical Workers Research and Education Fund. (with Rob Sauté)

2012        McCallum, J.K. "Supporting Dissent versus Being Dissent." In *Confronting Finance: Mobilizing the 99% for Economic and Social Progress*. Eds. Nicolas Ponsi Vignon and Phumzile Ncube. International Labour Office: 57–63. (with Steven Toff)

2012        McCallum, J.K. "Globalizing Labor Relations: On Track with Framework
            Agreements?" Friedrich Ebert Stiftung Perspektive. Accessible here:
            http://library.fes.de/pdf-files/iez/09422-20121129.pdf (with Michael Fichter et al)

2011        McCallum, J.K. "NLRB rule changes ensure workers' right to vote." *The Hill*.
            Accessible here: http://thehill.com/blogs/congress-blog/labor/196839-nlrb-rule-
            changes-ensure-workers-right-to-vote

2011        McCallum, J.K. "Export Processing Zones: Comparative Data from China,
            Honduras, Nicaragua and South Africa, Working Paper 21." *The Industrial and
            Employment Relations Department, Geneve.* Accessible here:
            http://www.ilo.org/ifpdial/information-resources/publications/WCMS_158364/lang--
            en/index.htm

2009        McCallum, J.K. *Time's Up: NYC Homeless People Demand Alternatives to
            Bloomberg's Failed Five-Year Plan*. Report produced for Picture the Homeless and
            New York City Mayor's Office.


DIGITAL SCHOLARSHIP

2016        McCallum, J.K. "The Real Work" (6 minutes).

            Writer, Director, Producer.

            New Hampshire International Film Festival (Premiere)
            Wandering Reel Film Festival
            Social Justice International Film Festival
            Canadian International Labor Film Festival
            Big Easy Documentary Shorts Festival

            Hosted at *Yes Magazine*: http://www.yesmagazine.org/people-power/digging-into-
            the-meaning-of-work-real-shovels-04012016

2016        McCallum, J.K. "The Importance of Being Unruly" (6 minutes).

            Writer, Director, Producer.

            Hosted at *In These Times*:
            http://inthesetimes.com/working/entry/19254/where_have_all_the_strikers_gone


GRANTS AND AWARDS

2025        Dan Clawson Award, American Sociological Association
2024        National Institutes of Health
2023        WorkRise Network / Urban Institute
2023        Conflict Transformation Grant
2022        Washington Center for Equitable Growth
2022        International Travel Funding Grant (Sydney)

| | |
|---|---|
| 2021 | International Travel Funding Grant (Iceland) |
| 2018 | International Travel Funding Grant (Morocco, declined) |
| 2016 | International Travel Funding Grant (Montreal, Canada) |
| 2015 | Fellowship, the Digital Liberal Arts |
| 2015 | Antipode Global Geographies of Labor Award |
| 2014 | International Travel Funding Grant (New Zealand) |
| 2014 | Distinguished Book Award, American Sociological Association |
| 2014 | Outstanding Book Award (Honorable Mention), SSSP |
| 2014 | One Middlebury Grant, Monterrey Institute of International Studies |
| 2013–2014 | Mellon Grant to support course development (IGST 404) |
| 2012–2013 | Salzburg Global Seminar Presidential Fellow |
| 2012 | Best Dissertation, Constance Coiner Award, Working Class Studies Association |
| 2010–2011 | CUNY Dissertation Fellowship, CUNY Graduate Center. |
| 2010–2011 | Fellowship, Center for Place, Culture and Politics |
| 2010–2012 | Postdoctoral Research Fellowship, University of Johannesburg, South Africa. Department of Sociology (Declined) |
| 2008–2009 | Research Grant Program for CUNY Doctoral Students |
| 2006–2007 | Research Grant Program for CUNY Doctoral Students |
| 2010 | Research Travel Grant, Hans-Boeckler Stiftung, Berlin 2010–2012 |
| 2009 | Travel Grant, Department of Sociology, CUNY Graduate Center |
| 2008 | Conference Travel Grant, Department of Sociology, CUNY Graduate Center |
| 2006 | Research Travel Grant, Doctoral Students Council, The CUNY Graduate Center |

