# Exhibit 5

# David A. Macpherson
Trial Testimony: 2000 to 2025

1. Frank LaRosa vs. Florida Department of Environmental Protection
    Leon County; Florida; 2000, Case: CV 98-3541

2. David Prichard vs. Board of Regents and University of Florida.
    Washington County, Florida; 2003, Case: 67-01-CA-57

3. Shani Heslop vs. CRPK-IV, Limited Partnership, et al.
    Duval County, Florida; 2005; Case: 01-05576-CA

4. Julie Jablonski vs. Daniel Jaso and Swift Transportation
    Walton County, Florida; 2005; Case: 04-CA-000310

5. Edith Campbell vs. City of Parker
    Bay County, Florida; 2006; Case: 03-1397

6. Batts vs. Orange Park Medical Center
    Clay County, Florida; 2006; Case: 10-2003-CA-000545

7. Stephanie Allen, as Personal Representative of the Estate of Dwayne Allen, Sr. vs. Keith L. Anderson and Shari J. Anderson
    Gadsen County, Florida; 2006; Case 03-1349-CAB

8. Camille Smith vs. University of Florida
    U.S. District Court; Northern District of Florida; 2006; Case: 1:04-cv-00106-SPM-AK

9. Sally Washington and Stacey Reddings vs. City of Tallahassee
    Leon County, Florida; 2006; Case: 05-CA-002099.

10. Shenette Lewis vs. Progressive Insurance
    Washington County, Florida; 2006; Case: 67-04-CA 435

11. Richard Bullard vs. State Farm Mutual Auto Insurance et al.
    Hillsborough County, Florida; 2007; Case: 03-CA-010001

12. Patricia Morrison vs. Anthony Mork and Microspine Surgery
    Walton County, Florida; 2008; Case No: 06000249CA.

13. Rolando Simmons vs. Davis and Peterson
    Calhoun County, Florida; 2010; Case 2008-0150-CA

14. Lissette Cartagena and William Cartagena vs. Bracero et al.
    Orange County, Florida; 2011; Case No. 07-CA-2645 DIV 34

16. Shannon McCants vs. Wackenhut Corporation
    Duval County, Florida; 2011; Case No: 16-2008-CA-014834

17. Christina Whipple versus R.E.S.A, Inc.
    Bexar County, Texas; 2011; Case No.: 2009-CI-17074

18. Johnny Cash versus State Farm
    Leon County, Florida; 2012; Case No.: Case No. 10-CA-2429

19. Victor Allred vs. Robin Carnahan et al.
    Cole County, Missouri; 2012; Case No.: 11AC-CC00743.

20. Dorene Goodman vs. John Lentz et al.
    Calhoun County, Florida; 2012; Case No.: 09-307-CA.

21. Karl Rutter v. Baypoint
    Bay County, Florida; 2013.

22. Linda Coronado v. Old School Services and Caleb Patrick
    Wilson County, Texas; 2014l; Case No. 11-10-0644 CVW

23. Lennox Walker v. Michael Hansen
    Leon County, Florida; 2014; Case No: 2010-CA-003454

24. Timothy Redding v. Capital Health Plan, et al.
    Leon County, Florida; 2015; Case No: 2010-CA-1204

25. Jennifer Smith vs FAMU
    U.S. District Court, Southern District of Florida; 2015; Case No: 4:14-cv-00540-RH-CS

26. Abe Yaser v. Brandon Crespo, et al.
    Superior Court, J.D. of New Haven. Connecticut; 2015; Case No. NNH-CV13-6036945-S

27. Woodrow Kerce and Carissa Beck vs Florida Department of Law Enforcement/Capitol Police and Rick Swearingen
    U.S. District Court, Northern District of Florida, Tallahassee Division; 2019; Case No. 4:16-cv-00239-MCR-GRJ

28. Theresa Espinoza et al. v. John Christner Trucking et al.
    Bexar, Texas; 2020; Case No. 2018-CI-03948

29. Heidi Heridia vs. Michael Heridia
    Bexar County, Texas; 2022; Case No. 2021CI08244

30. Deana A. Rios, individually, as Personal Representative of the Estate of Adam A. Rios, Deceased, as a Next Friend of A.R. and E.R., Minor Children vs. Mossy Nissan (TX), et al.
    Harris County, Texas; 2024; Case No. 2022-28405

32. Supply Management Services vs. Willow Run Foods
    American Arbitration Association; 2023; Case No. 01-22-0000-6359

33. Kenneth James Lowe v. Walbro LLC
    U.S. District Court, Eastern District of Michigan; 2023; Case No. 1:18-cv-12835-TLL-PTM

33. Lawyer Denson and Eduardo Gutierrez vs. Amazon, Inc. et al.
    Atty: Michael Richardson; American Arbitration Association; 2023; Case No. 01-22-0004-8601

34. Deborah S. Empey, as Personal Representative of the Estate of Walter J. Empey Jr., , and for the benefit of the survivors, Plaintiff, vs. Jordan Messler, M.D., and In Compass Heath Inc., a foreign profit corporation
    Pinellas County, Florida; 2024; Case No. 522018CA005402XXCICI

35. Daniel Reiff vs. Officer Broc Setty and Clinton Township
    U.S. District Court, Eastern District of Michigan; 2025; Case No. 23-cv-10513-LJM-JJCG

36. Kevin Davis v. Clovis Watson, Jr. in his official capacity as Sheriff of Alachua County
    Alachua County, Florida, 2025; Case No. 2023-CA-0607

37. Joanna Fernandez Santiago vs. Amazon.com Services, LLC, et al.
    U.S. District Court, Western District of Texas, Waco Division; 2025
    Case No. 6:23-CV-134

38. Tonya Lightner v. Inlivian, f/n/a as Housing Authority of the City of Charlotte et al.
    U.S. District Court, North Carolina, Western District; 2025; Case No. 3:23-CV-846-MOC-SCR

39. Jose Luis Cavazos VS. Juan Diego Balli and Santex Idealease, L.L.C.
    Hidalgo County, Texas; 2025; Case No. C-4431-20-A

40. Oscar Ramirez vs. City of Donna, et al.
    Hidalgo County, Texas; 2025; Case No. C-5750-14-I