**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **Plaintiff,** | |
| **v.** | **Case No. 2:24-cr-20070-DDC-TJJ** |
| **NEWTON JONES,**<br>**WILLIAM CREEDEN,**<br>**KATERYNA (KATE) JONES, and**<br>**LAWRENCE McMANAMON,** | |
| **Defendants.** | |

## <u>GOVERNMENT'S TRIAL WITNESS LIST</u>

The United States of America by and through undersigned counsel, submits the following as its list of proposed witnesses who may be called at the trial of this matter. The government additionally may call any witnesses listed by the defendant, and any witnesses subsequently discovered. This list does not include witnesses that could be called in rebuttal. This list does not necessarily reflect the order that witnesses might be called:

1. Tim Simmons

2. Tyler Brown

3. Hailey Rose

4. Amy Martin

5. John Fultz

6. Debbie Goodwin

7. Ashley Bathory

8. Kathy Stapp

9. Warren Fairley

10. Robert McCall

11. Megan Elder

12. Aaron Bowman

13. Ed Leydecker

14. Arnie Stadnick

15. Brian Opland

16. Tom Baca

17. Sarah Baez

18. Carolyn Nitcher

19. Clinton Penny

20. Dan Sulivan

21. Mike Linderer

22. James O'Leary

23. Lauren Stojak, DOL

24. Paula Musil, DOL- EBSA

25. Jeremy Newman, DOL- OLMS

26. Mitchell Gleason, FBI

27. Scott Macke, FBI, and

28. Records Custodian(s) for the International Brotherhood of Boilermakers, Iron Ship Builders, Blacksmith, Forgers and Helpers.

Respectfully Submitted,

RYAN A. KRIEGSHAUSER
United States Attorney

By:  */s/Faiza H. Alhambra*
FAIZA H. ALHAMBRA
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
913-551-6904
913-551-6541 (fax)
Faiza.Alhambra@usdoj.gov
Kan. S. Ct. No. 24525

By:  */s/ Jabari B. Wamble*
JABARI WAMBLE
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
913-551-6730
913-551-6541 (fax)
Jabari.wamble@usddoj.gov
Kan. S. Ct. No. 22730

By: */s/ Vincent Falvo*
VINCENT FALVO
Trial Attorney
Violent Crime and Racketeering Section
United States Department of Justice
1301 New York Avenue, NW, Room 753
Washington, D.C. 20530
(202) 353-9384
vincent.falvo@usdoj.gov

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 13, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel for defendant.

s/ Faiza H. Alhambra
Faiza H. Alhambra
Assistant United States Attorney