# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:24-cr-20070-DDC-TJJ |
| | ) | |
| NEWTON JONES, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT'S JOINT WITNESS LIST

Defendants Newton Jones, William Creeden, Kateryna Jones, and Lawrence McManamon,

("Defendants"), by and through their undersigned counsel, hereby submit their consolidated list of

witnesses that may be called at the trial of this cause. Defendants reserve the right to amend or

supplement this witness list.

| # | NAME | DEFENDANT |
|---|---|---|
| 1 | Albertson, Scot | CREEDEN |
| 2 | Aloise, Rome | CREEDEN |
| 3 | Andrews, Jonathan | CREEDEN |
| 4 | Arnold, William | CREEDEN |
| 5 | Baca, Tom | CREEDEN/MCMANAMON |
| 6 | Baez Sarah | CREEDEN/NEWT/KATE |
| 7 | Bathory, Ashley | CREEDEN/NEWT/KATE |
| 8 | Borts, Deanna J. | CREEDEN |
| 9 | Bowman, Aaron | CREEDEN |

| # | NAME | DEFENDANT |
|---|------|-----------|
| 10 | Bowen, Stephen | MCMANAMON |
| 11 | Brame, Julie | CREEDEN/NEWT/KATE |
| 12 | Brown, Tyler | MCMANAMON |
| 13 | Brown, Nadia | MCMANAMON |
| 14 | Buck, Tracy | CREEDEN/NEWT/KATE |
| 15 | Canon, Tim | CREEDEN |
| 16 | Carey, Vicki | CREEDEN |
| 17 | Channon, Cory | CREEDEN/NEWT/KATE |
| 18 | Claflin, Shawn | MCMANAMON |
| 19 | Conroy, Cecile | MCMANAMON |
| 20 | Cortez, Manuel | CREEDEN/NEWT/KATE/MCNAMAMON |
| 21 | Creeden, Margaret | CREEDEN |
| 22 | Delinda, John | CREEDEN |
| 23 | D'Oliviera, Mike | CREEDEN |
| 24 | Elbaor, David | CREEDEN/NEWT/KATE |
| 25 | Franz, Cristopher | CREEDEN |
| 26 | Fultz, John | MCMANAMON/NEWT/KATE |
| 27 | Gaia, Jeff | CREEDEN/NEWT/KATE/MCMANAMON |
| 28 | Goodwin, Debbie | NEWT/KATE |
| 29 | Gorman, George | CREEDEN |
| 30 | Goff, Chris | CREEDEN |
| 31 | Gundvangen, Tristan | CREEDEN |
| 32 | Hayes, Michael | CREEDEN |
| 33 | Heimbuch, Andy | MCMANAMON |
| 34 | Hutchinson, Charles | CREEDEN |
| 35 | Ikard, William | CREEDEN |

| # | NAME | DEFENDANT |
|---|------|-----------|
| 36 | Jackson, Bruce | CREEDEN |
| 37 | King, Christine | CREEDEN |
| 38 | Linder, Dirk | CREEDEN |
| 39 | Mahoney, Thomas | CREEEDEN |
| 40 | McCall, Bob | CREEDEN |
| 41 | McCallum, Jaimie | CREEDEN/NEWT/KATE/MCMANAMON |
| 42 | McCann, James "Jim" | CREEDEN |
| 43 | MacDonald, Alexander "Sandy" | CREEDEN/MCMANAMON |
| 44 | MacIntosh, Richard | MCMANAMON |
| 45 | Macpherson, David | CREEDEN |
| 46 | Markell, Brad | MCMANAMON |
| 47 | Martin-Wiser, Amy | NEWT/KATE/MCMANAMON |
| 48 | McClitis, Jason | CREEDEN/NEWT/KATE |
| 49 | McWhirter, Dan | CREEDEN |
| 50 | Meier, Kurt | CREEDEN |
| 51 | Miller, William | CREEDEN |
| 52 | Musil, Paula | NEWT/KATE |
| 53 | Newman, Jeremy | NEWT/KATE |
| 54 | Nitcher, Carolyn | CREEDEN/NEWT/KATE |
| 55 | O'Leary, James | CREEDEN/NEWT/KATE/MCMANAMON |
| 56 | O'Malley, Sabrina | MCMANAMON |
| 57 | Opland, Brian | NEWT/KATE |
| 58 | Potter, Terry | CREEDEN |
| 59 | Power, Ed | MCMANAMON |
| 60 | Robinson, Kinsey | CREEDEN |

