**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:24-cr-20070-DDC-TJJ** |
| | ) | |
| **NEWTON JONES, et al,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT NEWTON JONES' RESPONSE TO THE INTERNATIONAL
BROTHERHOOD OF BOILERMAKERS UNION'S SUPPLEMENT TO ITS MOTION
TO QUASH SUBPOENA**

Defendants Newton Jones, Kateryna Jones, and Lawrence McManamon ("Defendants), by and through undersigned counsel, hereby submits their response to the third-party International Brotherhood of Boilermakers Union's ("IBB") Supplement to its Motion to Quash Subpoena (Doc. 371) (the "Supplement"). In response thereto, Defendants state as follows:

The IBB's Supplement correctly identifies the outstanding issues and makes two requests with respect to the Court's prior order on privilege (Doc. 348) (the "Privilege Order"). These are addressed in turn:

**First request**: the IBB seeks an order declaring that "[a]ll parties are prohibited from admitting, using, referencing or testifying about any documents or communications protected by the IBB's attorney client privilege with Blake & Uhlig, Jason McClitis or any attorney representing the IBB." (Doc. 371 at 2). To the extent this request is limited to issues ruled upon in the Privilege Order, Defendants not oppose an order clarifying that Order's conclusions.

The Privilege Order (amended on April 28th, 2026) clarifies that Defendants are only barred from having a lawyer testify "about communications protected by" the attorney-client privilege.

(Doc. 348 at 25). The Privilege Order does not, however, prevent Defendants from calling witnesses (lawyers or not) to testify as to non-privileged matters.

**Second request**: the IBB seeks an order declaring that "[a]ny notes, summaries, work product or derivative materials created from the IBB's privileged communications are similarly prohibited from use, admission or disclosure." (Doc. 371 at 2). Again, to the extent this request is limited to issues ruled upon in the Privilege Order, Defendants do not oppose an order clarifying that Order's conclusions.

WHEREFORE, for the above stated reasons, Defendants respectfully request this Court deny the IBB's Motion to Quash Subpoena to the extent it prevents Defendants from calling witnesses (lawyers or not) to testify as to non-privileged matters, and for such other relief as the Court deems just and proper.

Respectfully submitted,
SPENCER FANE LLP

/s/ *Patrick A. M$^c$Inerney*

| | |
|---|---|
| Patrick A. M$^c$Inerney, | KS# 22561 |
| Daniel M. Nelson, | KS Fed # 79203 |
| Caleb P. Phillips, | KS#26226 |
| Emily N. Reed, | KS Fed#79020 |

SPENCER FANE LLP
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106-2140
Tele: 816-474-8100
Fax: 816-474-3216
pmcinerney@spencerfane.com
dnelson@spencerfane.com
**Attorneys for Newton Jones**

/s/ *Mark Molner*

Mark D. Molner # 24493
EVANS & MULLINIX, P.A.
7225 Renner Road, Suite 200
Shawnee, KS 66217
Tele: 913-962-8700
Fax: 913-962-8701

2

mmolner@emlawkc.com

John T. Davis, *pro hac vice*
KESSLERWILLIAMS LLC
1401 S. Brentwood Blvd., Suite 950
St. Louis, MO 63144
Tele: 314-455-5555
Fax: 314-727-2869
john.davis@kesslerwilliams.com
**Attorneys for Kateryna Jones**

/s/ *Branden Smith*
Branden Smith # 22761
SMITH LEGAL, L.L.C.
719 Massachusetts Street, Suite 126
P.O. Box 1034
Lawrence, Kansas 66044
Tele:  785-856-0780
Fax:  785-856-0782 branden@smithlegalllc.com

Kevin M. Spellacy, *pro hac vice*
James Wooley, *pro hac vice*
Erin E. Hanson, *pro hac vice*
323 W. Lakeside Ave., Suite 200
Cleveland, OH 44113
Tele: 216-344-9220
Fax: 216-664-6999
kspellacy@spellacylaw.com
jwooley@spellacylaw.com
ehanson@mghslaw.com

**Attorneys for Lawrence McManamon**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed on May 8, 2026, with the Clerk of the Court for delivery to interested parties.

*/s/ Patrick A. McInerney*

3