**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Crim. Case No. 2:24-cr-20070-DDC-TJJ** |
| **Plaintiff,** | |
| **v.** | |
| **NEWTON JONES,** <br> **WILLIAM CREEDEN,** <br> **KATERYNA (KATE) JONES, and** <br> **LAWRENCE McMANAMON** | |
| **Defendants.** | |

## <u>GOVERNMENT'S MOTION TO DISMISS CERTAIN COUNTS</u>

The United States, by and through its undersigned attorney, Ryan A. Kriegshauser, United States Attorney, hereby respectfully moves this Court to dismiss Counts Eight (8) and Nine (9) of the Indictment as to all defendants in the interest of justice.

Respectfully submitted,

RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By:  */s/Faiza H. Alhambra*
FAIZA H. ALHAMBRA
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
913-551-6904
913-551-6541 (fax)
Faiza.Alhambra@usdoj.gov
Kan. S. Ct. No. 24525

By:  */s/ Jabari B. Wamble*
JABARI WAMBLE
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101

913-551-6730
913-551-6541 (fax)
Jabari.wamble@usddoj.gov
Kan. S. Ct. No. 22730

By: */s/  Vincent  Falvo*
VINCENT FALVO
Trial Attorney
Violent Crime and Racketeering Section
United States Department of Justice
1301 New York Avenue, NW, Room 753
Washington, D.C. 20530
(202) 353-9384
vincent.falvo@usdoj.gov

By: */s/  Alex Swain*
ALEX SWAIN
Trial Attorney
Violent Crime and Racketeering Section
United States Department of Justice
1301 New York Avenue, NW, Room 706
Washington, D.C. 20530
(202) 616-0088
alexandra.swain@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 29, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all interested parties.

<u>*/s/ Faiza H. Alhambra*</u>
Faiza H. Alhambra
Assistant United States Attorney

3