**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

NEWTON JONES (01),
WILLIAM CREEDEN (02),
KATERYNA JONES (03),
LAWRENCE MCMANAMON (05),

      Defendants.

Case No. 24-20070-DDC

QUESTION FROM THE JURY

YOUR HONOR,

We are requesting physical copies of all exhibits. We would like to search through the exhibits seperate from the digital copies. Please let us know if this is a possibility

Dated at ___June 2nd___ on ___Tuesday___, Time __2:30 pm__.

Signature of Presiding Juror

ANSWER OF THE JUDGE,

The parties will assemble the physical copies of the admitted exhibits, and the court will submit them to you when all admitted exhibits are assembled. I caution you — this will take same time.

Dated at _Kansas City, KS_ on _2 June 2026_, Time _3:19 p.m._.

Signature of Judge