IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                          Case No. 24-20070-DDC

NEWTON JONES (01),
WILLIAM CREEDEN (02),
KATERYNA JONES (03),
LAWRENCE MCMANAMON (05),

    Defendants.

QUESTION FROM THE JURY

YOUR HONOR,

On page 94 (manners and means for count 53) section B, could you please clarify if it should've been Chief Executive Officer for Newton Jones rather than senior executive vice president? We want to make sure it is correct on the paperwork.

Dated at Kansas City, KS on 4 June 2026, Time 1:53 pm.

Signature of Presiding Juror

ANSWER OF THE JUDGE,

The existing language on page 94 accurately recites the contents of Instruction No. 38. The jury's response to Question 53 should be guided by the jury's collective memory of the evidence and the content of the Instructions already provided.

Dated at Kansas City, KS on 4 June 2026, Time 2:36 p.m.

_____ D. Crabtree, U.S. D.J.

Signature of Judge