**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**NEWTON JONES, et al**<br><br>**Defendants.** | **Case No. 2:24-cr-20070-DDC-TJJ** |

**MOTION FOR EXTENSION OF TIME TO RESPOND**
**TO DEFENDANTS' POST-TRIAL MOTIONS**

The United States of America moves this Court for an order extending by one week, up to and including July 27, 2026, the deadline for filing a Response to the Defendants' post-trial motions. In support thereof, Defendants respectfully suggest as follows:

1. The Court directed that Defendants file supplemental briefing on their respective Rule 29 motions and post-trial motions by June 22, 2026. The government's response was due three weeks from defendants' filings; any replies by Defendants two weeks following the government's response.

2. Defendants requested one-week additional time to file those briefs, which the government did not oppose. That extension was granted and Defendants filed their motions on June 29, 2026. The governments responses are due July 20, 2026.

3. The government requires additional time to complete the responses to Defendants' five motions and requests one additional week to do so.

4. Counsel for Defendants has been contacted and have no objection to the proposed extension.

WHEREFORE, for the reasons set out above, the government respectfully requests an extension of time to file Responses to Defendants' motions up to and including July 27, 2026, and for such other relief as the Court deems just and proper.

Respectfully submitted,
RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: */s/Faiza H. Alhambra*
FAIZA H. ALHAMBRA
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
913-551-6904
913-551-6541 (fax)
Faiza.Alhambra@usdoj.gov
Kan. S. Ct. No. 24525

By: */s/ Jabari B. Wamble*
JABARI WAMBLE
Assistant United States Attorney

By: */s/ Vincent Falvo*
VINCENT FALVO
Trial Attorney
Violent Crime and Racketeering Section
United States Department of Justice

By: /s/ Alexandra Swain
ALEXANDRA P. SWAIN
Trial Attorney
Violent Crime and Racketeering Section
United States Department of Justice

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed on July 19, 2026, with the Clerk of the Court for delivery to all parties of record.

*/s/ Faiza H. Alhambra*
Faiza H. Alhambra