## SELECT INVITED LECTURES

| | |
|---|---|
| 2025 | "Work Time and Struggles Over the Labor Process." Sociology Department, McGill University, Montreal, Canada. |
| 2023 | "Essential Workers and Public Sector Labor Law," Illinois Public Sector Labor Relations Law Conference, Kent College of Law, Chicago, IL. December 1 |
| 2023 | Labor Market Power in the Post-Pandemic Period Centre McGill University, Interuniversitaire de Rechere en Economie Quantitative. Montreal, Canada. November 16 (In conversation with Ioana Marinescu). |
| 2023 | "The Making and Unmaking of the Pandemic Working Class. Labor and Working Class History Association. Rutgers, University. New Brunswick, NJ. May 19 |
| 2022 | "An Injury to All." Syracuse University. February 27 |
| 2023 | "An Injury to All." University of California, Riverside. May 22. |
| 2023 | "Essential: How the Pandemic Transformed the Long Fight for Worker Justice." Fresno State University. February 6. |
| 2023 | "An Injury to All." Boston Labor Conference. April 1. (Keynote address) |
| 2023 | "Class Formation and the Pandemic." International Sociological Association, Melbourne, Australia. June 29. |

2023        "An Injury to All." Third Place Books, Seattle, WA. July 27

2023        "How is Work Changing Under Contemporary Capitalism?" Buffalo Street Books. Ithaca, NY. April 24. (In conversation with Ian Greer).

2023        "Class Struggle and Public Health." City College of San Francisco and Green Arcade Books, Concord, CA. February 2. (In conversation with James Tracy).

2023        "An Injury to All." University of California, Berkeley and the Institute for Research on Labor and Employment. Berkeley, CA. February 1

2023        "An Injury to All." Bloomsburg University. Bloomsburg, PA. April 15

2023        "Class War and the Pandemic Labor Movement." City University of New York, New York, NY. March 9

2023        Essential Workers and Social Movements During and Beyond the Pandemic. The Word is Change bookstore, Brooklyn, NY. March 9. (In conversation with Raina Lipsitz)

2022        An Injury to All: Essential Workers and the Pandemic. Vassar College. December 5

2022        Essential Workers and Labor Struggles During and Beyond the Pandemic. Making Worlds Bookstore, Philadelphia, PA. December 16. (In conversation with Esteban Kelly)

2022        Essential Workers and Labor Struggles During and Beyond the Pandemic. Red Emma's. December 15. (In conversation with Maximillian Alvarez)

2022        Essential Workers and Labor Struggles During and Beyond the Pandemic. Harvard Bookstore, Cambridge MA. November 29. (In conversation with Daniel Schneider)

2022        Public Health and Worker Power. Harvard Kennedy School, Cambridge MA. November 29

2022        "Essential Workers and Labor Struggles During and Beyond the Pandemic." McNally Jackson bookstore, NY, NY. November 17. (In conversation with Chris Smalls and Alex Press)

2021        "The Hours of Inequality: Labor Struggles Against Time." University of Edinburgh, Scotland April 5

2021        "Labor's Forgotten Fight." Peter Kwong Learning Center, New York City, March 30

2021        "Against Work." George Mason University, February 25

2020        "P&P Live! Jamie McCallum | *Worked Over* with Meagan Day." Politics and Prose, virtual. September 11.

2020            "Jamie K. McCallum "On *Worked Over*" in Conversation with Steven Greenhouse."
                McNally Jackson Independent Booksellers, virtual. October 6.

2020            "At Home with Literati: Jamie K. McCallum and Frances Fox Piven." Literati
                Bookstore, virtual. September 16.

2020            "This is What Democracy Looked Like! The Long Shadow of Radical Politics Since
                the Battle of Seattle" Vassar College. March 2.

2019            "This is What Democracy Looked Like! Reflections on the WTO Protests in Seattle."
                Bowdoin College. March 6.

2019            "This is What Democracy Looked Like! Reflections on the WTO Protests in Seattle."
                Middlebury College. March 9.

2019            "This is What Democracy Looked Like!" Harvard University. November 11.

2016            "Against Work: The Indignity of the Daily Grind." UC Berkeley. September 16.

2016            "Fully Digitized Labor Sociology for the Big Screen." California Center for Integral
                Studies. September 13.

2016            "Labor Geography from North America to the Global South." Temple University.
                February 17.

2015            "Hard Work for Hard Times: The Millennial Work Ethic." Hunter College. October
                23.

2015            "Global Unions, Global Governance." UC Riverside, Riverside, CA. October 1.

2014            "Labor and Global Governance in China." Beijing University of Technology,
                Beijing, China. December 28.

2014            "Author Meets Critics Book Talk." International Sociological Association,
                Yokohama, Japan. July 15.