| # | NAME | DEFENDANT |
|---|------|-----------|
| 61 | Rose, Hailey | CREEDEN/NEWT/KATE/MCMANAMON |
| 62 | Ruiz, Richard | CREEDEN |
| 63 | Ruth, Tim | CREEDEN |
| 64 | Simmons, Tim | MCMANAMON/NEWT/KATE |
| 65 | Skinner, Susie | CREEDEN |
| 66 | Stadnick, Arnie | MCMANAMON |
| 67 | Staggs, Bill | CREEDEN |
| 68 | Stailey, Allison | CREEDEN |
| 69 | Trisko, Gene | MCMANAMON |
| 70 | Wallenbecker, Greg | CREEDEN/NEWT/KATE |
| 71 | Weinstock, Peter | CREEDEN |
| 72 | Welsh, Daniel | CREEDEN |
| 73 | Williams, Martin | CREEDEN |
| 74 | Nitcher, Carolyn | CREEDEN/NEWT/KATE |
| 75 | Worner, Richard | CREEDEN |
| 76 | All witnesses listed by the Government. | All defendants |

Respectfully submitted,

SPENCER FANE LLP

/s/ *Patrick A. M$^c$Inerney*
Patrick A. M$^c$Inerney # 22561
Daniel M. Nelson KS Fed # 79203
SPENCER FANE LLP
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106-2140

4

Tele: 816-474-8100
Fax: 816-474-3216
pmcinerney@spencerfane.com
dnelson@spencerfane.com
Attorneys for Newton Jones

/s/ *Kurt Kerns*
Kurt P. Kerns # 15028
KERNS LAW GROUP
328 N. Main Street Wichita, KS 67202
Tele: 316-265-5511
kurtpkerns@aol.com

Federico Andino Reynal, *pro hac vice*
THE REYNAL LAW FIRM, PC
917 Franklin Street, Sixth Floor
Houston, TX 77002
Tele: 713-228-5900
areynal@frlaw.us
Attorneys for William Creeden

/s/ *Mark Molner*
Mark D. Molner # 24493
EVANS & MULLINIX, P.A.
7225 Renner Road, Suite 200
Shawnee, KS 66217
Tele: 913-962-8700
Fax: 913-962-8701
mmolner@emlawkc.com

John T. Davis, *pro hac vice*
KESSLERWILLIAMS LLC
1401 S. Brentwood Blvd., Suite 950
St. Louis, MO 63144
Tele: 314-455-5555
Fax: 314-727-2869
john.davis@kesslerwilliams.com
Attorneys for Kateryna Jones

/s/ *Branden Smith*
Branden Smith # 22761
SMITH LEGAL, L.L.C.
719 Massachusetts Street, Suite 126

5

P.O. Box 1034
Lawrence, Kansas 66044
Tele: 785-856-0780
Fax:  785-856-0782
branden@smithlegalllc.com

Kevin M. Spellacy, *pro hac vice*
James Wooley, *pro hac vice*
Erin E. Hanson, *pro hac vice*
323 W. Lakeside Ave., Suite 200
Cleveland, OH 44113
Tele: 216-344-9220
Fax: 216-664-6999
kspellacy@spellacylaw.com
jwooley@spellacylaw.com
ehanson@mghslaw.com
Attorneys for Lawrence McManamon

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed on March 13, 2026, with the Clerk of the Court for delivery to interested parties.

*/s/ Patrick A. McInerney*
Attorney for Newton Jones

6