2014            "Global Unions, Local Power." Bloomsburg University, Bloomsburg, PA. April 9.

2013            "Organizing Uber Allies: Codetermination, Social Partnership, and the Organizing
                Model in Germany." Berlin, Germany. July 5.

2012            "The Globalization of the Organizing Model." Columbia University, New York, NY.
                January 23.

2012            "Global Governance and Supply Chain Activism." Watson Institute for International
                Studies. Brown University, Providence, RI. November 9–10.

2011            "Cross-National Study of IFA Implementation from North America to the Global
                South." London School of Economics, London, UK. December 12.

2010   "Comparative Implementation of International Framework Agreements in the Global Service Sector." Global Labor University, Berlin. September.

2007   "For Knowledge and Power: Changing Paradigms of Worker Education Movements." Fernand Braudel Center for the Study of Economies, Historical Systems, and Civilizations at Binghamton University. May.

SELECT CONFERENCE PRESENTATIONS

2017   "Rule*making* as Worker Power." The Graduate Center, CUNY. Conference on Frances Fox Piven in the Age of Trump. October 11.

2017   "Workers of the World: On Methodological Nationalism and Reimagining Labor as a Global Force." American Sociological Association Annual Meeting, Montreal, Quebec. August 13.

2017   Student Forum Roundtable Session (Presider). American Sociological Association Annual Meeting Montreal, Quebec. August 12.

2016   "Fully Digitized Labor Sociology for the Big Screen." Middlebury College. May 18.

2014   "Labor and Global Governance Struggles." American Sociological Association Annual Meeting, San Francisco, CA. August 18.

2013   "The Globalization of the Organizing Model—The Impact of U.S. Unionism Around the World." American Sociological Association Annual Meeting, New York City. August 10.

2013   Global Unions, Local Power. "Labor Transnationalism from North America to the Global South." Transnational Industrial Relations and the Search for Alternatives. Work and Employment Research Unit, University of Greenwich, London.

2013   "Global Unions, Local Power: Labor Transnationalism from North America to the Global South." American Sociological Association Mini Conference, "Labor and Global Solidarity: The US, China, and Beyond." New York City. August 12.

2011   "Making Theory Work For You." Middlebury College, Research Methods Class Guest Lecture. September.

2011   "Global Unions, Local Power: A Comparative Analysis of Labor Transnationalism." University of California at Los Angeles. June 11.

2010   "Resolving the Global-Local Paradox in Labor Transnationalism." Global Studies Association, Champagne Urbana, IL. May.

2010   "Labor Transnationalism and Migration." Left Forum: The Center Cannot Hold. March.

2010   "Resolving the Global-Local Paradox in Labor Transnationalism." Global Studies Association, Champagne Urbana. IL. May.

2009          "Labour Transnationalism in South Africa and India." University of the
              Witswatersrand. Johannesburg, South Africa. June.

2009          "Global Unionism." Left Forum: Turning Points. April.


## TEACHING EXPERIENCE

**Middlebury College, Associate Professor**

2020          The American Left (FYSE)
2018          Sex and Society: An Introduction (FYSE)
2017          Topics in Sociological Theory
2015          Sex and Society
2014          Global Geographies of Labor and Youth
2014          Social Change: Theory and Practice
2013          Great Transformations (FYSE)
2013          Organizing for Social Change (J-Term)
2012–2017     Political Sociology
2012–2020     Society and the Individual
2011–2020     Sociology of Labor
2011–2014     Sociology of Globalization

## CUNY TEACHING EXPERIENCE

**Queens College, Adjunct Instructor**

2008–2010     Labor in Fiction and Film
              Labor and Globalization

**Hunter College, Adjunct Instructor**

2007–2008     Political Sociology

**Murphy Institute for Worker Education, Adjunct Instructor**

2006–2007     Sociology of Work

**College of Staten Island, Adjunct Instructor**

2004          Social Problems

## MENTORSHIP

2018          Faculty Cohort Leader, MiddCORE
2017          Faculty Mentor, MiddCORE


## THESES AND INDEPENDENT STUDY PROJECTS DIRECTED

| 2020 | "Spanish Populism and Global Trumpism." Mimi Soule |
|------|---|
| 2020 | "The West Virginia Teachers' Strike and New Forms of Labor Power." Tim O'Donnell |
| 2018 | "Urban Parks and Socioeconomic Gradients in Mental Health." Sawyer Crosby |
| 2018 | "A Close Miss: Examining Attitudes Toward Gun Control After a Thwarted School Shooting." Michael Kravitz |
| 2018 | "Out of the Classroom and into the Streets: Understanding Intersectional Theory's Travels on Twitter Through the Women's March on Washington." Margot Babington |
| 2017 | "Cucks, Shills, and Globalists: The Function of Media Spectacle in American Alt-Right Press." Noah Liebmiller |
| 2017 | "Defending and Redefining Sex Positivity." Maria Bobbitt-Chertock |
| 2017 | "Work Hard, Play Harder: Invisible and Unpaid Student Labor Outside the Classroom." Adriana Ortiz-Burnham |
| 2017 | "Working Class Discourses of Meritocracy and Upward Mobility: The Endurance of the American Dream Ideology." Tegan Whitney |
| 2017 | "The F-Word." Sasha Whittle |
| 2015 | "Modern Mobility: Flight Attendant Identity Construction and Performance in the Globalized Context." Michael Bernstein |
| 2015 | "An Examination Blue-Green Coalitions and the Symbolic Construction of the Arctic National Wildlife Refuge by Labor, Environmental, and Corporate Groups." Alexander Macmillan |
| 2015 | "Food Sovereignty, Worker-Driven Social Responsibility, and 'El Nuevo Dia' of Milk with Dignity." Molly Hartnett Stuart |
| 2014 | "Ethnographies with Activists: Exploring Models of Social Change." Hannah Bristol |
| 2014 | "Family History in the Civil Rights Movement: Archival Research in New York City." Allie Yanson |
| 2014 | "The Price of Sexual Citizenship: Queer Investments in the Carceral State." Jenny Marks |
| 2014 | "From Punk to Politics: Pussy Riot and Riot Grrrl in the US." Sarah Marcus |
| 2014 | "Learning Social Responsibility or Protecting the American Nobility? Understanding the Ideological Context of Middlebury College." Molly Shane |
| 2013 | "Of Meat and Men: Vegetarianism Among Male Athletes and Perceptions Of Masculinity." Stu Fram |
| 2013 | "Is Small Really Beautiful?: Exploring Institutional Value Systems through Vermont's Artisanal Food Economy." Carly Shumaker |
| 2013 | "Overcoming Overwork: An Exploration of Student Parking Practices and Laziness." Danielle Berry |
| 2013 | "Huertas: Migrant Workers and Community Gardens." Jenny Marks and Molly Stuart (Spring 2012) |

| 2013 | "From Welfare to Workfare: Policy and Politics." Marcella Maki |
| | |
| 2013 | "Political Economy and Neoliberal Globalization Podcast Project." Alice Oshima, Kate McCreary, and Alex Jackman |
| | |
| 2012 | "Crossing the Ideological Border: A Sociological Examination of Hanawon and Processes of North Korean Reintegration." Arthur Choo |
| | |
| 2012 | "Patagonia Sin Represas: Resisting Neoliberal Order Through a Transnational Environmental Movement." Evan Doyle |
| | |
| 2011 | "Conceptualizing a Commodity-Labor Cycle: Mexican Migrant Workers in the Vermont Dairy Industry." Peter Cocoma |

PROFESSIONAL MEMBERSHIPS AND SERVICES

| 2021 | Session organizer, ASA Labor and Labor Movements Section |
| 2020-2024 | Vice President, American Association of University Professors |
| 2018–2019 | Resources Committee |
| 2018 | Participant: PEN America event on speech, community, inclusion, Middlebury |
| 2017–2018 | SOAN Department Speaker Funds Manager |
| 2015 | Member: ASA Labor and Labor Movements Section Book Prize Committee |
| 2014–2017 | Member: Faculty Council, Middlebury College |
| 2014 | Member: Institutional Review Board, Middlebury College |
| 2014 | Member: Catton Prize Committee, Middlebury College |
| 2014 | Member: Society for the Study of Social Problems (Global Division) |
| 2014 | SOAN Department Senior Work Advisor, Middlebury College |
| 2013 | Member: Environmental Council, Middlebury College |
| 2013–2015 | SOAN Department Speaker Funds Manager |
| 2012 | Member: Faculty Advisory Board (Spain), Middlebury College |
| 2010–2017 | Member: Labor and Labor Movements section, American Sociological Association |
| 2005–2014 | Member: Board of Directors, Left Forum, New York, NY. |
| 2011 | Founding Member: Global and Transnational Sociology section, American Sociological Association |